# EXHIBIT 30

# ProCraft Cabinetry, Inc
## Customer Open Balance
### All Transactions

| | Type | Date | Num | Memo | Amount | Open Balance |
|---|---|---|---|---|---|---|
| **ProCraft Cabinetry Miami** | | | | | | |
| | Invoice | 12/07/2016 | 22906 | FB: SO# - 22906. | 11,954.15 | 11,954.15 |
| | Invoice | 12/20/2016 | 23117 | FB: SO# - 23117. | 1,294.50 | 13,248.65 |
| | Invoice | 12/28/2016 | 23361 | FB: SO# - 23361. | 199.44 | 13,448.09 |
| | Invoice | 01/11/2017 | 23505 | FB: SO# - 23505. | 1,361.88 | 14,809.97 |
| | Invoice | 01/11/2017 | 23503 | FB: SO# - 23503. | 190.62 | 15,000.59 |
| | Invoice | 01/11/2017 | 23507 | FB: SO# - 23507. | 598.32 | 15,598.91 |
| | Invoice | 01/23/2017 | 23730 | FB: SO# - 23730. | 1,615.68 | 17,214.59 |
| | Invoice | 01/23/2017 | 23731 | FB: SO# - 23731. | 309.06 | 17,523.65 |
| | Invoice | 01/26/2017 | 22179 | FB: SO# - 22179. | 3,727.44 | 21,251.09 |
| | Invoice | 02/01/2017 | 21647 | FB: SO# - 21647. | 4,192.74 | 25,443.83 |
| | Invoice | 02/01/2017 | 22194 | FB: SO# - 22194. | 1,172.88 | 26,616.71 |
| | Invoice | 02/01/2017 | 22536 | FB: SO# - 22536. | 207.00 | 26,823.71 |
| | Invoice | 02/01/2017 | 23067 | FB: SO# - 23067. | 1,046.70 | 27,870.41 |
| **Total ProCraft Cabinetry Miami** | | | | | 27,870.41 | 27,870.41 |
| **TOTAL** | | | | | **27,870.41** | **27,870.41** |

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

S22906



**Bill To:**

ProCraft Cabinetry Miami
1850 s powerline rd
Deerfield Beach, FL 33442

Customer: ProCraft Cabinetry Miami

**Ship To:**

ProCraft Cabinetry Miami
1850 s powerline rd
Deerfield beach, FL 33442

Contact: ProCraft Cabinetry Miami
PO Number: 1202

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|---------------|-----------|---------|--------------|---------------------|
| admin | COD | Origin | Will Call | | 12/02/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|----------------------|-----------|-------------|-------------|
| 1 | BOX-B27(A) - Base Cabinet 27"W X 34-1/2"H X 24"D BOX (A) | $ 61.02 | 10 ea | $ 610.20 |
| 2 | BOX-3DB21(A) - Drawer Base Cabinet 21"W X 34-1/2"H X 24"D BOX (A) | $ 93.06 | 5 ea | $ 465.30 |
| 3 | LSW-TP308424 Door & Frame - Liberty Shaker White Tall Pantry 30"W X 84"H X 24"D Door & Frame | $ 133.38 | 5 ea | $ 666.90 |
| 4 | LSW-TP188424 Door & Frame - Liberty Shaker White Tall Pantry 18"W X 84"H X 24"D Door & Frame | $ 83.34 | 5 ea | $ 416.70 |
| 5 | LSW-TP189624 Door & Frame - Liberty Shaker White Tall Pantry 18"W X 96"H X 24"D Door & Frame | $ 95.40 | 5 ea | $ 477.00 |
| 6 | LSW-OC338424 Door & Frame - Liberty Shaker White Oven Cabinet 33"W X 84"H X 24"D Door & Frame | $ 172.26 | 5 ea | $ 861.30 |
| 7 | LSW-OC339624 Door & Frame - Liberty Shaker White Oven Cabinet 33"W X 96"H X 24"D Door & Frame | $ 209.16 | 5 ea | $ 1,045.80 |
| 8 | LSW-TF696 - Liberty Shaker White Tall Filler 6"W X 96"L | $ 31.86 | 20 ea | $ 637.20 |
| 9 | LSW-SC - Liberty Shaker White Scribe Molding 3/4"W X 1/4"H X 96"L | $ 5.76 | 100 ea | $ 576.00 |
| 10 | LSW-CMM-4 - Liberty Shaker White Crown Molding 4"W X 96"L | $ 22.50 | 30 ea | $ 675.00 |
| 11 | LSW-QR - Liberty Shaker White Quarter Round 3/4"W X 1/4"H X 96"L | $ 9.90 | 50 ea | $ 495.00 |

