# EXHIBIT 34

# ProCraft Cabinetry, Inc
# Customer Open Balance
### All Transactions

| | Type | Date | Num | P. O. # | Amount | Open Balance |
|---|---|---|---|---|---|---|
| **ProCraft Cabinetry Seattle** | | | | | | |
| | Invoice | 08/30/2016 | 20996 | P330/P327 | 8,453.99 | 8,453.99 |
| | Invoice | 09/02/2016 | 21133 | | 852.30 | 9,306.29 |
| | Invoice | 09/02/2016 | 21107 | P334 | 180.00 | 9,486.29 |
| | Invoice | 10/12/2016 | 21874 | P370 | 7,776.72 | 17,263.01 |
| **Total ProCraft Cabinetry Seattle** | | | | | 17,263.01 | 17,263.01 |
| **TOTAL** | | | | | 17,263.01 | 17,263.01 |

# Invoice

**S20996**

**ProCraft Cabinetry, Inc**

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

**Bill To:**

*ProCraft Cabinetry Seattle*
*20848 84th Ave South*
*Kent, WA 98032*

Customer: *ProCraft Cabinetry Seattle*

**Ship To:**

*ProCraft Cabinetry Seattle*
*20848 84th Ave South*
*Kent, WA 98032*

Contact: *ProCraft Cabinetry Seattle*
PO Number: P330/P327

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|---|---|---|---|---|---|
| Ray | COD | Origin | Will Call | | 08/24/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 1 | AA-WS1242 - Avalon Ashen Wall Skin 12"W X 42"H | $ 2.70 | 30 ea | $ 81.00 |
| 2 | AA-WS1236 - Avalon Ashen Wall Skin 12"W X 36"H | $ 2.52 | 10 ea | $ 25.20 |
| 3 | AA-BS24 - Avalon Ashen Base Skin 24"W X 34-1/2"H | $ 0.00 | 20 ea | $ 0.00 |
| 4 | AA-WF330 - Avalon Ashen Wall Filler 3"W X 30"L | $ 5.40 | 30 ea | $ 162.00 |
| 5 | AA-BEP3 - Avalon Ashen Dish Wash End Panel 3"W X 34-1/2"H X 24"D | $ 16.38 | 20 ea | $ 327.60 |
| 6 | PE-WS1242 - Providence Espresso Wall Skin 12"W X 42"H | $ 2.70 | 40 ea | $ 108.00 |
| 7 | PE-BEP3 - Providence Espresso Dish Wash End Panel 3"W X 34-1/2"H X 24"D | $ 14.04 | 25 ea | $ 351.00 |
| 8 | PW-B09FD Door & Frame - Providence White Base Cabinet 09" W X 34-1/2"H X 24"D Full Height Door Door & Frame | $ 16.74 | 20 ea | $ 334.80 |
| 9 | PW-B30 Door & Frame - Providence White Base Cabinet 30"W X 34-1/2"H X 24"D Door & Frame | $ 46.80 | 30 ea | $ 1,404.00 |
| 10 | PW-3DB12 Door & Frame - Providence White Drawer Base Cabinet 12"W X 34-1/2"H X 24"D Door & Frame | $ 21.96 | 25 ea | $ 549.00 |
| 11 | PW-3DB15 Door & Frame - Providence White Drawer Base Cabinet 15"W X 34-1/2"H X 24"D Door & Frame | $ 26.28 | 25 ea | $ 657.00 |
| 12 | PW-3DB18 Door & Frame - Providence White Drawer Base Cabinet 18"W X 34-1/2"H X 24"D Door & Frame | $ 30.78 | 15 ea | $ 461.70 |

