# EXHIBIT 35

# ProCraft Cabinetry, Inc
## Customer QuickReport
### All Transactions

| Type | Date | Num | Memo | Amount | Balance | |
|---|---|---|---|---|---|---|
| **ProCraft Cabinetry Seattle** | | | | | | |
| Invoice | 05/20/2016 | 17916 | Box A ( MAGU5531663, CSLU6088054) | | 26,206.98 | Partial Paid |
| Invoice | 09/09/2016 | J10014 | PC (MEDU7159527, GESU4524398) | 136,314.14 | 162,521.12 | |
| Invoice | 09/15/2016 | J10002 | PE (GESU5508107) | 60,226.60 | 222,747.72 | |
| **Total** | | | | **$ 222,747.72** | **222,747.72** | |

# ProCraft Cabinetry, Inc
## Customer QuickReport
### All Transactions

| Type | Date | Num | Memo | Amount | Balance |
|---|---|---|---|---:|---:|
| **ProCraft Cabinetry Seattle** | | | | | |
| --- Container Invoice | 04/14/2015 | 11283 | CM | 130,692.00 | 130,692.00 |
| Invoice | 04/15/2015 | 2 Ctns | Ocean Freight Charge (2CTNs) MSKU1059035, PONU7572370 | 7,145.07 | 137,837.07 |
| Invoice | 07/14/2015 | 12012 | PW | 140,231.20 | 278,068.27 |
| Invoice | 07/14/2015 | 2 Ctns | Ocean Freight Charge (2CTNs) UETU5258860, CCLU6684767 | 11,107.12 | 289,175.39 |
| Invoice | 08/13/2015 | 12012 | PE | 126,300.61 | 415,476.00 |
| Invoice | 08/14/2015 | 2 Ctns | Ocean Freight Charge (2CTNs) CCLU7443147, CSLU6066630 | 6,149.14 | 421,625.14 |
| Invoice | 08/13/2015 | 12012 | BOX(B) | 100,762.83 | 522,387.97 |
| Invoice | 07/14/2015 | 3 Ctns | Ocean Freight Charge (3 CTNs) MEDU7159635, MSCU9961540 TCLU5893250 | 9,204.26 | 531,592.23 |
| Invoice | 08/13/2015 | 12015 | AA | 122,080.66 | 653,672.89 |
| Invoice | 07/14/2015 | 2 Ctns | Ocean Freight Charge (1 CTN) TRLU5869606 | 7,376.97 | 661,049.86 |
| | | | Ocean Freight Charge (1 CTN) APHU6846625 | 6,736.97 | 667,786.83 |
| Invoice | 08/18/2015 | 12009 | LSW | 131,939.86 | 799,726.69 |
| Invoice | 08/18/2015 | 12009 | BOX(A) | 116,150.05 | 915,876.74 |
| Invoice | 07/14/2015 | 5 Ctns | Ocean Freight Charge (5CTNs) BMOU4295771, CCLU6971129 TEMU6947614, BMOU4291816, CCLU7651428 | 15,293.48 | 931,170.22 |
| Invoice | 08/18/2015 | 12009 | CI | 153,258.28 | 1,084,428.50 |
| Invoice | 08/20/2015 | 12009-1 | LSW add-on & DFDB18 add-on | 19655.25 | 1,104,083.75 |
| Invoice | 07/14/2015 | 3 Ctns | Ocean Freight Charge (1 CTN) FSCU9394157 | 4,476.42 | 1,108,560.17 |
| | | | Ocean Freight Charge (2 CTNs) TCNU9662786, TRLU5790944 | 11,670.25 | 1,120,230.42 |
| Invoice | 08/18/2015 | 11899 | SOE | 92,749.39 | 1,212,979.81 |
| Invoice | 07/14/2015 | 2 Ctns | Ocean Freight Charge (2CTNs) SEGU4292384, CCLU7233618 | 6,020.38 | 1,219,000.19 |
| Invoice | 08/18/2015 | 12016 | BG | 122,056.40 | 1,341,056.59 |
| Invoice | 07/14/2015 | 2 Ctns | Ocean Freight Charge (2CTNs) FSCU8460172, AMFU8782580 | 9,501.86 | 1,350,558.45 |
| Invoice | 09/14/2015 | 13567 | PW | 108,582.10 | 1,459,140.55 |
| Invoice | 09/15/2015 | 2 Ctns | Ocean Freight Charge (2CTNs) SEGU5025510, APHU7336082 | 11,054.26 | 1,470,194.81 |
| Invoice | 10/28/2015 | 13623 | Box(A) | 40,735.30 | 1,510,930.11 |
| Invoice | 10/29/2015 | 1 Ctn | Ocean feight charge (1 ctn) FSCU8370295 | 4,414.26 | 1,515,344.37 |
| Invoice | 11/14/2015 | 14935 | LSW & LSW add-on | 60,217.32 | 1,575,561.69 |
| Invoice | 11/15/2015 | 15497 | PW add-on (box A) | 1,895.40 | 1,577,457.09 |
| Invoice | 11/15/2015 | 1 Ctn | Ocean feight charge (1 ctn) MSCU9927104 | 3,233.75 | 1,580,690.84 |
| Invoice | 01/22/2016 | | 2016 KBIS | 50,000.00 | 1,630,690.84 |
| Invoice | 01/05/2016 | 15764 | Box(A) | 48,025.85 | 1,678,716.69 |
| Invoice | 01/05/2016 | 1 Ctn | Ocean feight charge (1 ctn) MEDU8514945 | 3,684.37 | 1,682,401.06 |
| Invoice | 04/13/2016 | 16344 | BG | 68,183.76 | 1,750,584.82 |
| Invoice | 04/16/2016 | | Freight Cost (UACU 5665048) | 3,187.08 | 1,753,771.90 |
| Invoice | 05/19/2016 | 18547 | LSG BG (APHU6875691, TEMU7618296) | 128,991.18 | 1,882,763.08 |
| Invoice | 05/20/2016 | 17916 | Box A ( MAGU5531663, CSLU6088054) | 85,153.02 | 1,967,916.10 |
| Invoice | 06/02/2016 | 17914 | LSW (FCIU8586161) | 64,365.74 | 2,032,281.84 |
| Invoice | 06/23/2016 | 16629 | Box A (APHU6805502) | 40,890.93 | 2,073,172.77 |
| Invoice | 07/13/2016 | 19097 | Box A (TGHU6839205, MSCU9738727) | 83,123.82 | 2,156,296.59 |
| Invoice | 09/09/2016 | J10014 | PC (MEDU7159527, GESU4524398) | 136,314.14 | 2,292,610.73 |
| Invoice | 09/15/2016 | J10002 | PE (GESU5508107) | 60,226.60 | 2,352,837.33 |
| Invoice | 10/20/2016 | J10012 | LSG (TCLU 6512168) | 63,008.35 | 2,415,845.68 |
| **Total** | | | | **$ 2,415,845.68** | **2,415,845.68** |

# ProCraft Cabinetry, Inc
## Customer QuickReport
### All Transactions

| Type | Date | Memo | Amount | Balance |
|---|---|---|---:|---:|
| **ProCraft Cabinetry Seattle** | | | | |
| Payment | | | -1,250,000.00 | -1,250,000.00 |
| Payment | 08/05/2015 | | -45,000.00 | -1,295,000.00 |
| Payment | 10/13/2015 | | -90,000.00 | -1,385,000.00 |
| Payment | 12/03/2015 | Bank wire | -126,408.35 | -1,511,408.35 |
| Credit | 12/03/2015 | A/P & A/R netting between two locations | -28,847.65 | -1,540,256.00 |
| Payment | 04/14/2016 | Bank wire | -63,268.77 | -1,603,524.77 |
| Payment | 05/18/2016 | Bank wire | -85,176.00 | -1,688,700.77 |
| Payment | 06/03/2016 | Bank wire | -50,000.00 | -1,738,700.77 |
| Payment | 06/08/2016 | Bank wire | -14,365.74 | -1,753,066.51 |
| Payment | 06/20/2016 | Bank wire | -40,890.93 | -1,793,957.44 |
| Payment | 07/14/2016 | Bank wire | -60,000.00 | -1,853,957.44 |
| Payment | 07/20/2016 | Bank wire | -23,123.82 | -1,877,081.26 |
| Payment | 08/11/2016 | Bank wire | -50,000.00 | -1,927,081.26 |
| Payment | 08/30/2016 | Bank wire | -20,000.00 | -1,947,081.26 |
| Payment | 09/07/2016 | Bank wire | -20,000.00 | -1,967,081.26 |
| Payment | 09/14/2016 | Bank wire | -30,000.00 | -1,997,081.26 |
| Payment | 09/21/2016 | Bank wire | -120,000.00 | -2,117,081.26 |
| Payment | 10/25/2016 | Bank wire | -50,000.00 | -2,167,081.26 |
| Payment | 10/26/2016 | Bank wire | -13,008.35 | -2,180,089.61 |
| Payment | 10/26/2016 | Bank wire | -13,008.35 | -2,193,097.96 |
| **Total** | | | **$ (2,193,097.96)** | **-2,193,097.96** |