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN  37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws



| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 12 | LSW-OCL - Liberty Shaker White Outside Corner Molding 3/4"W X 1/4"H X 96"L | $ 9.90 | 50 ea | $ 495.00 |
| 13 | LSW-BAM - Liberty Shaker White Batten Molding 3/4"W X 1/4"H X 96"L | $ 5.76 | 50 ea | $ 288.00 |
| 14 | SCN-SD 11X15 - Saratoga Cinnamon Sample Door 11"W X 15"H | $ 10.62 | 50 ea | $ 531.00 |
| 15 | LSG-TP308424 Door & Frame - Liberty Shaker Gray Tall Pantry 30"W X 84"H X 24"D Door & Frame | $ 133.38 | 5 ea | $ 666.90 |
| 16 | LSG-TP248424 Door & Frame - Liberty Shaker Gray Tall Pantry 24"W X 84"H X 24"D Door & Frame | $ 108.18 | 5 ea | $ 540.90 |
| 17 | LSG-OC338424 Door & Frame - Liberty Shaker Gray Oven Cabinet 33"W X 84"H X 24"D Door & Frame | $ 172.26 | 5 ea | $ 861.30 |
| 18 | SCN-TP248424 Door & Frame - Saratoga Cinnamon Tall Pantry 24"W X 84"H X 24"D Door & Frame | $ 129.78 | 5 ea | $ 648.90 |
| 19 | SCN-TP308424 Door & Frame - Saratoga Cinnamon Tall Pantry 30"W X 84"H X 24"D Door & Frame | $ 158.40 | 5 ea | $ 792.00 |
| 20 | SCN-OC338424 Door & Frame - Saratoga Cinnamon Oven Cabinet 33"W X 84"H X 24"D Door & Frame | $ 196.56 | 5 ea | $ 982.80 |
| 21 | SCN-TP188424 Door & Frame - Saratoga Cinnamon Tall Pantry 18"W X 84"H X 24"D Door & Frame | $ 100.80 | 5 ea | $ 504.00 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 13,237.20 |
| Sales Tax: | $ 0.00 |
| Total: | $ 13,237.20 |

May 2, 2017 2:06:35 PM CDT

# Invoice

12/15/2016

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws



S23117

**Bill To:**

ProCraft Cabinetry Miami
1850 s powerline rd
Deerfield Beach, FL 33442

Customer: ProCraft Cabinetry Miami

**Ship To:**

ProCraft Cabinetry Miami
1850 s powerline rd
Deerfield beach, FL 33442

Contact: ProCraft Cabinetry Miami

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|---|---|---|---|---|---|
| admin | COD | Origin | Will Call | | 12/12/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 1 | SCN-SD 11X15 - Saratoga Cinnamon Sample Door 11"W X 15"H | $ 15.00 | 50 ea | $ 750.00 |
| 2 | LSW-REP396 - Liberty Shaker White Refrigerator End Panel 3"W X 96"H X 24"D | $ 37.26 | 10 ea | $ 372.60 |
| 3 | BOX-W361824(A) - Wall Cabinet 36"W X 18"H X 24"D BOX (A) | $ 34.38 | 5 ea | $ 171.90 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 1,294.50 |
| Sales Tax: | $ 0.00 |
| Total: | $ 1,294.50 |

May 2, 2017 2:06:35 PM CDT

Page 1 of1

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

S23361



**Bill To:**

ProCraft Cabinetry Miami
1850 s powerline rd
Deerfield Beach, FL 33442

Customer: ProCraft Cabinetry Miami

**Ship To:**

ProCraft Cabinetry Miami
1850 s powerline rd
Deerfield beach, FL 33442

Contact: ProCraft Cabinetry Miami

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|---|---|---|---|---|---|
| admin | COD | Origin | Will Call | | 12/21/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 1 | SOE-B15 Door & Frame - Sonoma Espresso Base Cabinet 15"W X 34-1/2"H X 24"D Door & Frame | $ 25.56 | 2 ea | $ 51.12 |
| 2 | SOE-B30 Door & Frame - Sonoma Espresso Base Cabinet 30"W X 34-1/2"H X 24"D Door & Frame | $ 46.80 | 1 ea | $ 46.80 |
| 3 | SOE-W1536 Door & Frame - Sonoma Espresso Wall Cabinet 15"W X 36"H X 12"D Door & Frame | $ 28.26 | 2 ea | $ 56.52 |
| 4 | Shipping Charge - Shipping Charge | $ 45.00 | 1 ea | $ 45.00 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 199.44 |
| Sales Tax: | $ 0.00 |
| Total: | $ 199.44 |