08/26/2016

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

S20996



| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 13 | PW-3DB21 Door & Frame - Providence White Drawer Base Cabinet 21"W X 34-1/2"H X 24"D Door & Frame | $ 35.28 | 25 ea | $ 882.00 |
| 14 | PW-3DB24 Door & Frame - Providence White Drawer Base Cabinet 24"W X 34-1/2"H X 24"D Door & Frame | $ 39.60 | 25 ea | $ 990.00 |
| 15 | PW-BMD30 - Providence White Base Microwave Drawer 30"W X 34-1/2"H X 24"D | $ 72.36 | 5 ea | $ 361.80 |
| 16 | PW-BWB18 Door & Frame - Providence White Base Waste 18"W Door & Frame | $ 28.44 | 5 ea | $ 142.20 |
| 17 | PW-SB24 Door & Frame - Providence White Sink Base Cabinet 24"W X 34-1/2"H X 24"D Door & Frame | $ 38.34 | 15 ea | $ 575.10 |
| 18 | PW-SB30 Door & Frame - Providence White Sink Base Cabinet 30"W X 34-1/2"H X 24"D Door & Frame | $ 46.80 | 25 ea | $ 1,170.00 |
| 19 | PW-SB36 Door & Frame - Providence White Sink Base Cabinet 36"W X 34-1/2"H X 24"D Door & Frame | $ 55.26 | 40 ea | $ 2,210.40 |
| 20 | PW-W1230 Door & Frame - Providence White Wall Cabinet 12"W X 30"H X 12"D Door & Frame | $ 19.80 | 15 ea | $ 297.00 |
| 21 | PW-W2130 Door & Frame - Providence White Wall Cabinet 21"W X 30"H X 12"D Door & Frame | $ 32.04 | 15 ea | $ 480.60 |
| 22 | PW-W2730 Door & Frame - Providence White Wall Cabinet 27"W X 30"H X 12"D Door & Frame | $ 40.14 | 15 ea | $ 602.10 |
| 23 | PW-W3330 Door & Frame - Providence White Wall Cabinet 33"W X 30"H X 12"D Door & Frame | $ 48.24 | 10 ea | $ 482.40 |
| 24 | PW-W2136 Door & Frame - Providence White Wall Cabinet 21"W X 36"H X 12"D Door & Frame | $ 37.98 | 5 ea | $ 189.90 |
| 25 | PW-W2436 Door & Frame - Providence White Wall Cabinet 24"W X 36"H X 12"D Door & Frame | $ 42.66 | 40 ea | $ 1,706.40 |
| 26 | PW-W4236 Door & Frame - Providence White Wall Cabinet 42"W X 36"H X 12"D Door & Frame | $ 71.64 | 10 ea | $ 716.40 |
| 27 | PW-W2736 Door & Frame - Providence White Wall Cabinet 27"W X 36"H X 12"D Door & Frame | $ 47.52 | 10 ea | $ 475.20 |
| 28 | PW-W1242 Door & Frame - Providence White Wall Cabinet 12"W X 42"H X 12"D Door & Frame | $ 27.18 | 20 ea | $ 543.60 |
| 29 | PW-W3942 Door & Frame - Providence White Wall Cabinet 39"W X 42"H X 12"D Door & Frame | $ 77.58 | 10 ea | $ 775.80 |