**ProCraft Cabinetry, Inc**

15115 Old Hickory Blvd, Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615) 528-0311
Email: Sophia@procraft.ws

| Vendor | Ship to | Invoice: 17916 |
|---|---|---|
| ProCraft Cabinetry, Inc<br>429 McNally Dr,<br>Nashville, TN 37211<br>United States | ProCraft Cabinetry, Seattle<br>20848 84th Ave S<br>Kent, WA 13623<br>United States | |

船名/航次: COSCO MALAYSIA V.051E
离港日期: 2016.05.03 ; 装箱日期: 2016.04.29,
到港日期: 2016.05.21
第一车箱号: MAGU5531663 / J0705559 装箱日期: 2016.04.29,
第二车箱封号: CSLU6088054 / J0678377

| 款式 | 型号 | 产品数量 | 单价 | 第一车数量 | | 第二车数量 | | 剩余数量 | 第一车总额 | 第二车总额 | 第三车总额 | 剩余金额 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PCS | CTNS | PCS | CTNS | | | | | |
| BOX | W3012 | 10 | $13.03 | | | 10 | | 0 | $0.00 | $130.34 | | $0.00 |
| BOX | W3018 | 25 | $15.27 | 18 | | 7 | | 0 | $274.83 | $106.88 | | $0.00 |
| BOX | W3612 | 10 | $14.57 | | | 10 | | 0 | $0.00 | $145.70 | | $0.00 |
| BOX | W3618 | 15 | $17.00 | 15 | | | | 0 | $254.96 | $0.00 | | $0.00 |
| BOX | W3624 | 10 | $22.28 | 10 | | | | 0 | $222.76 | $0.00 | | $0.00 |
| BOX | W0930 | 20 | $11.63 | 20 | | | | 0 | $232.61 | $0.00 | | $0.00 |
| BOX | W1230 | 30 | $13.19 | 30 | | | | 0 | $395.58 | $0.00 | | $0.00 |
| BOX | W1530 | 15 | $14.81 | 10 | | 5 | | 0 | $148.06 | $74.03 | | $0.00 |
| BOX | W1830 | 30 | $16.39 | 30 | | | | 0 | $491.71 | $0.00 | | $0.00 |
| BOX | W2130 | 30 | $17.95 | 30 | | | | 0 | $538.37 | $0.00 | | $0.00 |
| BOX | W2430 | 25 | $21.05 | 25 | | | | 0 | $526.21 | $0.00 | | $0.00 |
| BOX | W2730 | 25 | $22.48 | 15 | | 10 | | 0 | $337.13 | $224.75 | | $0.00 |

| Type | Model | Qty1 | Price | Qty2 | Qty3 | Total1 | Total2 |
|---|---|---|---|---|---|---|---|
| | | 429 McNally Dr, Nashville, TN 37211 | | 20848 84th Ave S Kent, WA 13623 | | | |
| BOX | W3030/WBC3030 | 40 | $24.48 | | 40 | $0.00 | $979.03 |
| BOX | W3330 | 25 | $26.03 | 25 | | $650.77 | $0.00 |
| BOX | W3630/WBC3630 | 35 | $27.68 | 26 | 9 | $719.68 | $249.12 |
| BOX | W4230 | 15 | $30.73 | | 15 | $0.00 | $461.01 |
| BOX | W0936 | 30 | $13.03 | 17 | 13 | $221.48 | $169.37 |
| BOX | W1236 | 45 | $14.67 | 39 | 6 | $572.28 | $88.04 |
| BOX | W1836 | 20 | $18.07 | 20 | | $361.40 | $0.00 |
| BOX | W2136 | 30 | $19.72 | | 30 | $0.00 | $591.62 |
| BOX | W2436 | 35 | $22.94 | | 34 | $0.00 | $779.97 |
| BOX | W2736 | 25 | $24.46 | 25 | 1 | $611.58 | $22.94 |
| BOX | W3036/WBC3036 | 20 | $26.65 | 20 | | $532.99 | $0.00 |
| BOX | W3336 | 25 | $28.40 | 25 | | $709.88 | $0.00 |
| BOX | W3636/WBC3636 | 20 | $30.05 | | 20 | $0.00 | $600.93 |
| BOX | W0942 | 10 | $16.07 | | 10 | $0.00 | $160.67 |
| BOX | W1242 | 35 | $18.15 | | 35 | $0.00 | $635.29 |
| BOX | W1842 | 35 | $22.03 | | 35 | $0.00 | $771.00 |
| BOX | W2142 | 25 | $24.13 | | 25 | $0.00 | $603.14 |
| BOX | W2442 | 20 | $25.77 | 17 | 3 | $438.16 | $77.32 |
| BOX | W2742 | 15 | $30.44 | 5 | 10 | $152.21 | $304.43 |
| BOX | W3042/WBC3042 | 20 | $33.04 | | 20 | $0.00 | $660.75 |
| BOX | W361824 | 20 | $25.43 | 20 | | $508.68 | $0.00 |
| BOX | W362424 | 20 | $34.37 | | 20 | $0.00 | $687.42 |
| BOX | WDC2430 | 30 | $32.78 | | 30 | $0.00 | $983.29 |
| BOX | WDC2436 | 30 | $35.75 | | 30 | $0.00 | $1,072.59 |
| BOX | WDC2442 | 30 | $44.23 | | 30 | $0.00 | $1,326.88 |
| BOX(A) | B09SP | 40 | $32.93 | 16 | 24 | $526.81 | $790.21 |
| BOX(A) | B09FD | 30 | $17.86 | | 30 | $0.00 | $535.78 |
| BOX(A) | B12 | 60 | $33.04 | 60 | | $1,982.69 | $0.00 |
| BOX(A) | B15 | 50 | $35.19 | 30 | 20 | $1,055.70 | $703.80 |
| BOX(A) | B18 | 60 | $37.17 | 60 | | $2,229.95 | $0.00 |
| BOX(A) | B21 | 40 | $39.17 | 40 | | $1,566.64 | $0.00 |
| BOX(A) | B24 | 70 | $43.35 | 70 | | $3,034.85 | $0.00 |
| BOX(A) | B27 | 35 | $45.33 | 19 | 16 | $861.29 | $725.29 |
| BOX(A) | B30 | 90 | $48.23 | 69 | 21 | $3,327.58 | $1,012.74 |
| BOX(A) | B33 | 35 | $50.65 | 35 | | $1,772.81 | $0.00 |