May 2, 2017 2:06:36 PM CDT

Page 1 of1

# Invoice

01/05/2017

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws



S23505

**Bill To:**

ProCraft Cabinetry Miami
1850 s powerline rd
Deerfield Beach, FL 33442

Customer: ProCraft Cabinetry Miami

**Ship To:**

ProCraft Cabinetry Miami
1850 s powerline rd
Deerfield beach, FL 33442

Contact: ProCraft Cabinetry Miami

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|---|---|---|---|---|---|
| admin | COD | Origin | Will Call | | 01/03/2017 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 1 | CM-W2436 Door & Frame - Calumet Mocha Wall Cabinet 24"W X 36"H X 12"D Door & Frame | $ 60.12 | 2 ea | $ 120.24 |
| 2 | CM-B24 Door & Frame - Calumet Mocha Base Cabinet 24"W X 34-1/2"H X 24"D Door & Frame | $ 57.78 | 1 ea | $ 57.78 |
| 3 | CM-B09SP Door & Frame - Calumet Mocha Spice Pull Out 9"W Door & Frame | $ 27.54 | 1 ea | $ 27.54 |
| 4 | CM-3DB15 Door & Frame - Calumet Mocha Drawer Base Cabinet 15"W X 34-1/2"H X 24"D Door & Frame | $ 45.18 | 1 ea | $ 45.18 |
| 5 | CM-TP309024 Door & Frame - Calumet Mocha Tall Pantry 30"W X 90"H X 24"D Door & Frame | $ 178.02 | 2 ea | $ 356.04 |
| 6 | CM-OC339024 Door & Frame - Calumet Mocha Oven Cabinet 33"W X 90"H X 24"D Door & Frame | $ 221.76 | 1 ea | $ 221.76 |
| 7 | CM-B27 Door & Frame - Calumet Mocha Base Cabinet 27"W X 34-1/2"H X 24"D Door & Frame | $ 63.90 | 3 ea | $ 191.70 |
| 8 | CM-SP34.5RP - Calumet Mocha Post For Raised Panel | $ 65.34 | 2 ea | $ 130.68 |
| 9 | CM-TS2496 - Calumet Mocha Tall Skin 24"W X 96"H | $ 6.84 | 2 ea | $ 13.68 |
| 10 | CM-BS24 - Calumet Mocha Base Skin 24"W X 34-1/2"H | $ 4.14 | 2 ea | $ 8.28 |
| 11 | CM-BDD24X30 - Calumet Mocha Base Decorative Door Panel 23-1/2"W X 29-1/2"H | $ 43.74 | 2 ea | $ 87.48 |
| 12 | CM-CM-4 - Calumet Mocha Crown Molding 4"W X 96"L | $ 26.10 | 3 ea | $ 78.30 |
| 13 | CM-TK96 - Calumet Mocha Toe Kick 4-3/8"W X 96"L | $ 7.74 | 3 ea | $ 23.22 |

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN  37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

**S23505**



1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 1,361.88 |
| Sales Tax: | $ 0.00 |
| Total: | $ 1,361.88 |

May 2, 2017 2:06:36 PM CDT

# Invoice

01/05/2017

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws



S23503

**Bill To:**

ProCraft Cabinetry Miami
1850 s powerline rd
Deerfield Beach, FL 33442

Customer: ProCraft Cabinetry Miami

**Ship To:**

ProCraft Cabinetry Miami
1850 s powerline rd
Deerfield beach, FL 33442

Contact: ProCraft Cabinetry Miami

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|---|---|---|---|---|---|
| admin | COD | Origin | Will Call | | 01/03/2017 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 1 | SOE-3DB12 Door & Frame - Sonoma Espresso Drawer Base Cabinet 12"W X 34-1/2"H X 24"D Door & Frame | $ 21.96 | 2 ea | $ 43.92 |
| 2 | SOE-SB30 Door & Frame - Sonoma Espresso Sink Base Cabinet 30"W X 34-1/2"H X 24"D Door & Frame | $ 46.80 | 1 ea | $ 46.80 |
| 3 | SOE-W3615 Door & Frame - Sonoma Espresso Wall Cabinet 36"W X 15"H X 12"D Door & Frame | $ 27.90 | 2 ea | $ 55.80 |
| 4 | SOE-W3030 Door & Frame - Sonoma Espresso Wall Cabinet 30"W X 30"H X 12"D Door & Frame | $ 44.10 | 1 ea | $ 44.10 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 190.62 |
| Sales Tax: | $ 0.00 |
| Total: | $ 190.62 |

Page 1 of1

May 2, 2017 2:06:36 PM CDT

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws



S23507

**Bill To:**

ProCraft Cabinetry Miami
1850 s powerline rd
Deerfield Beach, FL 33442

Customer: ProCraft Cabinetry Miami

**Ship To:**

ProCraft Cabinetry Miami
1850 s powerline rd
Deerfield beach, FL 33442

Contact: ProCraft Cabinetry Miami

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|---|---|---|---|---|---|
| admin | COD | Origin | Will Call | | 01/03/2017 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 1 | CI-W3618 Door & Frame - Calumet Ivory Wall Cabinet 36"W X 18"H X 12"D Door & Frame | $ 45.90 | 1 ea | $ 45.90 |
| 2 | CI-AVAL36 - Calumet Ivory Arched Raised Panel Valance | $ 56.88 | 1 ea | $ 56.88 |
| 3 | CI-SB36 Door & Frame - Calumet Ivory Sink Base Cabinet 36"W X 34-1/2"H X 24"D Door & Frame | $ 77.76 | 1 ea | $ 77.76 |
| 4 | CI-BWB18 Door & Frame - Calumet Ivory Base Waste 18"W Door & Frame | $ 52.02 | 1 ea | $ 52.02 |
| 5 | CI-W2430 Door & Frame - Calumet Ivory Wall Cabinet 24"W X 30"H X 12"D Door & Frame | $ 50.94 | 2 ea | $ 101.88 |
| 6 | CI-W3030 Door & Frame - Calumet Ivory Wall Cabinet 30"W X 30"H X 12"D Door & Frame | $ 62.46 | 1 ea | $ 62.46 |
| 7 | CI-BEP3 - Calumet Ivory Dish Wash End Panel 3"W X 34-1/2"H X 24"D | $ 16.92 | 1 ea | $ 16.92 |
| 8 | CI-BS24 - Calumet Ivory Base Skin 24"W X 34-1/2"H | $ 4.14 | 2 ea | $ 8.28 |
| 9 | CI-WS1230 - Calumet Ivory Wall Skin 12"W X 30"H | $ 2.34 | 2 ea | $ 4.68 |
| 10 | CI-WDD1230 - Calumet Ivory Wall Decorative Door Panel 12" W X 30" H | $ 21.24 | 2 ea | $ 42.48 |
| 11 | CI-BDD24X30 - Calumet Ivory Base Decorative Door Panel 23-1/2"W X 29-1/2"H | $ 43.74 | 2 ea | $ 87.48 |
| 12 | CI-TK96 - Calumet Ivory Toe Kick 4-3/8"W X 96"L | $ 7.74 | 2 ea | $ 15.48 |
| 13 | CI-CM-4 - Calumet Ivory Crown Molding 4"W X 96"L | $ 26.10 | 1 ea | $ 26.10 |