# Invoice

08/26/2016

**ProCraft Cabinetry, Inc**

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

S20996



| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 30 | PW-WDC2442 Door & Frame - Providence White Wall Diagonal Cabinet 24"W X 42"H X 12"D Door & Frame | $ 45.00 | 15 ea | $ 675.00 |
| 31 | PW-TP189024 Door & Frame - Providence White Tall Pantry 18"W X 90"H X 24"D Door & Frame | $ 76.86 | 10 ea | $ 768.60 |
| 32 | PW-TP248424 Door & Frame - Providence White Tall Pantry 24"W X 84"H X 24"D Door & Frame | $ 92.88 | 5 ea | $ 464.40 |
| 33 | PW-TP249024 Door & Frame - Providence White Tall Pantry 24"W X 90"H X 24"D Door & Frame | $ 99.54 | 8 ea | $ 796.32 |
| 34 | PW-TP309624 Door & Frame - Providence White Tall Pantry 30"W X 96"H X 24"D Door & Frame | $ 130.86 | 5 ea | $ 654.30 |
| 35 | PW-FDB18 Door & Frame - Providence White File Drawer Base Cabinet 18"W X 34-1/2"H X 24"D Door & Frame | $ 30.06 | 5 ea | $ 150.30 |
| 36 | PW-VDB12 Door & Frame - Providence White Vanity Drawer Base 12"W X 34-1/2"H X 21"D Door & Frame | $ 21.96 | 20 ea | $ 439.20 |
| 37 | PW-VDB15 Door & Frame - Providence White Vanity Drawer Base 15"W X 34-1/2"H X 21"D Door & Frame | $ 26.28 | 15 ea | $ 394.20 |
| 38 | PW-VDB18 Door & Frame - Providence White Vanity Drawer Base 18"W X 34-1/2"H X 21"D Door & Frame | $ 31.68 | 15 ea | $ 475.20 |
| 39 | PW-VSD30R Door & Frame - Providence White Vanity Sink Drawer 30"W X 34-1/2"H X 21"D Door & Frame | $ 48.60 | 5 ea | $ 243.00 |
| 40 | PW-VSD36L Door & Frame - Providence White Vanity Sink Drawer 36"W X 34-1/2"H X 21"D Door & Frame | $ 57.60 | 10 ea | $ 576.00 |
| 41 | PW-VSD36R Door & Frame - Providence White Vanity Sink Drawer 36"W X 34-1/2"H X 21"D Door & Frame | $ 57.60 | 5 ea | $ 288.00 |
| 42 | PW-VSD42 Door & Frame - Providence White Vanity Sink Drawer 42"W X 34-1/2"H X 21"D Door & Frame | $ 64.80 | 5 ea | $ 324.00 |
| 43 | PW-VSD48 Door & Frame - Providence White Vanity Sink Drawer 48"W X 34-1/2"H X 21"D Door & Frame | $ 77.94 | 10 ea | $ 779.40 |
| 44 | PW-SC - Providence White Scribe Molding 3/4"W X 1/4"H X 96"L | $ 5.22 | 100 ea | $ 522.00 |
| 45 | BOX-VDB12(A) - Vanity Drawer Base 12"W X 34-1/2"H X 21"D BOX (A) | $ 72.54 | 15 ea | $ 1,088.10 |

# Invoice

**ProCraft Cabinetry, Inc**

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws



S20996

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 46 | BOX-VSB24(A) - Vanity Sink Base 24"W X 34-1/2"H X 21"D BOX (A) | $ 31.32 | 40 ea | $ 1,252.80 |
| 47 | BOX-BER36(A) - Square Corner Base 36"W X 34-1/2"H X 36"D BOX (A) | $ 70.74 | 15 ea | $ 1,061.10 |
| 48 | BOX-VSB30(A) - Vanity Sink Base 30"W X 34-1/2"H X 21"D BOX (A) | $ 35.28 | 30 ea | $ 1,058.40 |
| 49 | PW-B18 Door & Frame - Providence White Base Cabinet 18"W X 34-1/2"H X 24"D Door & Frame | $ 29.88 | 35 ea | $ 1,045.80 |
| 50 | PW-B24 Door & Frame - Providence White Base Cabinet 24"W X 34-1/2"H X 24"D Door & Frame | $ 38.34 | 30 ea | $ 1,150.20 |
| 51 | PW-B27 Door & Frame - Providence White Base Cabinet 27"W X 34-1/2"H X 24"D Door & Frame | $ 42.66 | 10 ea | $ 426.60 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 31,695.12 |
| Sales Tax: | $ 0.00 |
| Total: | $ 31,695.12 |