| Address | Item | Qty | Price | Qty2 | Zero | Amount | Zero2 |
|---|---|---|---|---|---|---|---|
| 429 McNally Dr, Nashville,TN 37211 | | | | 20848 84th Ave S Kent, WA 13623 | | | |
| BOX(A) | B36 | 60 | $ 52.91 | 60 | 0 | $3,174.49 | $0.00 |
| BOX(A) | B39 | 15 | $ 65.78 | 15 | 0 | $986.72 | $0.00 |
| BOX(A) | B42 | 15 | $ 68.17 | 15 | 0 | $1,022.58 | $0.00 |
| BOX(A) | DB12 | 20 | $ 58.46 | 20 | 0 | $1,169.22 | $0.00 |
| BOX(A) | DB15 | 30 | $ 62.26 | 1 | 0 | $62.26 | $0.00 |
| BOX(A) | DB18 | 30 | $ 65.63 | 30 | 0 | $1,968.76 | $0.00 |
| BOX(A) | DB21 | 35 | $ 69.13 | 34 | 0 | $2,350.58 | $0.00 |
| BOX(A) | DB24 | 20 | $ 72.61 | 1 | 0 | $72.61 | $0.00 |
| BOX(A) | DB30 | 15 | $ 79.96 | 1 | 0 | $1,379.58 | $0.00 |
| BOX(A) | SB24 | 10 | $ 25.64 | 15 | 0 | $1,199.41 | $0.00 |
| BOX | SB30 | 20 | $ 27.02 | 10 | 0 | $256.45 | $0.00 |
| BOX | SB33 | 25 | $ 29.46 | 20 | 0 | $540.38 | $0.00 |
| BOX | SB36 | 50 | $ 30.77 | 25 | 0 | $736.60 | $0.00 |
| BOX | SB39 | 10 | $ 32.26 | 50 | 0 | $1,538.65 | $0.00 |
| BOX | SB42 | 10 | $ 33.62 | 10 | 0 | $322.61 | $0.00 |
| BOX | DSB36 | 20 | $ 38.41 | 10 | 0 | $336.20 | $0.00 |
| BOX(A) | BLB39/42 | 25 | $ 48.27 | 20 | 0 | $768.27 | $0.00 |
| BOX(A) | BLB42/45 | 25 | $ 50.63 | 25 | 0 | $1,265.85 | $0.00 |
| BOX(A) | LSB33 | 25 | $ 82.35 | 25 | 0 | $1,206.64 | $0.00 |
| BOX(A) | LSB36 | 50 | $ 88.24 | 50 | 0 | $4,411.76 | $0.00 |
| BOX | BER36 | 10 | $ 52.59 | 10 | 0 | $525.91 | $0.00 |
| BOX(A) | BWB18 | 50 | $ 56.50 | 50 | 0 | $2,825.14 | $0.00 |
| BOX | FS39 | 10 | $ 34.51 | 10 | 0 | $345.06 | $0.00 |
| BOX | TP188424 | 5 | $ 62.61 | 5 | 0 | $313.06 | $0.00 |
| BOX | TP189024 | 5 | $ 65.31 | 5 | 0 | $326.56 | $0.00 |
| BOX | TP189624 | 5 | $ 71.86 | 5 | 0 | $359.28 | $0.00 |
| BOX | TP248424 | 10 | $ 76.32 | 10 | 0 | $763.18 | $0.00 |
| BOX | TP249024 | 10 | $ 79.11 | 10 | 0 | $791.08 | $0.00 |
| BOX | TP249624 | 10 | $ 87.67 | 10 | 0 | $876.72 | $0.00 |
| BOX | OC339624 | 8 | $ 86.39 | 8 | 0 | $691.16 | $0.00 |
| BOX | TP309624 | 10 | $ 99.47 | 10 | 0 | $994.73 | $0.00 |
| BOX(A) | VB12 | 10 | $ 31.37 | 10 | 0 | $313.70 | $0.00 |
| BOX(A) | VB15 | 10 | $ 33.51 | | 0 | $0.00 | $0.00 |
| BOX(A) | VDB12 | 20 | $ 53.94 | 11 | 0 | $593.31 | $0.00 |
| BOX | VSB30 | 25 | $ 26.17 | 25 | 0 | $654.25 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 429 McNally Dr., Nashville,TN 37211 | | | 20848 84th Ave S Kent, WA 13623 | | | |
| BOX(A) | VSD36 | 20 | $ 53.17 | 20 | 0 | $1,063.45 | $0.00 |
| BOX(A) | VSD42 | 20 | $ 55.36 | 20 | 0 | $1,107.15 | $0.00 |
| BOX(A) | FDB18 | 10 | $ 46.63 | 10 | 0 | $466.30 | $0.00 |
| BOX(A) | DDB18 | 10 | $ 55.67 | 10 | 0 | $556.73 | $0.00 |
| BOX(A) | KD30/36 | 20 | $ 17.64 | 20 | 0 | $352.76 | $0.00 |
| | | | | | | $42,871.01 | ############ $22.94 |
| BOX | W1536 | 2 | $ 16.38 | 2 | | $32.76 | $0.00 |
| BOX | W2136 | 5 | $ 19.72 | 5 | | $98.60 | $0.00 |
| BOX | W3321 | 2 | $ 17.28 | 2 | | $34.56 | $0.00 |
| BOX(A) | 3DB21 | 3 | $ 69.13 | 3 | | $207.39 | |
| BOX(A) | VSD36 | 8 | $ 53.17 | 8 | | $425.36 | |
| | | | | | | $83,765.34 | |
| Total | | 2218 | | 1142 | 1075 | 0 | 1 | $85,742.01 | | $45.88 |



**Vendor**
Procraft Cabinetry, Inc
429 McNally Dr,
Nashville,TN 37211
United States

**Ship to**
Procraft Cabinetry, Seattle
20848 84TH AVE S
KENT, WA 98032
United States

**Invoice Number:** J10014 & 1905S

PC 西雅图
第一车：2016/8/11　　箱号：MEDU7159527　　铅封号：FEX9671813　　船期：2016/8/18
第二车：2016/8/12　　箱号：GESU4524398　　铅封号：FEX9700686　　船期：2016/8/18

Invoice: J10014

| 序号 | 产品编号 | 订单数量 | | | 每包体积 | 单价 | 第一车 | | 第二车 | | 剩余数量 | 第一车金额 | 第二车金额 | 剩余金额 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PCS | PCS/CTNS | CTNS | | | PCS | CTNS | PCS | CTNS | | | | |
| 1 | PCW3012 | 30 | 1 | 30 | 0.0172 | $15.83 | 30 | 30 | | | 0 | $474.92 | $0.00 | $0.00 |
| 2 | PCW3015 | 15 | 1 | 15 | 0.0209 | $19.29 | 15 | 15 | | | 0 | $289.31 | $0.00 | $0.00 |
| 3 | PCW3018 | 80 | 1 | 80 | 0.0247 | $22.74 | 80 | 80 | | | 0 | $1,819.54 | $0.00 | $0.00 |
| 4 | PCW3021 | 15 | 1 | 15 | 0.0285 | $26.20 | 15 | 15 | | | 0 | $393.02 | $0.00 | $0.00 |
| 5 | PCW3024 | 50 | 1 | 50 | 0.0323 | $29.66 | 50 | 50 | | | 0 | $1,483.03 | $0.00 | $0.00 |
| 10 | PCW3324 | 10 | 1 | 10 | 0.0354 | $32.43 | | | 10 | 10 | 0 | $0.00 | $324.26 | $0.00 |
| 11 | PCW3612 | 30 | 1 | 30 | 0.0204 | $18.81 | | | 30 | 30 | 0 | $0.00 | $564.33 | $0.00 |
| 12 | PCW3615 | 15 | 1 | 15 | 0.0249 | $22.91 | 15 | 15 | | | 0 | $343.61 | $0.00 | $0.00 |
| 13 | PCW3618 | 80 | 1 | 80 | 0.0294 | $27.00 | 80 | 80 | | | 0 | $2,160.33 | $0.00 | $0.00 |
| 14 | PCW3621 | 15 | 1 | 15 | 0.0339 | $30.92 | 15 | 15 | | | 0 | $463.81 | $0.00 | $0.00 |
| 15 | PCW3624 | 40 | 1 | 40 | 0.0384 | $35.20 | 40 | 40 | | | 0 | $1,408.01 | $0.00 | $0.00 |
| 17 | PCW0930 | 20 | 1 | 20 | 0.0134 | $12.78 | 20 | 20 | | | 0 | $255.63 | $0.00 | $0.00 |
| 18 | PCW1230 | 30 | 1 | 30 | 0.0172 | $16.19 | 30 | 30 | | | 0 | $485.73 | $0.00 | $0.00 |
| 19 | PCW1530 | 20 | 1 | 20 | 0.0209 | $19.60 | 20 | 20 | | | 0 | $392.01 | $0.00 | $0.00 |
| 20 | PCW1830 | 30 | 1 | 30 | 0.0247 | $23.01 | 30 | 30 | | | 0 | $690.30 | $0.00 | $0.00 |
| 21 | PCW2130 | 20 | 1 | 20 | 0.0285 | $26.42 | 20 | 20 | | | 0 | $528.39 | $0.00 | $0.00 |
| 22 | PCW2430 | 30 | 1 | 30 | 0.0323 | $29.76 | 30 | 30 | | | 0 | $892.66 | $0.00 | $0.00 |
| 23 | PCW2730 | 20 | 1 | 20 | 0.0361 | $33.16 | 20 | 20 | | | 0 | $663.30 | $0.00 | $0.00 |
| 24 | PCW3030 | 30 | 1 | 30 | 0.0399 | $36.57 | 30 | 30 | | | 0 | $1,097.23 | $0.00 | $0.00 |
| 25 | PCW3330 | 15 | 1 | 15 | 0.0437 | $39.98 | 15 | 15 | | | 0 | $599.76 | $0.00 | $0.00 |
| 26 | PCW3630 | 30 | 1 | 30 | 0.0474 | $43.39 | 30 | 30 | | | 0 | $1,301.80 | $0.00 | $0.00 |