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws



S23507

1)Upon signing, customers accept responsibility for checking the Quality of the products
when picked up or delivered. Items damaged or missing must be reported within 48
hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special
ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 598.32 |
| Sales Tax: | $ 0.00 |
| Total: | $ 598.32 |

May 2, 2017 2:06:36 PM CDT

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws



S23730

**Bill To:**

ProCraft Cabinetry Miami
1850 s powerline rd
Deerfield Beach, FL 33442

Customer: ProCraft Cabinetry Miami

**Ship To:**

ProCraft Cabinetry Miami
1850 s powerline rd
Deerfield beach, FL 33442

Contact: ProCraft Cabinetry Miami

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|---------------|-----------|---------|--------------|---------------------|
| admin | COD | Origin | Will Call | | 01/16/2017 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|----------------------|------------|-------------|-------------|
| 1 | SOE-TP308424 Door & Frame - Sonoma Espresso Tall Pantry 30"W X 84"H X 24"D Door & Frame | $ 114.12 | 1 ea | $ 114.12 |
| 2 | SOE-3DB24 Door & Frame - Sonoma Espresso Drawer Base Cabinet 24"W X 34-1/2"H X 24"D Door & Frame | $ 39.60 | 1 ea | $ 39.60 |
| 3 | SOE-SB36 Door & Frame - Sonoma Espresso Sink Base Cabinet 36"W X 34-1/2"H X 24"D Door & Frame | $ 55.26 | 1 ea | $ 55.26 |
| 4 | SOE-B18 Door & Frame - Sonoma Espresso Base Cabinet 18"W X 34-1/2"H X 24"D Door & Frame | $ 29.88 | 4 ea | $ 119.52 |
| 5 | SOE-3DB15 Door & Frame - Sonoma Espresso Drawer Base Cabinet 15"W X 34-1/2"H X 24"D Door & Frame | $ 26.28 | 1 ea | $ 26.28 |
| 6 | SOE-B33 Door & Frame - Sonoma Espresso Base Cabinet 33"W X 34-1/2"H X 24"D Door & Frame | $ 51.12 | 1 ea | $ 51.12 |
| 7 | SOE-W3330 Door & Frame - Sonoma Espresso Wall Cabinet 33"W X 30"H X 12"D Door & Frame | $ 48.24 | 1 ea | $ 48.24 |
| 8 | SOE-W3030 Door & Frame - Sonoma Espresso Wall Cabinet 30"W X 30"H X 12"D Door & Frame | $ 44.10 | 1 ea | $ 44.10 |
| 9 | SOE-W1230 Door & Frame - Sonoma Espresso Wall Cabinet 12"W X 30"H X 12"D Door & Frame | $ 19.80 | 1 ea | $ 19.80 |
| 10 | SOE-LSB36 Door & Frame - Sonoma Espresso Lazy Susan Base 36"W X 34-1/2"H X 24"D Door & Frame | $ 41.22 | 1 ea | $ 41.22 |
| 11 | SOE-OC338424 Door & Frame - Sonoma Espresso Oven Cabinet 33"W X 84"H X 24"D Door & Frame | $ 146.16 | 1 ea | $ 146.16 |

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN  37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws



S23730

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 12 | SOE-WDC2430 Door & Frame - Sonoma Espresso Wall Diagonal Cabinet 24"W X 30"H X 12"D Door & Frame | $ 32.58 | 1 ea | $ 32.58 |
| 13 | SOE-W361224 Door & Frame - Sonoma Espresso Wall Cabinet 36"W X 12"H X 24"D Door & Frame | $ 22.86 | 1 ea | $ 22.86 |
| 14 | SOE-REP396 - Sonoma Espresso Refrigerator End Panel 3"W X 96"H X 24"D | $ 33.84 | 4 ea | $ 135.36 |
| 15 | SOE-WF330 - Sonoma Espresso Wall Filler 3"W X 30"L | $ 4.68 | 7 ea | $ 32.76 |
| 16 | SOE-TK96 - Sonoma Espresso Toe Kick 4-3/8"W X 96"L | $ 6.48 | 8 ea | $ 51.84 |
| 17 | SOE-TP189624 Door & Frame - Sonoma Espresso Tall Pantry 18"W X 96"H X 24"D Door & Frame | $ 82.08 | 2 ea | $ 164.16 |
| 18 | SOE-VDB12 Door & Frame - Sonoma Espresso Vanity Drawer Base 12"W X 34-1/2"H X 21"D Door & Frame | $ 21.96 | 5 ea | $ 109.80 |
| 19 | SOE-VDB15 Door & Frame - Sonoma Espresso Vanity Drawer Base 15"W X 34-1/2"H X 21"D Door & Frame | $ 26.28 | 2 ea | $ 52.56 |
| 20 | SOE-VSB30 Door & Frame - Sonoma Espresso Vanity Sink Base  30"W X 34-1/2"H X 21"D Door & Frame | $ 46.98 | 3 ea | $ 140.94 |
| 21 | SOE-TF396 - Sonoma Espresso Tall Filler 3"W X 96"L | $ 14.58 | 5 ea | $ 72.90 |
| 22 | SOE-CM-4 - Sonoma Espresso Crown Molding 4"W X 96"L | $ 18.90 | 5 ea | $ 94.50 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 1,615.68 |
| Sales Tax: | $ 0.00 |
| Total: | $ 1,615.68 |