February 15, 2017 9:26:56 AM CST

# Invoice

08/31/2016

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

S21133



**Bill To:**

ProCraft Cabinetry Seattle
20848 84th Ave South
Kent, WA 98032

*Customer:* ProCraft Cabinetry Seattle

**Ship To:**

ProCraft Cabinetry Seattle
20848 84th Ave South
Kent, WA 98032

*Contact:* ProCraft Cabinetry Seattle

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|---|---|---|---|---|---|
| Ray | COD | Origin | Will Call | | 08/31/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 1 | PW-TP189024 Door & Frame - Providence White Tall Pantry 18"W X 90"H X 24"D Door & Frame | $ 76.86 | 5 ea | $ 384.30 |
| 2 | PW-B30 Door & Frame - Providence White Base Cabinet 30"W X 34-1/2"H X 24"D Door & Frame | $ 46.80 | 10 ea | $ 468.00 |

1) Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2) 20% restocking fee applied for returned or exchanged items.
3) There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 852.30 |
| Sales Tax: | $ 0.00 |
| Total: | $ 852.30 |

February 15, 2017 9:26:56 AM CST

Page 1 of 1

08/30/2016

# Invoice

S21107



**ProCraft Cabinetry, Inc**

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

**Bill To:**

Main address
20848 84TH Ave S
Kent, WA 98032

Customer: ProCraft Cabinetry Seattle

**Ship To:**

Procraft Cabinetry Seattle LLC
20848 84TH Ave S
Kent, WA 98032

Contact: Wenchen Chen
PO Number: P334

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|---|---|---|---|---|---|
| Ray | COD | Origin | Will Call | | 08/30/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 1 | LSG-WDD1230 - Liberty Shaker Gray Wall Decorative Door Panel 12" W X 30" H | $ 18.00 | 10 ea | $ 180.00 |

1) Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2) 20% restocking fee applied for returned or exchanged items.
3) There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 180.00 |
| Sales Tax: | $ 0.00 |
| Total: | $ 180.00 |

February 15, 2017 9:26:56 AM CST

Page 1 of1

# Invoice

10/12/2016

**ProCraft Cabinetry, Inc**

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

S21874

## Bill To:

ProCraft Cabinetry Seattle
20848 84th Ave South
Kent, WA 98032

Customer: ProCraft Cabinetry Seattle

## Ship To:

ProCraft Cabinetry Seattle
20848 84th Ave South
Kent, WA 98032

Contact: ProCraft Cabinetry Seattle
PO Number: P370

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|---|---|---|---|---|---|
| admin | COD | Origin | Will Call | | 10/12/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 1 | PC-BP4896.25 - Portland Chestnut Back Panel 48"W X 96"H X 1/4"D | $ 47.70 | 80 ea | $ 3,816.00 |
| 2 | PC-BBP4896.25 - Portland Chestnut Bead Board Panel 48"W X 96"H X 1/4"D | $ 51.84 | 5 ea | $ 259.20 |
| 3 | PC-REP396 - Portland Chestnut Refrigerator End Panel 3"W X 96"H X 24"D | $ 37.26 | 32 ea | $ 1,192.32 |
| 4 | PC-B12 Door & Frame - Portland Chestnut Base Cabinet 12"W X 34-1/2"H X 24"D Door & Frame | $ 24.48 | 15 ea | $ 367.20 |
| 5 | PC-B15 Door & Frame - Portland Chestnut Base Cabinet 15"W X 34-1/2"H X 24"D Door & Frame | $ 29.52 | 15 ea | $ 442.80 |
| 6 | PC-SB30 Door & Frame - Portland Chestnut Sink Base Cabinet 30"W X 34-1/2"H X 24"D Door & Frame | $ 54.00 | 20 ea | $ 1,080.00 |
| 7 | PC-BEP3 - Portland Chestnut Dish Wash End Panel 3"W X 34-1/2"H X 24"D | $ 15.48 | 40 ea | $ 619.20 |

# Invoice

10/12/2016

**ProCraft Cabinetry, Inc**

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

S21874


1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---:|
| Subtotal: | $ 7,776.72 |
| Sales Tax: | $ 0.00 |
| Total: | $ 7,776.72 |

February 15, 2017 9:26:56 AM CST