1

| # | Code | C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 | C9 | C10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | PC W3930 | 8 | 1 | 8 | 0.0513 | $46.80 | 8 | 8 | 0 | $374.40 | $0.00 | $0.00 |
| 28 | PC W4230 | 8 | 1 | 8 | 0.0550 | $50.21 | 8 | 8 | 0 | $401.71 | $0.00 | $0.00 |
| 30 | PC W0936 | 30 | 1 | 30 | 0.0159 | $15.23 | 30 | 30 | 0 | $456.99 | $0.00 | $0.00 |
| 31 | PC W1236 | 55 | 1 | 55 | 0.0204 | $19.28 | 30 | 30 | 0 | $732.72 | $327.80 | $0.00 |
| 32 | PC W1536 | 40 | 1 | 40 | 0.0249 | $23.33 | 40 | 40 | 0 | $933.25 | $0.00 | $0.00 |
| 33 | PC W1836 | 55 | 1 | 55 | 0.0294 | $27.38 | 55 | 55 | 0 | $1,505.93 | $0.00 | $0.00 |
| 34 | PC W2136 | 35 | 1 | 35 | 0.0339 | $31.43 | 35 | 35 | 0 | $1,100.04 | $0.00 | $0.00 |
| 35 | PC W2436 | 60 | 1 | 60 | 0.0384 | $35.39 | 60 | 60 | 0 | $2,123.38 | $0.00 | $0.00 |
| 36 | PC W2736 | 30 | 1 | 30 | 0.0429 | $39.44 | 30 | 30 | 0 | $1,183.17 | $0.00 | $0.00 |
| 37 | PC W3036 | 50 | 1 | 50 | 0.0474 | $43.49 | 50 | 50 | 0 | $2,174.40 | $0.00 | $0.00 |
| 38 | PC W3336 | 20 | 1 | 20 | 0.0519 | $47.54 | 20 | 20 | 0 | $950.74 | $0.00 | $0.00 |
| 39 | PC W3636 | 40 | 1 | 40 | 0.0564 | $51.59 | 40 | 40 | 0 | $2,063.46 | $0.00 | $0.00 |
| 40 | PC W3936 | 20 | 1 | 20 | 0.0610 | $55.64 | 20 | 20 | 0 | $1,112.90 | $0.00 | $0.00 |
| 41 | PC W4236 | 20 | 1 | 20 | 0.0655 | $59.72 | 20 | 20 | 0 | $1,194.41 | $0.00 | $0.00 |
| 43 | PC W0942 | 20 | 1 | 20 | 0.0185 | $17.69 | 20 | 20 | 0 | $353.71 | $0.00 | $0.00 |
| 44 | PC W1242 | 35 | 1 | 35 | 0.0237 | $22.37 | 35 | 35 | 0 | $783.11 | $0.00 | $0.00 |
| 45 | PC W1542 | 25 | 1 | 25 | 0.0289 | $27.06 | 25 | 25 | 0 | $676.59 | $0.00 | $0.00 |
| 46 | PC W1842 | 35 | 1 | 35 | 0.0341 | $31.75 | 35 | 35 | 0 | $1,111.35 | $0.00 | $0.00 |
| 47 | PC W2142 | 20 | 1 | 20 | 0.0393 | $36.44 | 20 | 20 | 0 | $728.84 | $0.00 | $0.00 |
| 48 | PC W2442 | 40 | 1 | 40 | 0.0446 | $41.03 | 40 | 40 | 0 | $1,641.05 | $0.00 | $0.00 |
| 49 | PC W2742 | 25 | 1 | 25 | 0.0498 | $45.72 | 25 | 25 | 0 | $1,142.89 | $0.00 | $0.00 |
| 50 | PC W3042 | 35 | 1 | 35 | 0.0550 | $50.40 | 35 | 35 | 0 | $1,764.16 | $0.00 | $0.00 |
| 51 | PC W3342 | 20 | 1 | 20 | 0.0603 | $55.09 | 20 | 20 | 0 | $1,101.87 | $0.00 | $0.00 |
| 52 | PC W3642 | 30 | 1 | 30 | 0.0655 | $59.78 | 30 | 30 | 0 | $1,793.48 | $0.00 | $0.00 |
| 53 | PC W3942 | 15 | 1 | 15 | 0.0708 | $64.51 | 15 | 15 | 0 | $967.72 | $0.00 | $0.00 |
| 54 | PC W4242 | 15 | 1 | 15 | 0.0760 | $69.18 | 15 | 15 | 0 | $1,037.69 | $0.00 | $0.00 |
| 80 | PC WBC3030 | 8 | 1 | 8 | 0.0399 | $27.49 | 8 | 8 | 0 | $219.95 | $0.00 | $0.00 |
| 81 | PC WBC3036 | 15 | 1 | 15 | 0.0474 | $32.53 | 15 | 15 | 0 | $487.97 | $0.00 | $0.00 |
| 82 | PC WBC3042 | 10 | 1 | 10 | 0.0550 | $37.59 | 10 | 10 | 0 | $375.91 | $0.00 | $0.00 |
| 83 | PC WBC3630 | 8 | 1 | 8 | 0.0474 | $34.31 | 8 | 8 | 0 | $274.51 | $0.00 | $0.00 |
| 84 | PC WBC3636 | 15 | 1 | 15 | 0.0564 | $40.64 | 15 | 15 | 0 | $609.61 | $0.00 | $0.00 |
| 85 | PC WBC3642 | 10 | 1 | 10 | 0.0655 | $46.97 | 10 | 10 | 0 | $469.71 | $0.00 | $0.00 |
| 86 | PC WDC2430 | 20 | 1 | 20 | 0.0245 | $26.44 | 20 | 20 | 0 | $528.86 | $0.00 | $0.00 |
| 87 | PC WDC2436 | 45 | 1 | 45 | 0.0291 | $31.53 | 45 | 45 | 0 | $1,418.90 | $0.00 | $0.00 |
| 88 | PC WDC2442 | 30 | 1 | 30 | 0.0338 | $36.62 | 30 | 30 | 0 | $1,098.63 | $0.00 | $0.00 |
| 97 | PC WMO3030 | 5 | 1 | 5 | 0.0720 | $43.18 | | | 5 | 5 | $215.88 | $0.00 |
| 98 | PC WMO3036 | 10 | 1 | 10 | 0.0857 | $52.45 | | | 10 | 10 | $524.53 | $0.00 |
| 99 | PC WMO3042 | 8 | 1 | 8 | 0.0994 | $61.73 | | | 8 | 8 | $493.87 | $0.00 |
| 103 | PC WAE30 | 3 | 1 | 3 | 0.0348 | $31.81 | 3 | 3 | 0 | $95.44 | $0.00 | $0.00 |