May 2, 2017 2:06:36 PM CDT

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN  37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws



S23731

**Bill To:**

ProCraft Cabinetry Miami
1850 s powerline rd
Deerfield Beach, FL  33442

Customer: ProCraft Cabinetry Miami

**Ship To:**

ProCraft Cabinetry Miami
1850 s powerline rd
Deerfield beach, FL  33442

Contact: ProCraft Cabinetry Miami

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|---|---|---|---|---|---|
| admin | COD | Origin | Will Call | | 01/16/2017 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 1 | SOE-LBMF - Sonoma Espresso Light Rail Molding 1-3/4"W X 1-11/32"H X 96"L | $ 23.40 | 4 ea | $ 93.60 |
| 2 | SOE-WS1236 - Sonoma Espresso Wall Skin  12"W X 36"H | $ 2.52 | 2 ea | $ 5.04 |
| 3 | SOE-BP4896.25 - Sonoma Espresso Back Panel 48"W X 96"H X 1/4"D | $ 43.38 | 1 ea | $ 43.38 |
| 4 | SOE-TS2496 - Sonoma Espresso Tall Skin 24"W X 96"H | $ 6.84 | 10 ea | $ 68.40 |
| 5 | SOE-BS24 - Sonoma Espresso Base Skin 24"W X 34-1/2"H | $ 4.14 | 5 ea | $ 20.70 |
| 6 | SOE-WS1230 - Sonoma Espresso Wall Skin  12"W X 30"H | $ 2.34 | 6 ea | $ 14.04 |
| 7 | SOE-B15 Door & Frame - Sonoma Espresso Base Cabinet 15"W X 34-1/2"H X 24"D Door & Frame | $ 25.56 | 1 ea | $ 25.56 |
| 8 | SOE-VSB24 Door & Frame - Sonoma Espresso Vanity Sink Base  24"W X 34-1/2"H X 21"D Door & Frame | $ 38.34 | 1 ea | $ 38.34 |

# Invoice

## ProCraft Cabinetry, Inc

S23731



ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN  37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 309.06 |
| Sales Tax: | $ 0.00 |
| Total: | $ 309.06 |

May 2, 2017 2:06:36 PM CDT

# Invoice

11/01/2016

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws



S22179

**Bill To:**

ProCraft Cabinetry Miami
1907 SW 43rd Ter
Deerfield Beach, FL 33443

Customer: ProCraft Cabinetry Miami

**Ship To:**

ProCraft Cabinetry Miami
1907 SW 43rd Ter
Deerfield beach, FL 33443

Contact: ProCraft Cabinetry Miami

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|---|---|---|---|---|---|
| admin | COD | Origin | Will Call | | 10/28/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 1 | BG-W2436 Door & Frame - Belmont Gibraltor Gray Wall Cabinet 24"W X 36"H X 12"D Door & Frame | $ 55.62 | 1 ea | $ 55.62 |
| 2 | BG-W362424 Door & Frame - Belmont Gibraltor Gray Wall Cabinet 36"W X 24"H X 24"D Door & Frame | $ 57.60 | 1 ea | $ 57.60 |
| 3 | BG-W2436GD Door & Frame - Belmont Gibraltor Gray Wall Glass Door 24"W X 36"H | $ 151.20 | 2 ea | $ 302.40 |
| 4 | BG-3DB21 Door & Frame - Belmont Gibraltor Gray Drawer Base Cabinet 21"W X 34-1/2"H X 24"D Door & Frame | $ 54.90 | 1 ea | $ 54.90 |
| 5 | BG-SB24 Door & Frame - Belmont Gibraltor Gray Sink Base Cabinet 24"W X 34-1/2"H X 24"D Door & Frame | $ 50.76 | 1 ea | $ 50.76 |
| 6 | BG-VSB24 Door & Frame - Belmont Gibraltor Gray Vanity Sink Base 24"W X 34-1/2"H X 21"D Door & Frame | $ 50.40 | 1 ea | $ 50.40 |
| 7 | BOX-VSB30(A) - Vanity Sink Base 30"W X 34-1/2"H X 21"D BOX (A) | $ 35.28 | 20 ea | $ 705.60 |
| 8 | BOX-ROT21(A) - Roll Out Tray 21"W X 6"H X 21"D(A) | $ 31.86 | 20 ea | $ 637.20 |
| 9 | BG-W1536 Door & Frame - Belmont Gibraltor Gray Wall Cabinet 15"W X 36"H X 12"D Door & Frame | $ 37.08 | 1 ea | $ 37.08 |
| 10 | BG-OC339624 Door & Frame - Belmont Gibraltor Gray Oven Cabinet 33"W X 96"H X 24"D Door & Frame | $ 233.10 | 1 ea | $ 233.10 |
| 11 | BG-LSB36 Door & Frame - Belmont Gibraltor Gray Lazy Susan Base 36"W X 34-1/2"H X 24"D Door & Frame | $ 65.34 | 1 ea | $ 65.34 |