| # | Code | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 104 | PC | WAE36 | 6 | 1 | 6 | 0.0414 | $36.87 | 6 | 6 | 0 | $221.20 | $0.00 |
| 105 | PC | WAE42 | 3 | 1 | 3 | 0.0481 | $43.74 | 3 | 3 | 0 | $131.23 | $0.00 |
| 106 | PC | WR3015 | 12 | 1 | 12 | 0.0352 | $24.63 | | | 0 | $0.00 | $295.60 | $0.00 |
| 107 | PC | WR3615 | 10 | 1 | 10 | 0.0418 | $29.65 | | | 10 | 10 | 0 | $0.00 | $296.53 | $0.00 |
| 108 | PC | SGH30 | 12 | 1 | 12 | 0.0145 | $14.51 | 12 | 12 | 0 | $174.09 | $0.00 | $0.00 |
| 109 | PC | SGH36 | 10 | 1 | 10 | 0.0174 | $18.00 | 10 | 10 | 0 | $179.99 | $0.00 | $0.00 |
| 110 | PC | B09SP | 25 | 1 | 25 | 0.0134 | $13.71 | 25 | 25 | 0 | $342.81 | $0.00 | $0.00 |
| 111 | PC | B09FD | 40 | 1 | 40 | 0.0134 | $13.71 | 40 | 40 | 0 | $548.50 | $0.00 | $0.00 |
| 112 | PC | B12 | 80 | 1 | 80 | 0.0172 | $17.46 | 80 | 80 | 0 | $1,396.63 | $0.00 | $0.00 |
| 113 | PC | B15 | 45 | 1 | 45 | 0.0209 | $20.98 | 45 | 45 | 0 | $944.03 | $0.00 | $0.00 |
| 114 | PC | B18 | 70 | 1 | 70 | 0.0247 | $24.48 | 70 | 70 | 0 | $1,713.68 | $0.00 | $0.00 |
| 115 | PC | B21 | 45 | 1 | 45 | 0.0285 | $27.99 | 45 | 45 | 0 | $1,259.51 | $0.00 | $0.00 |
| 116 | PC | B24 | 70 | 1 | 70 | 0.0323 | $31.62 | 70 | 70 | 0 | $2,213.37 | $0.00 | $0.00 |
| 117 | PC | B27 | 45 | 1 | 45 | 0.0361 | $35.14 | 45 | 45 | 0 | $1,581.38 | $0.00 | $0.00 |
| 118 | PC | B30 | 80 | 1 | 80 | 0.0399 | $38.68 | 80 | 80 | 0 | $3,094.36 | $0.00 | $0.00 |
| 119 | PC | B33 | 35 | 1 | 35 | 0.0437 | $42.20 | 35 | 35 | 0 | $1,477.01 | $0.00 | $0.00 |
| 120 | PC | B36 | 70 | 1 | 70 | 0.0474 | $45.74 | | | 70 | 70 | 0 | $0.00 | $3,201.76 | $0.00 |
| 121 | PC | B39 | 10 | 1 | 10 | 0.0513 | $49.84 | | | 10 | 10 | 0 | $0.00 | $498.45 | $0.00 |
| 122 | PC | B42 | 10 | 1 | 10 | 0.0550 | $53.35 | | | 10 | 10 | 0 | $0.00 | $533.49 | $0.00 |
| 123 | PC | 3DB12 | 50 | 1 | 50 | 0.0172 | $17.89 | | | 50 | 50 | 0 | $0.00 | $894.60 | $0.00 |
| 124 | PC | 3DB15 | 50 | 1 | 50 | 0.0209 | $21.58 | | | 50 | 50 | 0 | $0.00 | $1,078.85 | $0.00 |
| 125 | PC | 3DB18 | 40 | 1 | 40 | 0.0247 | $25.21 | | | 40 | 40 | 0 | $0.00 | $1,008.40 | $0.00 |
| 126 | PC | 3DB21 | 25 | 1 | 25 | 0.0285 | $28.89 | | | 25 | 25 | 0 | $0.00 | $722.37 | $0.00 |
| 127 | PC | 3DB24 | 40 | 1 | 40 | 0.0323 | $32.56 | | | 40 | 40 | 0 | $0.00 | $1,302.26 | $0.00 |
| 129 | PC | 3DB30 | 30 | 1 | 30 | 0.0399 | $39.87 | | | 30 | 30 | 0 | $0.00 | $1,196.23 | $0.00 |
| 130 | PC | 3DB36 | 25 | 1 | 25 | 0.0474 | $47.19 | | | 25 | 25 | 0 | $0.00 | $1,179.80 | $0.00 |
| 131 | PC | SB24 | 10 | 1 | 10 | 0.0323 | $31.64 | | | 10 | 10 | 0 | $0.00 | $316.43 | $0.00 |
| 133 | PC | SB30 | 40 | 1 | 40 | 0.0399 | $38.68 | | | 40 | 40 | 0 | $0.00 | $1,547.40 | $0.00 |
| 134 | PC | SB33 | 15 | 1 | 15 | 0.0437 | $42.23 | | | 15 | 15 | 0 | $0.00 | $633.44 | $0.00 |
| 135 | PC | SB36 | 100 | 1 | 100 | 0.0474 | $45.74 | | | 100 | 100 | 0 | $0.00 | $4,573.95 | $0.00 |
| 136 | PC | SB39 | 8 | 1 | 8 | 0.0513 | $49.23 | | | 8 | 8 | 0 | $0.00 | $393.85 | $0.00 |
| 137 | PC | SB42 | 8 | 1 | 8 | 0.0550 | $52.83 | | | 8 | 8 | 0 | $0.00 | $422.63 | $0.00 |
| 138 | PC | DSB36 | 8 | 1 | 8 | 0.0245 | $28.06 | | | 8 | 8 | 0 | $0.00 | $224.50 | $0.00 |
| 139 | PC | BLB39/42 | 20 | 1 | 20 | 0.0513 | $38.85 | | | 20 | 20 | 0 | $0.00 | $776.99 | $0.00 |
| 140 | PC | BLB42/45 | 20 | 1 | 20 | 0.0550 | $39.80 | | | 20 | 20 | 0 | $0.00 | $795.94 | $0.00 |
| 141 | PC | LSB33 | 30 | 1 | 30 | 0.0212 | $27.05 | | | 30 | 30 | 0 | $0.00 | $811.61 | $0.00 |
| 142 | PC | LSB36 | 70 | 1 | 70 | 0.0268 | $33.76 | | | 30 | 30 | 0 | $0.00 | $2,363.40 | $0.00 |
| 145 | PC | BWB18 | 30 | 1 | 30 | 0.0247 | $24.50 | | | 30 | 30 | 0 | $0.00 | $735.08 | $0.00 |
| 146 | PC | FS39 | 15 | 1 | 15 | 0.0513 | $43.03 | | | 15 | 15 | 0 | $0.00 | $645.50 | $0.00 |
| 147 | PC | BMD30 | 15 | 1 | 15 | 0.1043 | $76.22 | | | 15 | 15 | 0 | $0.00 | $1,143.36 | $0.00 |
| 148 | PC | BAE24 | 10 | 1 | 10 | 0.0812 | $79.17 | | | 10 | 10 | 0 | $0.00 | $791.74 | $0.00 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 151 | PC | TP188424 | 5 | 1 | 5 | 0.0635 | $59.47 | 5 | 5 | 0 | $0.00 | $297.36 | $0.00 |
| 152 | PC | TP189024 | 10 | 1 | 10 | 0.0682 | $63.79 | 10 | 10 | 0 | $0.00 | $637.89 | $0.00 |
| 153 | PC | TP189624 | 5 | 1 | 5 | 0.0729 | $68.16 | 5 | 5 | 0 | $0.00 | $340.79 | $0.00 |
| 154 | PC | TP248424 | 5 | 1 | 5 | 0.0830 | $77.17 | 5 | 5 | 0 | $0.00 | $385.85 | $0.00 |
| 155 | PC | TP249024 | 10 | 1 | 10 | 0.0891 | $82.78 | 10 | 10 | 0 | $0.00 | $827.78 | $0.00 |
| 156 | PC | TP249624 | 5 | 1 | 5 | 0.0953 | $88.44 | 5 | 5 | 0 | $0.00 | $442.20 | $0.00 |
| 157 | PC | TP308424 | 5 | 1 | 5 | 0.1024 | $95.03 | 5 | 5 | 0 | $0.00 | $475.15 | $0.00 |
| 158 | PC | TP309024 | 5 | 1 | 5 | 0.1100 | $101.73 | 5 | 5 | 0 | $0.00 | $508.66 | $0.00 |
| 159 | PC | TP309624 | 5 | 1 | 5 | 0.1176 | $108.98 | 5 | 5 | 0 | $0.00 | $544.89 | $0.00 |
| 172 | PC | OC338424 | 2 | 1 | 2 | 0.1121 | $53.50 | 2 | 2 | 0 | $0.00 | $107.00 | $0.00 |
| 173 | PC | OC339024 | 5 | 1 | 5 | 0.1204 | $61.22 | 5 | 5 | 0 | $0.00 | $306.10 | $0.00 |
| 174 | PC | OC339624 | 5 | 1 | 5 | 0.1287 | $68.97 | 5 | 5 | 0 | $0.00 | $344.85 | $0.00 |
| 187 | PC | VSB24 | 30 | 1 | 30 | 0.0323 | $31.64 | 30 | 30 | 0 | $0.00 | $949.30 | $0.00 |
| 192 | PC | VSD30L | 20 | 1 | 20 | 0.0399 | $40.06 | 20 | 20 | 0 | $0.00 | $801.19 | $0.00 |
| 193 | PC | VSD30R | 20 | 1 | 20 | 0.0399 | $40.06 | 20 | 20 | 0 | $0.00 | $801.19 | $0.00 |
| 194 | PC | VSD36L | 20 | 1 | 20 | 0.0474 | $47.40 | 20 | 20 | 0 | $0.00 | $947.92 | $0.00 |
| 195 | PC | VSD36R | 20 | 1 | 20 | 0.0474 | $47.40 | 20 | 20 | 0 | $0.00 | $947.92 | $0.00 |
| 196 | PC | VSD42 | 15 | 1 | 15 | 0.0550 | $53.58 | 15 | 15 | 0 | $0.00 | $803.75 | $0.00 |
| 197 | PC | VSD48 | 10 | 1 | 10 | 0.0626 | $64.13 | 10 | 10 | 0 | $0.00 | $641.30 | $0.00 |
| 198 | PC | FDB18 | 20 | 1 | 20 | 0.0212 | $21.38 | 20 | 20 | 0 | $0.00 | $427.61 | $0.00 |
| 200 | PC | SD 11×15 | 100 | 5 | 20 | 0.0164 | $6.15 | 100 | 20 | 0 | $0.00 | $614.68 | $0.00 |
| 201 | PC | WDD1230 | 20 | 5 | 4 | 0.0301 | $12.27 | 20 | 4 | 0 | $0.00 | $245.36 | $0.00 |
| 202 | PC | WDD1236 | 30 | 5 | 6 | 0.0358 | $14.77 | 30 | 6 | 0 | $0.00 | $443.02 | $0.00 |
| 203 | PC | WDD1242 | 20 | 5 | 4 | 0.0415 | $17.32 | 20 | 4 | 0 | $0.00 | $346.45 | $0.00 |
| 204 | PC | BDD23.5*30 | 25 | 5 | 5 | 0.0566 | $25.21 | 25 | 5 | 0 | $0.00 | $630.28 | $0.00 |
| 205 | PC | BDD23.5*25.5 | 5 | 5 | 1 | 0.0502 | $22.00 | 5 | 1 | 0 | $0.00 | $110.01 | $0.00 |
| 206 | PC | CM-4 | 150 | 10 | 15 | 0.0756 | $15.96 | 150 | 15 | 0 | $0.00 | $2,394.52 | $0.00 |
| 207 | PC | CMM-4 | 100 | 10 | 10 | 0.1055 | $22.55 | 100 | 10 | 0 | $0.00 | $2,254.94 | $0.00 |
| 208 | PC | FBM8 | 40 | 10 | 4 | 0.0818 | $17.84 | 40 | 4 | 0 | $0.00 | $713.69 | $0.00 |
| 209 | PC | SC | 400 | 50 | 8 | 0.0285 | $1.91 | 400 | 8 | 0 | $0.00 | $764.27 | $0.00 |
| 210 | PC | BAM | 100 | 50 | 2 | 0.0285 | $1.91 | 100 | 2 | 0 | $0.00 | $191.07 | $0.00 |
| 211 | PC | OCL | 100 | 50 | 2 | 0.0472 | $4.42 | 100 | 2 | 0 | $0.00 | $441.78 | $0.00 |
| 212 | PC | QR | 150 | 50 | 3 | 0.0663 | $4.43 | 150 | 3 | 0 | $0.00 | $664.89 | $0.00 |
| 215 | PC | LBMF | 50 | 20 | 2.5 | 0.0942 | $11.48 | 50 | 2.5 | 0 | $0.00 | $573.85 | $0.00 |
| 217 | PC | CSS(2) | 40 | 5 | 8 | 0.0177 | $17.00 | 40 | 8 | 0 | $0.00 | $680.20 | $0.00 |
| 218 | PC | SP34 1/2 | 20 | 5 | 4 | 0.0364 | $22.55 | 20 | 4 | 0 | $0.00 | $450.99 | $0.00 |
| 219 | PC | SP42 | 15 | 5 | 3 | 0.0439 | $27.39 | 15 | 3 | 0 | $0.00 | $410.84 | $0.00 |
| 227 | PC | GBVAL42 | 20 | 5 | 4 | 0.0249 | $8.86 | 20 | 4 | 0 | $0.00 | $177.17 | $0.00 |
| 229 | PC | GBVAL60 | 10 | 5 | 2 | 0.0352 | $12.63 | 10 | 2 | 0 | $0.00 | $126.35 | $0.00 |
| 231 | PC | WF330 | 200 | 10 | 20 | 0.0186 | $3.16 | 200 | 20 | 0 | $0.00 | $632.02 | $0.00 |
| 232 | PC | WF336 | 250 | 10 | 25 | 0.0221 | $3.73 | 250 | 25 | 0 | $0.00 | $933.29 | $0.00 |