May 2, 2017 2:06:35 PM CDT

# Invoice

11/01/2016

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615) 528-0311
Email: Info@procraft.ws

S22179



| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 12 | BG-FS39 Door & Frame - Belmont Gibraltor Gray Farm Sink 39"W Door & Frame | $ 60.12 | 1 ea | $ 60.12 |
| 13 | BG-B12 Door & Frame - Belmont Gibralter Gray Base Cabinet 12"W X 34-1/2"H X 24"D Door & Frame | $ 31.50 | 2 ea | $ 63.00 |
| 14 | BG-W1836 Door & Frame - Belmont Gibraltor Gray Wall Cabinet 18"W X 36"H X 12"D Door & Frame | $ 43.02 | 2 ea | $ 86.04 |
| 15 | BG-WDD1236 - Belmont Gibraltor Gray Wall Decorative Door Panel 12" W X 36" H | $ 24.84 | 14 ea | $ 347.76 |
| 16 | BOX-ROT24(A) - Roll Out Tray 24"W X 6"H X 21"D(A) | $ 34.20 | 10 ea | $ 342.00 |
| 17 | BG-WDC274215 Door & Frame - Belmont Gibraltor Gray Wall Diagonal Cabinet 27"W X 42"H X 15"D Door & Frame | $ 63.18 | 1 ea | $ 63.18 |
| 18 | BG-W1836 Door & Frame - Belmont Gibraltor Gray Wall Cabinet 18"W X 36"H X 12"D Door & Frame | $ 43.02 | 2 ea | $ 86.04 |
| 19 | BG-B09SP Door & Frame - Belmont Gibraltor Gray Spice Pull Out 9"W Door & Frame | $ 26.10 | 1 ea | $ 26.10 |
| 20 | BG-3DB36 Door & Frame - Belmont Gibraltor Gray Drawer Base Cabinet 36"W X 34-1/2"H X 24"D Door & Frame | $ 84.78 | 1 ea | $ 84.78 |
| 21 | BG-W3036 Door & Frame - Belmont Gibraltor Gray Wall Cabinet 30"W X 36"H X 12"D Door & Frame | $ 68.22 | 1 ea | $ 68.22 |
| 22 | BG-3DB12 Door & Frame - Belmont Gibraltor Gray Drawer Base Cabinet 12"W X 34-1/2"H X 24"D Door & Frame | $ 36.90 | 1 ea | $ 36.90 |
| 23 | BG-WDD1230 - Belmont Gibraltor Gray Wall Decorative Door Panel 12" W X 30" H | $ 20.70 | 1 ea | $ 20.70 |
| 24 | BOX-ROT30(A) - Roll Out Tray 30"W X 6"H X 21"D(A) | $ 38.52 | 5 ea | $ 192.60 |

May 2, 2017 2:06:35 PM CDT

Page 2 of 3

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN  37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws



S22179

1)Upon signing, customers accept responsibility for checking the Quality of the products
when picked up or delivered. Items damaged or missing must be reported within 48
hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special
ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 3,727.44 |
| Sales Tax: | $ 0.00 |
| Total: | $ 3,727.44 |