| # | Type | Code | Qty1 | Qty2 | Qty3 | Rate | Qty4 | Qty5 | Qty6 | Price1 | Amount1 | Amount2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 233 | PC | WF342 | 250 | 10 | 25 | 0.0255 | 250 | 25 | 0 | $4.31 | $1,076.59 | $0.00 |
| 234 | PC | WF630 | 30 | 3 | 3 | 0.0348 | 30 | 3 | 0 | $6.28 | $188.45 | $0.00 |
| 235 | PC | WF636 | 30 | 10 | 3 | 0.0413 | 30 | 3 | 0 | $7.43 | $222.77 | $0.00 |
| 236 | PC | WF642 | 30 | 10 | 3 | 0.0477 | 30 | 3 | 0 | $8.83 | $264.82 | $0.00 |
| 237 | PC | FF330 | 30 | 10 | 3 | 0.0186 | 30 | 3 | 0 | $3.74 | $112.26 | $0.00 |
| 238 | PC | FF336 | 30 | 10 | 3 | 0.0221 | 30 | 3 | 0 | $4.42 | $132.63 | $0.00 |
| 239 | PC | FF342 | 30 | 10 | 3 | 0.0255 | 30 | 3 | 0 | $5.10 | $153.00 | $0.00 |
| 240 | PC | FF396 | 30 | 10 | 3 | 0.0570 | 30 | 3 | 0 | $11.87 | $356.14 | $0.00 |
| 242 | PC | TF396 | 100 | 10 | 10 | 0.0570 | 100 | 10 | 0 | $10.41 | $1,040.97 | $0.00 |
| 243 | PC | TF696 | 20 | 10 | 2 | 0.1066 | 20 | 2 | 0 | $20.69 | $413.70 | $0.00 |
| 244 | PC | TK96 | 400 | 20 | 20 | 0.0444 | 400 | 20 | 0 | $1.91 | $765.80 | $0.00 |
| 245 | PC | WS1230 | 200 | 10 | 20 | 0.0166 | 200 | 20 | 0 | $1.51 | $301.44 | $0.00 |
| 246 | PC | WS1236 | 300 | 10 | 30 | 0.0196 | 300 | 30 | 0 | $1.78 | $534.09 | $0.00 |
| 247 | PC | WS1242 | 300 | 10 | 30 | 0.0227 | 300 | 30 | 0 | $2.05 | $616.06 | $0.00 |
| 248 | PC | BS24 | 300 | 10 | 30 | 0.0365 | 300 | 30 | 0 | $3.52 | $1,056.88 | $0.00 |
| 249 | PC | TS2496 | 80 | 10 | 8 | 0.0984 | 80 | 8 | 0 | $9.68 | $774.16 | $0.00 |
| 252 | PC | BP4896.25 | 80 | 5 | 16 | 0.1625 | 55 | 11 | 25 | $17.89 | $983.86 | $447.21 |
| 254 | PC | BEP3 | 50 | 5 | 10 | 0.0550 | 50 | 10 | 0 | $11.65 | $582.45 | $0.00 |
| 255 | PC | REP396 | 80 | 2 | 40 | 0.0999 | 44 | 22 | 36 | $27.89 | $1,227.29 | $1,004.14 |
| 267 | PC | W1530GD | 5 | 1 | 5 | 0.0209 | 5 | 5 | 0 | $15.83 | $79.14 | $0.00 |
| 270 | PC | W2430GD | 5 | 1 | 5 | 0.0323 | 5 | 5 | 0 | $26.14 | $130.71 | $0.00 |
| 272 | PC | W3030GD | 5 | 1 | 5 | 0.0399 | 5 | 5 | 0 | $28.32 | $141.62 | $0.00 |
| 277 | PC | W1536GD | 5 | 1 | 5 | 0.0249 | 5 | 5 | 0 | $18.01 | $90.05 | $0.00 |
| 280 | PC | W2436GD | 5 | 1 | 5 | 0.0384 | 5 | 5 | 0 | $29.78 | $148.90 | $0.00 |
| 282 | PC | W3036GD | 5 | 1 | 5 | 0.0474 | 5 | 5 | 0 | $31.96 | $159.81 | $0.00 |
| 287 | PC | W1542GD | 5 | 1 | 5 | 0.0289 | 5 | 5 | 0 | $20.21 | $101.03 | $0.00 |
| 290 | PC | W2442GD | 5 | 1 | 5 | 0.0446 | 5 | 5 | 0 | $33.44 | $167.20 | $0.00 |
| 292 | PC | W3042GD | 5 | 1 | 5 | 0.0550 | 5 | 5 | 0 | $35.62 | $178.11 | $0.00 |
| 295 | PC | WDC2430GD | 5 | 1 | 5 | 0.0245 | 5 | 5 | 0 | $17.62 | $88.09 | $0.00 |
| 296 | PC | WDC2436GD | 5 | 1 | 5 | 0.0291 | 5 | 5 | 0 | $19.95 | $99.76 | $0.00 |
| 297 | PC | WDC2442GD | 5 | 1 | 5 | 0.0338 | 5 | 5 | 0 | $22.30 | $111.52 | $0.00 |
| 298 | PC | WDC273615GD | 5 | 1 | 5 | 0.0291 | 5 | 5 | 0 | $19.95 | $99.76 | $0.00 |
| 299 | PC | WDC274215GD | 5 | 1 | 5 | 0.0338 | 5 | 5 | 0 | $22.30 | $111.52 | $0.00 |
| subtotal | | | 7442 | | 3641.5 | | | | 61 | | $66,009.64 | $1,451.35 |
| 295 | PC | W1212GD | 15 | 1 | 15 | 0.0074 | 15 | 15 | 0 | $7.14 | $107.06 | $0.00 |
| | PC | W1512GD | 15 | 1 | 15 | 0.0090 | 15 | 15 | 0 | $8.66 | $129.94 | $0.00 |
| | PC | W1812GD | 15 | 1 | 15 | 0.0106 | 15 | 15 | 0 | $10.19 | $152.81 | $0.00 |
| | PC | W2412GD | 15 | 1 | 15 | 0.0139 | 15 | 15 | 0 | $13.25 | $198.79 | $0.00 |
| | PC | WDC2412GD | 10 | 1 | 10 | 0.0105 | 10 | 10 | 0 | $11.54 | $115.36 | $0.00 |
| 总计 | | | 7512 | | | | | | | | $69,387.77 | $1,451.35 |