May 2, 2017 2:06:35 PM CDT

# Invoice

10/03/2016

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

S21647



**Bill To:**

ProCraft Cabinetry Miami
1907 SW 43rd Ter
Deerfield Beach, FL 33443

Customer: ProCraft Cabinetry Miami

**Ship To:**

ProCraft Cabinetry Miami
1907 SW 43rd Ter
Deerfield beach, FL 33443

Contact: ProCraft Cabinetry Miami

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|---|---|---|---|---|---|
| Ray | COD | Origin | Will Call | | 09/29/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 1 | BOX-W362424(A) - Wall Cabinet 36"W X 24"H X 24"D BOX (A) | $ 46.26 | 20 ea | $ 925.20 |
| 2 | BOX-W3621(A) - Wall Cabinet 36"W X 21"H X 12"D BOX (A) | $ 24.66 | 10 ea | $ 246.60 |
| 3 | LSW-W3021 Door & Frame - Liberty Shaker White Wall Cabinet 30"W X 21"H X 12"D Door & Frame | $ 36.72 | 5 ea | $ 183.60 |
| 4 | LSE-W3021 Door & Frame - Liberty Shaker Espresso Wall Cabinet 30"W X 21"H X 12"D Door & Frame | $ 36.72 | 5 ea | $ 183.60 |
| 5 | LSW-W3621 Door & Frame - Liberty Shaker White Wall Cabinet 36"W X 21"H X 12"D Door & Frame | $ 42.66 | 5 ea | $ 213.30 |
| 6 | LSE-W3621 Door & Frame - Liberty Shaker Espresso Wall Cabinet 36"W X 21"H X 12"D Door & Frame | $ 42.66 | 5 ea | $ 213.30 |
| 7 | LSG-W3621 Door & Frame - Liberty Shaker Gray Wall Cabinet 36"W X 21"H X 12"D Door & Frame | $ 42.66 | 5 ea | $ 213.30 |
| 8 | PC-SD 11X15 - Portland Chestnut Sample Door 11"W X 15"H | $ 9.00 | 50 ea | $ 450.00 |
| 9 | PE-SD 11X15 - Providence Espresso Sample Door 11"W X 15"H | $ 8.10 | 50 ea | $ 405.00 |
| 10 | PW-SD 11X15 - Providence White Sample Door 11"W X 15"H | $ 8.10 | 30 ea | $ 243.00 |
| 11 | BG-SD 11X15 - Belmont Gibraltor Gray Sample Door 11"W X 15"H | $ 10.44 | 5 ea | $ 52.20 |

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN  37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws



S21647

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 12 | SOE-SD 11X15 - Sonoma Espresso Sample Door 11"W X 15"H | $ 8.10 | 15 ea | $ 121.50 |
| 13 | CI-SD 11X15 - Calumet Ivory Sample Door 11"W X 15"H | $ 10.62 | 50 ea | $ 531.00 |
| 14 | CM-SD 11X15 - Calumet Mocha Sample Door 11"W X 15"H | $ 10.62 | 10 ea | $ 106.20 |
| 15 | BG-VSD48 Door & Frame - Belmont Gibraltor Gray Vanity Sink Drawer 48"W X 34-1/2"H X 21"D Door & Frame | $ 104.94 | 1 ea | $ 104.94 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 4,192.74 |
| Sales Tax: | $ 0.00 |
| Total: | $ 4,192.74 |

May 2, 2017 2:06:35 PM CDT

# Invoice

## ProCraft Cabinetry, Inc

S22194



ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

**Bill To:**

ProCraft Cabinetry Miami
1907 SW 43rd Ter
Deerfield Beach, FL 33443

Customer: ProCraft Cabinetry Miami

**Ship To:**

ProCraft Cabinetry Miami
1907 SW 43rd Ter
Deerfield beach, FL 33443

Contact: ProCraft Cabinetry Miami

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|---------------|-----------|---------|--------------|---------------------|
| admin | COD | Origin | Will Call | | 10/31/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|----------------------|------------|-------------|-------------|
| 1 | PW-W3630 Door & Frame - Providence White Wall Cabinet 36"W X 30"H X 12"D Door & Frame | $ 52.20 | 2 ea | $ 104.40 |
| 2 | PW-B30 Door & Frame - Providence White Base Cabinet 30"W X 34-1/2"H X 24"D Door & Frame | $ 46.80 | 9 ea | $ 421.20 |
| 3 | PW-VSD48 Door & Frame - Providence White Vanity Sink Drawer 48"W X 34-1/2"H X 21"D Door & Frame | $ 77.94 | 1 ea | $ 77.94 |
| 4 | PW-VDB15 Door & Frame - Providence White Vanity Drawer Base 15"W X 34-1/2"H X 21"D Door & Frame | $ 26.28 | 1 ea | $ 26.28 |
| 5 | PW-VSB36 Door & Frame - Providence White Vanity Sink Base 36"W X 34-1/2"H X 21"D Door & Frame | $ 55.26 | 1 ea | $ 55.26 |
| 6 | PW-W3042 Door & Frame - Providence White Wall Cabinet 30"W X 42"H X 12"D Door & Frame | $ 60.48 | 2 ea | $ 120.96 |
| 7 | PW-W2742 Door & Frame - Providence White Wall Cabinet 27"W X 42"H X 12"D Door & Frame | $ 54.90 | 1 ea | $ 54.90 |
| 8 | PW-3DB30 Door & Frame - Providence White Drawer Base Cabinet 30"W X 34-1/2"H X 24"D Door & Frame | $ 48.42 | 2 ea | $ 96.84 |
| 9 | PW-W362424 Door & Frame - Providence White Wall Cabinet 36"W X 24"H X 24"D Door & Frame | $ 42.30 | 1 ea | $ 42.30 |
| 10 | PW-B15 Door & Frame - Providence White Base Cabinet 15"W X 34-1/2"H X 24"D Door & Frame | $ 25.56 | 1 ea | $ 25.56 |
| 11 | PW-W1542 Door & Frame - Providence White Wall Cabinet 15"W X 42"H X 12"D Door & Frame | $ 32.94 | 1 ea | $ 32.94 |

# Invoice

10/31/2016

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN  37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

S22194



| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 12 | PW-W1230 Door & Frame - Providence White Wall Cabinet 12"W X 30"H X 12"D Door & Frame | $ 19.80 | 3 ea | $ 59.40 |
| 13 | PW-W2742 Door & Frame - Providence White Wall Cabinet 27"W X 42"H X 12"D Door & Frame | $ 54.90 | 1 ea | $ 54.90 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 1,172.88 |
| Sales Tax: | $ 0.00 |
| Total: | $ 1,172.88 |