| Invoice: 19053 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 69 | PC B09SP | 1 | 0.0134 | $13.71 | | | 5 | | $68.56 |
| 70 | PC B09FD | 1 | 0.0134 | $13.71 | | | 5 | | $68.56 |
| 73 | PC B18 | 1 | 0.0247 | $24.48 | | | 5 | | $122.41 |
| 75 | PC B24 | 1 | 0.0323 | $31.62 | | | 5 | | $158.10 |
| 76 | PC B27 | 1 | 0.0361 | $35.14 | | | 5 | | $175.71 |
| 82 | PC 3DB12 | 1 | 0.0172 | $17.89 | | | 5 | | $89.46 |
| 83 | PC 3DB15 | 1 | 0.0209 | $21.58 | | | 5 | | $107.89 |
| 84 | PC 3DB18 | 1 | 0.0247 | $25.21 | | | 5 | | $126.05 |
| 总计 | | | | | | | | | $916.73 |
| PC 总合计: | | | | | 2084 | 2084 | 5407 | 1644.5 | $70,304.50 |
| | | | | | | | | 61 | $66,009.64 |

| | |
|---|---|
| 订单总额为: | $137,765.50 |
| 已出货金额: | $136,314.14 |
| 剩余金额: | $1,451.35 |



| Invoice Number: | J10002 |
|---|---|

| Vendor | Ship to |
|---|---|
| Procraft Cabinetry, Inc<br>429 McNally Dr,<br>Nashville,TN 37211<br>United States | Procraft Cabinetry, Seattle<br>20848 84TH AVE S<br>KENT, WA 98032<br>United States |

装箱：2016/8/24　　箱号：GESU5508107　　铅封号：AN50438402　　船期：2016/8/30

| 序号 | 产品编号 | | 订单数量 | | | 每包体积 | 单价 | 第一车 | | 合计 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | PCS | PCS/CT | CTNS | | | PCS | CTNS | |
| 1 | PE | W3012 | 50 | 1 | 50 | 0.0172 | $14.89 | 50 | 50 | $744.27 |
| 2 | PE | W3018 | 50 | 1 | 50 | 0.0247 | $21.28 | 50 | 50 | $1,064.12 |
| 3 | PE | W3024 | 15 | 1 | 15 | 0.0323 | $27.68 | 15 | 15 | $415.23 |
| 4 | PE | W3612 | 25 | 1 | 25 | 0.0204 | $17.67 | 25 | 25 | $441.83 |
| 5 | PE | W3618 | 20 | 1 | 20 | 0.0294 | $25.24 | 20 | 20 | $504.89 |
| 6 | PE | W0930 | 20 | 1 | 20 | 0.0134 | $12.06 | 20 | 20 | $241.18 |
| 7 | PE | W1230 | 40 | 1 | 40 | 0.0172 | $15.21 | 40 | 40 | $608.58 |
| 8 | PE | W1530 | 30 | 1 | 30 | 0.0209 | $18.37 | 30 | 30 | $551.09 |
| 9 | PE | W1830 | 40 | 1 | 40 | 0.0247 | $21.53 | 39 | 39 | $839.48 |
| 10 | PE | W2130 | 35 | 1 | 35 | 0.0285 | $24.68 | 35 | 35 | $863.82 |
| 11 | PE | W2430 | 40 | 1 | 40 | 0.0323 | $27.77 | 40 | 40 | $1,110.75 |
| 12 | PE | W2730 | 35 | 1 | 35 | 0.0361 | $30.92 | 35 | 35 | $1,082.34 |
| 13 | PE | W3030 | 40 | 1 | 40 | 0.0399 | $34.08 | 40 | 40 | $1,363.17 |
| 14 | PE | W3330 | 30 | 1 | 30 | 0.0437 | $37.23 | 30 | 30 | $1,117.04 |
| 15 | PE | W3630 | 35 | 1 | 35 | 0.0474 | $40.39 | 35 | 35 | $1,413.65 |
| 16 | PE | W3930 | 15 | 1 | 15 | 0.0513 | $43.54 | 15 | 15 | $653.06 |
| 17 | PE | W4230 | 15 | 1 | 15 | 0.0550 | $46.70 | 15 | 15 | $700.45 |
| 18 | PE | W1236 | 20 | 1 | 20 | 0.0204 | $18.10 | 20 | 20 | $362.07 |
| 19 | PE | W2136 | 15 | 1 | 15 | 0.0339 | $29.33 | 15 | 15 | $439.96 |
| 20 | PE | W2736 | 15 | 1 | 15 | 0.0429 | $36.73 | 15 | 15 | $551.01 |
| 21 | PE | W3336 | 10 | 1 | 10 | 0.0519 | $44.22 | 10 | 10 | $442.19 |
| 22 | PE | W3636 | 15 | 1 | 15 | 0.0564 | $47.96 | 15 | 15 | $719.42 |
| 23 | PE | W4236 | 15 | 1 | 15 | 0.0655 | $55.47 | 15 | 15 | $832.08 |
| 24 | PE | W0942 | 15 | 1 | 15 | 0.0185 | $16.66 | 15 | 15 | $249.96 |
| 25 | PE | W1242 | 35 | 1 | 35 | 0.0237 | $20.99 | 35 | 35 | $734.77 |
| 26 | PE | W2142 | 20 | 1 | 20 | 0.0393 | $33.98 | 19 | 19 | $645.67 |
| 27 | PE | W2442 | 20 | 1 | 20 | 0.0446 | $38.22 | 20 | 20 | $764.34 |
| 28 | PE | W2742 | 10 | 1 | 10 | 0.0498 | $42.55 | 10 | 10 | $425.47 |
| 29 | PE | W3342 | 15 | 1 | 15 | 0.0603 | $51.21 | 15 | 15 | $768.09 |
| 30 | PE | W4242 | 5 | 1 | 5 | 0.0760 | $64.20 | 5 | 5 | $321.02 |
| 31 | PE | WDC2430 | 30 | 1 | 30 | 0.0245 | $25.15 | 30 | 30 | $754.57 |
| 32 | PE | WDC2436 | 15 | 1 | 15 | 0.0291 | $29.97 | 15 | 15 | $449.58 |
| 33 | PE | WDC2442 | 15 | 1 | 15 | 0.0338 | $34.79 | 14 | 14 | $487.12 |
| 34 | PE | WMO3030 | 10 | 1 | 10 | 0.0720 | $41.94 | 10 | 10 | $419.42 |
| 35 | PE | WMO3042 | 10 | 1 | 10 | 0.0994 | $59.97 | 10 | 10 | $599.70 |
| 36 | PE | WAE30 | 5 | 1 | 5 | 0.0348 | $30.90 | 5 | 5 | $154.52 |
| 37 | PE | WAE36 | 5 | 1 | 5 | 0.0414 | $35.81 | 5 | 5 | $179.06 |
| 38 | PE | WAE42 | 5 | 1 | 5 | 0.0481 | $42.49 | 5 | 5 | $212.47 |
| 39 | PE | WR3015 | 5 | 1 | 5 | 0.0352 | $23.93 | 5 | 5 | $119.65 |
| 40 | PE | WR3615 | 5 | 1 | 5 | 0.0418 | $28.81 | 5 | 5 | $144.03 |
| 41 | PE | SGH30 | 15 | 1 | 15 | 0.0145 | $14.09 | 15 | 15 | $211.39 |