May 2, 2017 2:06:35 PM CDT

# Invoice

11/11/2016

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN  37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws



**S22536**

**Bill To:**

ProCraft Cabinetry Miami
1907 SW 43rd Ter
Deerfield Beach, FL  33443

Customer: ProCraft Cabinetry Miami

**Ship To:**

ProCraft Cabinetry Miami
1907 SW 43rd Ter
Deerfield beach, FL  33443

Contact: ProCraft Cabinetry Miami

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|---------------|-----------|---------|--------------|---------------------|
| admin  | COD           | Origin    | Will Call |            | 11/11/2016          |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|----------------------|------------|-------------|-------------|
| 1 | BOX-W4230(A) - Wall Cabinet 42"W X 30"H X 12"D BOX (A) | $ 41.40 | 5 ea | $ 207.00 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 207.00 |
| Sales Tax: | $ 0.00 |
| Total: | $ 207.00 |

May 2, 2017 2:06:35 PM CDT

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN  37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

**S23067**



**Bill To:**

ProCraft Cabinetry Miami
1850 s powerline rd
Deerfield Beach, FL  33442

Customer: ProCraft Cabinetry Miami

**Ship To:**

ProCraft Cabinetry Miami
1850 s powerline rd
Deerfield beach, FL  33442

Contact: ProCraft Cabinetry Miami

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|---|---|---|---|---|---|
| admin | COD | Origin | Will Call | | 12/08/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 1 | BG-B09FD Door & Frame - Belmont Gibraltor Gray Base Cabinet 09" W X 34-1/2"H X 24"D Full Height Door Door & Frame | $ 23.22 | 1 ea | $ 23.22 |
| 2 | BG-LSB36 Door & Frame - Belmont Gibraltor Gray Lazy Susan Base 36"W X 34-1/2"H X 24"D Door & Frame | $ 65.34 | 1 ea | $ 65.34 |
| 3 | BG-B39 Door & Frame - Belmont Gibraltor Gray Base Cabinet 39"W X 34-1/2"H X 24"D Door & Frame | $ 84.78 | 1 ea | $ 84.78 |
| 4 | BG-3DB36 Door & Frame - Belmont Gibraltor Gray Drawer Base Cabinet 36"W X 34-1/2"H X 24"D Door & Frame | $ 84.78 | 2 ea | $ 169.56 |
| 5 | BG-3DB18 Door & Frame - Belmont Gibraltor Gray Drawer Base Cabinet 18"W X 34-1/2"H X 24"D Door & Frame | $ 48.78 | 1 ea | $ 48.78 |
| 6 | BG-B24 Door & Frame - Belmont Gibraltor Gray Base Cabinet 24"W X 34-1/2"H X 24"D Door & Frame | $ 53.82 | 1 ea | $ 53.82 |
| 7 | BG-FS39 Door & Frame - Belmont Gibraltor Gray Farm Sink 39"W Door & Frame | $ 60.12 | 1 ea | $ 60.12 |
| 8 | BG-BWB18 Door & Frame - Belmont Gibraltor Gray Base Waste 18"W Door & Frame | $ 48.96 | 1 ea | $ 48.96 |
| 9 | BG-W3024 Door & Frame - Belmont Gibraltor Gray Wall Cabinet 30"W X 24"H X 12"D Door & Frame | $ 46.98 | 2 ea | $ 93.96 |
| 10 | SOE-TP189624 Door & Frame - Sonoma Espresso Tall Pantry 18"W X 96"H X 24"D Door & Frame | $ 82.08 | 2 ea | $ 164.16 |

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws



S23067

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 11 | SOE-SB33 Door & Frame - Sonoma Espresso Sink Base Cabinet 33"W X 34-1/2"H X 24"D Door & Frame | $ 51.12 | 1 ea | $ 51.12 |
| 12 | SOE-3DB30 Door & Frame - Sonoma Espresso Drawer Base Cabinet 30"W X 34-1/2"H X 24"D Door & Frame | $ 48.42 | 1 ea | $ 48.42 |
| 13 | SOE-W2136 Door & Frame - Sonoma Espresso Wall Cabinet 21"W X 36"H X 12"D Door & Frame | $ 37.98 | 1 ea | $ 37.98 |
| 14 | SOE-TK96 - Sonoma Espresso Toe Kick 4-3/8"W X 96"L | $ 6.48 | 1 ea | $ 6.48 |
| 15 | SOE-TS2496 - Sonoma Espresso Tall Skin 24"W X 96"H | $ 6.84 | 1 ea | $ 6.84 |
| 16 | SOE-WS1236 - Sonoma Espresso Wall Skin 12"W X 36"H | $ 2.52 | 2 ea | $ 5.04 |
| 17 | SOE-REP396 - Sonoma Espresso Refrigerator End Panel 3"W X 96"H X 24"D | $ 33.84 | 2 ea | $ 67.68 |
| 18 | SOE-SC - Sonoma Espresso Scribe Molding 3/4"W X 1/4"H X 96"L | $ 5.22 | 2 ea | $ 10.44 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 1,046.70 |
| Sales Tax: | $ 0.00 |
| Total: | $ 1,046.70 |

May 2, 2017 2:06:36 PM CDT