| 42 | PE | SGH36 | 15 | 1 | 15 | 0.0174 | $17.49 | 15 | 15 | $262.28 |
|---|---|---|---|---|---|---|---|---|---|---|
| 43 | PE | B09FD | 15 | 1 | 15 | 0.0134 | $12.99 | 15 | 15 | $194.78 |
| 44 | PE | B12 | 30 | 1 | 30 | 0.0172 | $16.49 | 30 | 30 | $494.68 |
| 45 | PE | B33 | 20 | 1 | 20 | 0.0437 | $39.47 | 20 | 20 | $789.42 |
| 46 | PE | 3DB18 | 15 | 1 | 15 | 0.0247 | $23.76 | 15 | 15 | $356.47 |
| 47 | PE | 3DB24 | 30 | 1 | 30 | 0.0323 | $30.61 | 30 | 30 | $918.34 |
| 48 | PE | SB30 | 20 | 1 | 20 | 0.0399 | $36.20 | 20 | 20 | $724.07 |
| 49 | PE | SB36 | 25 | 1 | 25 | 0.0474 | $42.76 | 24 | 24 | $1,026.20 |
| 50 | PE | BLB39/42 | 5 | 1 | 5 | 0.0513 | $37.92 | 3 | 3 | $113.76 |
| 51 | PE | BLB42/45 | 5 | 1 | 5 | 0.0550 | $38.62 | 5 | 5 | $193.08 |
| 52 | PE | LSB33 | 10 | 1 | 10 | 0.0212 | $25.72 | 10 | 10 | $257.22 |
| 53 | PE | LSB36 | 15 | 1 | 15 | 0.0268 | $31.92 | 15 | 15 | $478.77 |
| 54 | PE | BWB18 | 20 | 1 | 20 | 0.0247 | $23.03 | 20 | 20 | $460.61 |
| 55 | PE | TP189624 | 10 | 1 | 10 | 0.0729 | $63.53 | 10 | 10 | $635.33 |
| 56 | PE | TP248424 | 6 | 1 | 6 | 0.0830 | $71.80 | 5 | 5 | $359.02 |
| 57 | PE | TP249024 | 6 | 1 | 6 | 0.0891 | $77.00 | 6 | 6 | $462.01 |
| 58 | PE | TP249624 | 10 | 1 | 10 | 0.0953 | $82.25 | 10 | 10 | $822.50 |
| 59 | PE | TP309624 | 10 | 1 | 10 | 0.1176 | $101.16 | 10 | 10 | $1,011.63 |
| 60 | PE | VSD30L | 10 | 1 | 10 | 0.0399 | $37.62 | 10 | 10 | $376.19 |
| 61 | PE | VSD30R | 10 | 1 | 10 | 0.0399 | $37.62 | 10 | 10 | $376.19 |
| 62 | PE | VSD36L | 10 | 1 | 10 | 0.0474 | $44.46 | 10 | 10 | $444.60 |
| 63 | PE | VSD36R | 10 | 1 | 10 | 0.0474 | $44.46 | 10 | 10 | $444.60 |
| 64 | PE | CM-4 | 100 | 10 | 10 | 0.0756 | $15.51 | 100 | 10 | $1,550.74 |
| 65 | PE | SC | 300 | 50 | 6 | 0.0285 | $1.86 | 300 | 6 | $556.83 |
| 66 | PE | BAM | 100 | 50 | 2 | 0.0285 | $1.86 | 100 | 2 | $185.61 |
| 67 | PE | OCL | 100 | 50 | 2 | 0.0472 | $4.29 | 100 | 2 | $429.16 |
| 68 | PE | QR | 100 | 50 | 2 | 0.0663 | $4.31 | 100 | 2 | $430.60 |
| 69 | PE | LBMF | 40 | 20 | 2 | 0.0942 | $11.15 | 40 | 2 | $445.96 |
| 70 | PE | CSS(1) | 40 | 5 | 8 | 0.0177 | $16.52 | 40 | 8 | $660.76 |
| 71 | PE | SP34 1/2 | 20 | 5 | 4 | 0.0364 | $21.91 | 20 | 4 | $438.10 |
| 72 | PE | SP42 | 20 | 5 | 4 | 0.0439 | $26.61 | 20 | 4 | $532.14 |
| 73 | PE | WF330 | 300 | 10 | 30 | 0.0186 | $3.07 | 300 | 30 | $920.95 |
| 74 | PE | WF336 | 300 | 10 | 30 | 0.0221 | $3.63 | 300 | 30 | $1,087.95 |
| 75 | PE | WF342 | 300 | 10 | 30 | 0.0255 | $4.18 | 300 | 30 | $1,255.00 |
| 76 | PE | WF630 | 20 | 10 | 2 | 0.0348 | $6.10 | 20 | 2 | $122.05 |
| 77 | PE | WF636 | 10 | 10 | 1 | 0.0413 | $7.21 | 10 | 1 | $72.14 |
| 78 | PE | WF642 | 10 | 10 | 1 | 0.0477 | $8.58 | 10 | 1 | $85.75 |
| 79 | PE | FF330 | 30 | 10 | 3 | 0.0186 | $3.64 | 30 | 3 | $109.05 |
| 80 | PE | FF336 | 30 | 10 | 3 | 0.0221 | $4.29 | 30 | 3 | $128.84 |
| 81 | PE | FF342 | 30 | 10 | 3 | 0.0255 | $4.95 | 30 | 3 | $148.62 |
| 82 | PE | TF396 | 80 | 10 | 8 | 0.0570 | $10.11 | 80 | 8 | $808.98 |
| 83 | PE | TK96 | 300 | 20 | 15 | 0.0444 | $1.86 | 300 | 15 | $557.94 |
| 84 | PE | WS1230 | 400 | 10 | 40 | 0.0166 | $1.46 | 400 | 40 | $585.66 |
| 85 | PE | WS1236 | 400 | 10 | 40 | 0.0196 | $1.73 | 400 | 40 | $691.78 |
| 86 | PE | WS1242 | 400 | 10 | 40 | 0.0227 | $1.99 | 400 | 40 | $797.94 |
| 87 | PE | BS24 | 350 | 10 | 35 | 0.0365 | $3.42 | 350 | 35 | $1,197.80 |
| 88 | PE | TS2496 | 100 | 10 | 10 | 0.0984 | $9.40 | 100 | 10 | $940.05 |
| 89 | PE | BP4896.25 | 280 | 5 | 56 | 0.1625 | $17.38 | 280 | 56 | $4,865.65 |
| 90 | PE | BEP3 | 60 | 5 | 12 | 0.0550 | $11.32 | 60 | 12 | $678.97 |