# EXHIBIT 37

# ProCraft Cabinetry, Inc
## Customer Open Balance
### All Transactions

**ProCraft Cabinetry Dallas**

| | Type | Date | Num | P. O. # | Amount | Open Balance |
|---|---|---|---|---|---|---|
| | Invoice | 05/10/2016 | 19004 | P418 | 4,909.99 | 4,909.99 |
| | Invoice | 05/17/2016 | 18943 | P417_0503 | 106.38 | 5,016.37 |
| | Invoice | 05/25/2016 | 19297 | P438 | 1,501.20 | 6,517.57 |
| | Invoice | 05/31/2016 | 19374 | BoxA_Dallas | 5,642.18 | 12,159.75 |
| | Invoice | 06/03/2016 | 19532 | Box-W2442 | 2,082.78 | 14,242.53 |
| | Invoice | 06/06/2016 | 19560 | P460 | 5,245.92 | 19,488.45 |
| | Invoice | 06/14/2016 | 19604 | | 32.04 | 19,520.49 |
| | Invoice | 06/15/2016 | 19717 | P470_0610 | 1,895.40 | 21,415.89 |
| | Invoice | 06/15/2016 | 19728 | P474 | 1,633.40 | 23,049.29 |
| | Invoice | 06/15/2016 | 19724 | P472_0610 | 566.18 | 23,615.47 |
| | Invoice | 06/17/2016 | 19816 | LSG-B30 | 68.64 | 23,684.11 |
| | Invoice | 06/21/2016 | 19840 | p485 | 803.34 | 24,487.45 |
| | Invoice | 06/27/2016 | 19900 | PO490 | 6,075.86 | 30,563.31 |
| | Invoice | 06/27/2016 | 19909 √ | PO491 | 36.72 | 30,600.03 |
| | Invoice | 06/27/2016 | 19922 | P492 | 1,120.22 | 31,720.25 |
| | Invoice | 07/18/2016 | 20296 | P505 | 1,148.40 | 32,868.65 |
| | Invoice | 07/18/2016 | 20184 | P501 | 179.46 | 33,048.11 |
| | Invoice | 07/18/2016 | 20249 | P508 | 148.97 | 33,197.08 |
| | Invoice | 07/18/2016 | 20230 | P506 | 108.00 | 33,305.08 |
| | Invoice | 07/20/2016 | 20361 | P514 | 108.44 | 33,413.52 |
| | Invoice | 07/26/2016 | 20460 | Claim 20361 | 451.12 | 33,864.64 |
| | Invoice | 08/10/2016 | 20692 | p554 | 1,027.40 | 34,892.04 |
| | Invoice | 08/10/2016 | 20691 | p533 | 1,430.96 | 36,323.00 |
| | Invoice | 08/19/2016 | 20875 | p540 | 1,286.28 | 37,609.28 |
| | Invoice | 08/30/2016 | 20973 | P549 | 6,313.30 | 43,922.58 |
| | Invoice | 09/19/2016 | 21388 | P564 | 540.72 | 44,463.30 |
| | Invoice | 09/22/2016 | 21427 | P565/P564 | 707.04 | 45,170.34 |
| | Invoice | 09/27/2016 | 21552 | | 270.90 | 45,441.24 |
| | Invoice | 09/27/2016 | 21570 | P577 | 84.60 | 45,525.84 |
| | Invoice | 09/27/2016 | 21566 | P573 | 54.18 | 45,580.02 |
| Total ProCraft Cabinetry Dallas | | | | | 45,580.02 | 45,580.02 |
| **TOTAL** | | | | | **45,580.02** | **45,580.02** |

# Invoice

**S19004**

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

**Bill To:**

Main address
2230 LBJ FWY
SUIT 100, TX 75234

Customer: ProCraft Cabinetry Dallas

**Ship To:**

Procraft Cabinetry Dallas
2230 LBJ FWY
SUIT 100, TX 75234

Contact: Nanthan Liu
PO Number: P418

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|---------------|-----------|---------|--------------|---------------------|
| Candice | COD | Origin | Will Call | | 05/05/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|----------------------|------------|-------------|-------------|
| 1 | SCN-W2430 Door & Frame - Saratoga Cinnamon Wall Cabinet 24"W X 30"H X 12"D Door & Frame | $ 48.60 | 3 ea | $ 145.80 |
| 2 | SCN-W3015 Door & Frame - Saratoga Cinnamon Wall Cabinet 30"W X 15"H X 12"D Door & Frame | $ 31.50 | 2 ea | $ 63.00 |
| 3 | SCN-W3612 Door & Frame - Saratoga Cinnamon Wall Cabinet 36"W X 12"H X 12"D Door & Frame | $ 30.96 | 2 ea | $ 61.92 |
| 4 | SCN-W3615 Door & Frame - Saratoga Cinnamon Wall Cabinet 36"W X 15"H X 12"D Door & Frame | $ 37.26 | 3 ea | $ 111.78 |
| 5 | SCN-W3618 Door & Frame - Saratoga Cinnamon Wall Cabinet 36"W X 18"H X 12"D Door & Frame | $ 43.74 | 2 ea | $ 87.48 |
| 6 | SCN-3DB24 Door & Frame - Saratoga Cinnamon Drawer Base Cabinet 24"W X 34-1/2"H X 24"D Door & Frame | $ 62.28 | 3 ea | $ 186.84 |
| 7 | SCN-B24 Door & Frame - Saratoga Cinnamon Base Cabinet 24"W X 34-1/2"H X 24"D Door & Frame | $ 55.26 | 3 ea | $ 165.78 |
| 8 | SCN-BLB39/42 Door & Frame - Saratoga Cinnamon Blind Corner Base 36/39"W X 34-1/2"H X 24"D Door & Frame | $ 66.60 | 3 ea | $ 199.80 |
| 9 | SCN-BLB42/45 Door & Frame - Saratoga Cinnamon White Blind Corner Base 42/45"W X 34-1/2"H X 24"D Door & Frame | $ 68.40 | 2 ea | $ 136.80 |

# Invoice

## ProCraft Cabinetry, Inc



**S19004**

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 10 | SCN-BEP3 - Saratoga Cinnamon Dish Wash End Panel 3"W X 34-1/2"H X 24"D | $ 16.92 | 4 ea | $ 67.68 |
| 11 | SCN-BAM - Saratoga Cinnamon Batten Molding 3/4"W X 1/4"H X 96"L | $ 6.12 | 8 ea | $ 48.96 |
| 12 | SCN-OCL - Saratoga Cinnamon Outside Corner Molding 3/4"W X 1/4"H X 96"L | $ 10.80 | 20 ea | $ 216.00 |
| 13 | SCN-TK96 - Saratoga Cinnamon Toe Kick 4-3/8"W X 96"L | $ 7.74 | 20 ea | $ 154.80 |
| 14 | SCN-BP4896.25 - Saratoga Cinnamon Back Panel 48"W X 96"H X 1/4"D | $ 51.84 | 10 ea | $ 518.40 |
| 15 | SCN-CM-4 - Saratoga Cinnamon Crown Molding 4"W X 96"L | $ 26.10 | 20 ea | $ 522.00 |
| 16 | SCN-SC - Saratoga Cinnamon Scribe Molding 3/4"W X 1/4"H X 96"L | $ 6.12 | 20 ea | $ 122.40 |
| 17 | SCN-WS1230 - Saratoga Cinnamon Wall Skin 12"W X 30"H | $ 2.34 | 10 ea | $ 23.40 |
| 18 | SCN-WS1236 - Saratoga Cinnamon Wall Skin 12"W X 36"H | $ 2.52 | 10 ea | $ 25.20 |
| 19 | SCN-WS1242 - Saratoga Cinnamon Wall Skin 12"W X 42"H | $ 2.70 | 10 ea | $ 27.00 |
| 20 | SCN-BS24 - Saratoga Cinnamon Base Skin 24"W X 34-1/2"H | $ 4.14 | 20 ea | $ 82.80 |
| 21 | SCN-OC339024 Door & Frame - Saratoga Cinnamon Oven Cabinet 33"W X 90"H X 24"D Door & Frame | $ 216.72 | 2 ea | $ 433.44 |
| 22 | SCN-OC339624 Door & Frame - Saratoga Cinnamon Oven Cabinet 33"W X 96"H X 24"D Door & Frame | $ 237.42 | 2 ea | $ 474.84 |
| 23 | SCN-TS2496 - Saratoga Cinnamon Tall Skin 24"W X 96"H | $ 6.84 | 8 ea | $ 54.72 |
| 24 | SCN-REP396 - Saratoga Cinnamon Refrigerator End Panel 3"W X 96"H X 24"D | $ 40.32 | 4 ea | $ 161.28 |
| 25 | SCN-3DB12 Door & Frame - Saratoga Cinnamon Drawer Base Cabinet 12"W X 34-1/2"H X 24"D Door & Frame | $ 37.62 | 2 ea | $ 75.24 |

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

**S19004**



| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 26 | SCN-3DB21 Door & Frame - Saratoga Cinnamon Drawer Base Cabinet 21"W X 34-1/2"H X 24"D Door & Frame | $ 56.16 | 2 ea | $ 112.32 |
| 27 | SCN-3DB30 Door & Frame - Saratoga Cinnamon Drawer Base Cabinet 30"W X 34-1/2"H X 24"D Door & Frame | $ 74.52 | 2 ea | $ 149.04 |
| 28 | SCN-B12 Door & Frame - Saratoga Cinnamon Base Cabinet 12"W X 34-1/2"H X 24"D Door & Frame | $ 32.22 | 3 ea | $ 96.66 |
| 29 | SCN-B21 Door & Frame - Saratoga Cinnamon Base Cabinet 21"W X 34-1/2"H X 24"D Door & Frame | $ 49.14 | 2 ea | $ 98.28 |
| 30 | SCN-BDD24X30 - Saratoga Cinnamon Base Decorative Door Panel 23-1/2"W X 29-1/2"H | $ 43.74 | 6 ea | $ 262.44 |
| 31 | SCN-LSB33 Door & Frame - Saratoga Cinnamon Lazy Susan Base 33"W X 34-1/2"H X 24"D Door & Frame | $ 55.80 | 2 ea | $ 111.60 |
| 32 | SCN-LSB36 Door & Frame - Saratoga Cinnamon Lazy Susan Base 36"W X 34-1/2"H X 24"D Door & Frame | $ 66.96 | 3 ea | $ 200.88 |
| 33 | SCN-SB33 Door & Frame - Saratoga Cinnamon Sink Base Cabinet 33"W X 34-1/2"H X 24"D Door & Frame | $ 68.76 | 3 ea | $ 206.28 |
| 34 | SCN-SB36 Door & Frame - Saratoga Cinnamon Sink Base Cabinet 36"W X 34-1/2"H X 24"D Door & Frame | $ 74.16 | 2 ea | $ 148.32 |
| 35 | SCN-TF396 - Saratoga Cinnamon Tall Filler 3"W X 96"L | $ 17.46 | 10 ea | $ 174.60 |
| 36 | SCN-TF696 - Saratoga Cinnamon Tall Filler 6"W X 96"L | $ 34.56 | 3 ea | $ 103.68 |
| 37 | SCN-TP249024 Door & Frame - Saratoga Cinnamon Tall Pantry 24"W X 90"H X 24"D Door & Frame | $ 138.96 | 1 ea | $ 138.96 |
| 38 | SCN-TP309024 Door & Frame - Saratoga Cinnamon Tall Pantry 30"W X 90"H X 24"D Door & Frame | $ 169.02 | 1 ea | $ 169.02 |
| 39 | SCN-TP309624 Door & Frame - Saratoga Cinnamon Tall Pantry 30"W X 96"H X 24"D Door & Frame | $ 181.80 | 1 ea | $ 181.80 |
| 40 | SCN-WF342 - Saratoga Cinnamon Wall Filler 3"W X 42"L | $ 7.56 | 7 ea | $ 52.92 |
| 41 | SCN-WF330 - Saratoga Cinnamon Wall Filler 3"W X 30"L | $ 5.58 | 20 ea | $ 111.60 |

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

S19004



| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 42 | SCN-VSD42 Door & Frame - Saratoga Cinnamon Vanity Sink Drawer 42"W X 34-1/2"H X 21"D Door & Frame | $ 90.54 | 2 ea | $ 181.08 |
| 43 | SCN-VSD36L Door & Frame - Saratoga Cinnamon Vanity Sink Drawer 36"W X 34-1/2"H X 21"D Door & Frame | $ 80.82 | 2 ea | $ 161.64 |
| 44 | SCN-VSB24 Door & Frame - Saratoga Cinnamon Vanity Sink Base  24"W X 34-1/2"H X 21"D Door & Frame | $ 51.66 | 2 ea | $ 103.32 |
| 45 | Handling/Pallet Charge. - Pallet charge for shipment | $ 35.00 | 2 ea | $ 70.00 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 7,001.80 |
| Sales Tax: | $ 0.00 |
| Total: | $ 7,001.80 |

February 15, 2017 9:36:11 AM CST

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws



**S18943**

**Bill To:**

ProCraft Cabinetry Dallas
2230 LBJ Freeway Suite 100
Dallas, TX 75234

Customer: ProCraft Cabinetry Dallas

**Ship To:**

ProCraft Cabinetry Dallas
2230 LBJ Freeway Suite 100
Dallas, TX 75234

Contact: ProCraft Cabinetry Dallas
PO Number: P417_0503

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|---|---|---|---|---|---|
| Candice | COD | Origin | Will Call | | 05/03/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 1 | PC-3DB18 Door & Frame - Portland Chestnut Drawer Base Cabinet 18"W X 34-1/2"H X 24"D Door & Frame | $ 35.46 | 3 ea | $ 106.38 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 106.38 |
| Sales Tax: | $ 0.00 |
| Total: | $ 106.38 |

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws



S19297

**Bill To:**

Main address
2230 LBJ FWY
SUIT 100, TX 75234

Customer: ProCraft Cabinetry Dallas

**Ship To:**

Procraft Cabinetry Dallas
2230 LBJ FWY
SUIT 100, TX 75234

Contact: Nanthan Liu
PO Number: P438

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|---------------|-----------|---------|--------------|---------------------|
| Candice | COD | Origin | Will Call | | 05/20/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|----------------------|------------|-------------|-------------|
| 1 | SCN-W3030 Door & Frame - Saratoga Cinnamon Wall Cabinet 30"W X 30"H X 12"D Door & Frame | $ 59.40 | 1 ea | $ 59.40 |
| 2 | SCN-W3330 Door & Frame - Saratoga Cinnamon Wall Cabinet 33"W X 30"H X 12"D Door & Frame | $ 64.98 | 1 ea | $ 64.98 |
| 3 | SCN-WBC3630 Door & Frame - Saratoga Cinnamon Wall Blind Corner Cabinet 36"W X 30"H X 12"D Door & Frame | $ 56.16 | 1 ea | $ 56.16 |
| 4 | SCN-W2730 Door & Frame - Saratoga Cinnamon Wall Cabinet 27"W X 30"H X 12"D Door & Frame | $ 54.00 | 1 ea | $ 54.00 |
| 5 | SCN-B33 Door & Frame - Saratoga Cinnamon Base Cabinet 33"W X 34-1/2"H X 24"D Door & Frame | $ 72.54 | 2 ea | $ 145.08 |
| 6 | SCN-B39 Door & Frame - Saratoga Cinnamon Base Cabinet 39"W X 34-1/2"H X 24"D Door & Frame | $ 86.94 | 2 ea | $ 173.88 |
| 7 | SCN-B27 Door & Frame - Saratoga Cinnamon Base Cabinet 27"W X 34-1/2"H X 24"D Door & Frame | $ 61.02 | 2 ea | $ 122.04 |
| 8 | SCN-BLB39/42 Door & Frame - Saratoga Cinnamon Blind Corner Base 36/39"W X 34-1/2"H X 24"D Door & Frame | $ 66.60 | 1 ea | $ 66.60 |
| 9 | SCN-BLB42/45 Door & Frame - Saratoga Cinnamon White Blind Corner Base 42/45"W X 34-1/2"H X 24"D Door & Frame | $ 68.40 | 1 ea | $ 68.40 |

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN  37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws



S19297

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 10 | SCN-WDC2436 Door & Frame - Saratoga Cinnamon Wall Diagonal Cabinet 24"W X 36"H X 12"D Door & Frame | $ 53.82 | 1 ea | $ 53.82 |
| 11 | SCN-W1242 Door & Frame - Saratoga Cinnamon Wall Cabinet 12"W X 42"H X 12"D Door & Frame | $ 36.90 | 2 ea | $ 73.80 |
| 12 | SCN-W1542 Door & Frame - Saratoga Cinnamon Wall Cabinet 15"W X 42"H X 12"D Door & Frame | $ 44.46 | 2 ea | $ 88.92 |
| 13 | SCN-W1536 Door & Frame - Saratoga Cinnamon Wall Cabinet 15"W X 36"H X 12"D Door & Frame | $ 38.16 | 2 ea | $ 76.32 |
| 14 | SCN-W1836 Door & Frame - Saratoga Cinnamon Wall Cabinet 18"W X 36"H X 12"D Door & Frame | $ 44.28 | 1 ea | $ 44.28 |
| 15 | SCN-W1842 Door & Frame - Saratoga Cinnamon Wall Cabinet 18"W X 42"H X 12"D Door & Frame | $ 51.66 | 1 ea | $ 51.66 |
| 16 | SCN-W2436 Door & Frame - Saratoga Cinnamon Wall Cabinet 24"W X 36"H X 12"D Door & Frame | $ 57.24 | 1 ea | $ 57.24 |
| 17 | SCN-W2442 Door & Frame - Saratoga Cinnamon Wall Cabinet 24"W X 42"H X 12"D Door & Frame | $ 66.24 | 1 ea | $ 66.24 |
| 18 | SCN-W3042 Door & Frame - Saratoga Cinnamon Wall Cabinet 30"W X 42"H X 12"D Door & Frame | $ 81.72 | 1 ea | $ 81.72 |
| 19 | SCN-W3642 Door & Frame - Saratoga Cinnamon Wall Cabinet 36"W X 42"H X 12"D Door & Frame | $ 96.66 | 1 ea | $ 96.66 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 1,501.20 |
| Sales Tax: | $ 0.00 |
| Total: | $ 1,501.20 |

February 15, 2017 9:36:11 AM CST

# Invoice

05/25/2016

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

S19374



**Bill To:**

ProCraft Cabinetry Dallas
2230 LBJ Freeway Suite 100
Dallas, TX 75234

Customer: ProCraft Cabinetry Dallas

**Ship To:**

ProCraft Cabinetry Dallas
2230 LBJ Freeway Suite 100
Dallas, TX 75234

Contact: ProCraft Cabinetry Dallas
PO Number: BoxA_Dallas

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|--------------|-----------|---------|-------------|---------------------|
| Candice | COD | Origin | Will Call | | 05/24/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|---------------------|-----------|------------|-------------|
| 1 | BOX-3DB36(A) - Drawer Base Cabinet 36"W X 34-1/2"H X 24"D BOX (A) | $ 117.18 | 5 ea | $ 585.90 |
| 2 | BOX-B09FD(A) - Base Cabinet 09" W X 34-1/2"H X 24"D BOX (A) | $ 24.12 | 8 ea | $ 192.96 |
| 3 | BOX-B12(A) - Base Cabinet 12"W X 34-1/2"H X 24"D BOX (A) | $ 44.46 | 10 ea | $ 444.60 |
| 4 | BOX-B18(A) - Base Cabinet 18"W X 34-1/2"H X 24"D BOX (A) | $ 50.04 | 10 ea | $ 500.40 |
| 5 | BOX-B27(A) - Base Cabinet 27"W X 34-1/2"H X 24"D BOX (A) | $ 61.02 | 7 ea | $ 427.14 |
| 6 | BOX-B30(A) - Base Cabinet 30"W X 34-1/2"H X 24"D BOX (A) | $ 64.98 | 10 ea | $ 649.80 |
| 7 | BOX-KD30/36(A) - Knee Drawer 30/36"W BOX (A) | $ 47.52 | 3 ea | $ 142.56 |
| 8 | BOX-LSB33(A) - Lazy Susan Base 33"W X 34-1/2"H X 24"D BOX (A) | $ 110.88 | 3 ea | $ 332.64 |
| 9 | BOX-OC339624(A) - Oven Cabinet 33"W X 96"H X 24"D BOX (A) | $ 174.42 | 3 ea | $ 523.26 |
| 10 | BOX-ROT30(A) - Providence Espresso Roll Out Tray 30"W X 6"H X 21"D(A) | $ 38.52 | 5 ea | $ 192.60 |
| 11 | BOX-ROT36(A) - Providence Espresso Roll Out Tray 36"W X 6"H X 21"D(A) | $ 43.02 | 5 ea | $ 215.10 |

# Invoice

05/25/2016

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

S19374



| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 12 | BOX-VDB12(A) - Vanity Drawer Base 12"W X 34-1/2"H X 21"D BOX (A) | $ 72.54 | 5 ea | $ 362.70 |
| 13 | BOX-VDB18(A) - Vanity Drawer Base 18"W X 34-1/2"H X 21"D BOX (A) | $ 82.62 | 5 ea | $ 413.10 |
| 14 | BOX-VSB30(A) - Vanity Sink Base  30"W X 34-1/2"H X 21"D BOX (A) | $ 35.28 | 5 ea | $ 176.40 |
| 15 | BOX-VSB36(A) - Vanity Sink Base  36"W X 34-1/2"H X 21"D BOX (A) | $ 38.70 | 5 ea | $ 193.50 |
| 16 | BOX-W2442(A) - Wall Cabinet 24"W X 42"H X 12"D BOX (A) | $ 34.74 | 3 ea | $ 104.22 |
| 17 | BOX-W3624(A) - Wall Cabinet 36"W X 24"H X 12"D BOX (A) | $ 30.06 | 5 ea | $ 150.30 |
| 18 | Handling/Pallet Charge. - Pallet charge for shipment | $ 35.00 | 1 ea | $ 35.00 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 5,642.18 |
| Sales Tax: | $ 0.00 |
| Total: | $ 5,642.18 |

February 15, 2017 9:36:11 AM CST

# Invoice

## ProCraft Cabinetry, Inc

**S19532**

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN  37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

**Bill To:**

ProCraft Cabinetry Dallas
2230 LBJ Freeway Suite 100
Dallas, TX  75234

Customer: ProCraft Cabinetry Dallas

**Ship To:**

ProCraft Cabinetry Dallas
2230 LBJ Freeway Suite 100
Dallas, TX  75234

Contact: ProCraft Cabinetry Dallas
PO Number: Box-W2442

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|---|---|---|---|---|---|
| Candice | COD | Origin | Will Call | | 06/02/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 1 | BOX-W2442(A) - Wall Cabinet 24"W X 42"H X 12"D BOX (A) | $ 34.74 | 10 ea | $ 347.40 |
| 2 | LSW-B30 Door & Frame - Liberty Shaker White Base Cabinet 30"W X 34-1/2"H X 24"D Door & Frame | $ 54.18 | 5 ea | $ 270.90 |
| 3 | LSW-B24 Door & Frame - Liberty Shaker White Base Cabinet 24"W X 34-1/2"H X 24"D Door & Frame | $ 44.10 | 4 ea | $ 176.40 |
| 4 | LSW-B18 Door & Frame - Liberty Shaker White Base Cabinet 18"W X 34-1/2"H X 24"D Door & Frame | $ 34.20 | 5 ea | $ 171.00 |
| 5 | LSW-B09FD Door & Frame - Liberty Shaker White Base Cabinet 09" W X 34-1/2"H X 24"D Full Height Door Door & Frame | $ 19.26 | 10 ea | $ 192.60 |
| 6 | BOX-B27(A) - Base Cabinet 27"W X 34-1/2"H X 24"D BOX (A) | $ 61.02 | 5 ea | $ 305.10 |
| 7 | BOX-B21(A) - Base Cabinet 21"W X 34-1/2"H X 24"D BOX (A) | $ 52.74 | 5 ea | $ 263.70 |
| 8 | BOX-B12(A) - Base Cabinet 12"W X 34-1/2"H X 24"D BOX (A) | $ 44.46 | 8 ea | $ 355.68 |

# Invoice

**ProCraft Cabinetry, Inc**

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN  37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

S19532

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 2,082.78 |
| Sales Tax: | $ 0.00 |
| Total: | $ 2,082.78 |

February 15, 2017 9:36:11 AM CST

# Invoice

06/06/2016

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

S19560



**Bill To:**

Main address
2230 LBJ FWY
SUIT 100, TX 75234

Customer: ProCraft Cabinetry Dallas

**Ship To:**

Procraft Cabinetry Dallas
2230 LBJ FWY
SUIT 100, TX 75234

Contact: Vivian Lin
PO Number: P460

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|---|---|---|---|---|---|
| Candice | COD | Origin | Will Call | | 06/03/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 1 | PW-B12 Door & Frame - Providence White Base Cabinet 12"W X 34-1/2"H X 24"D Door & Frame | $ 21.24 | 1 ea | $ 21.24 |
| 2 | PW-3DB18 Door & Frame - Providence White Drawer Base Cabinet 18"W X 34-1/2"H X 24"D Door & Frame | $ 30.78 | 4 ea | $ 123.12 |
| 3 | PW-W1542 Door & Frame - Providence White Wall Cabinet 15"W X 42"H X 12"D Door & Frame | $ 32.94 | 2 ea | $ 65.88 |
| 4 | PW-W1242 Door & Frame - Providence White Wall Cabinet 12"W X 42"H X 12"D Door & Frame | $ 27.18 | 2 ea | $ 54.36 |
| 5 | PW-W1836 Door & Frame - Providence White Wall Cabinet 18"W X 36"H X 12"D Door & Frame | $ 33.12 | 4 ea | $ 132.48 |
| 6 | PW-W3618 Door & Frame - Providence White Wall Cabinet 36"W X 18"H X 12"D Door & Frame | $ 32.76 | 2 ea | $ 65.52 |
| 7 | PW-WR3015 - Providence White Wine Rack 30"W X 15"H X 12"D | $ 31.50 | 2 ea | $ 63.00 |
| 8 | PW-WR3615 - Providence White Wine Rack 36"W X 15"H X 12"D | $ 37.98 | 2 ea | $ 75.96 |
| 9 | PW-WAE36 - Providence White Wall Angle Cabinet 12"W X 36"H | $ 44.46 | 2 ea | $ 88.92 |
| 10 | PW-3DB21 Door & Frame - Providence White Drawer Base Cabinet 21"W X 34-1/2"H X 24"D Door & Frame | $ 35.28 | 2 ea | $ 70.56 |
| 11 | PW-WAE42 - Providence White Wall Angle Cabinet 12"W X 42"H | $ 52.56 | 4 ea | $ 210.24 |

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws



S19560

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 12 | PW-W3936 Door & Frame - Providence White Wall Cabinet 39"W X 36"H X 12"D Door & Frame | $ 66.96 | 2 ea | $ 133.92 |
| 13 | PW-W2130 Door & Frame - Providence White Wall Cabinet 21"W X 30"H X 12"D Door & Frame | $ 32.04 | 2 ea | $ 64.08 |
| 14 | PW-W3018 Door & Frame - Providence White Wall Cabinet 30"W X 18"H X 12"D Door & Frame | $ 27.36 | 2 ea | $ 54.72 |
| 15 | PW-B12 Door & Frame - Providence White Base Cabinet 12"W X 34-1/2"H X 24"D Door & Frame | $ 21.24 | 2 ea | $ 42.48 |
| 16 | PW-W1536 Door & Frame - Providence White Wall Cabinet 15"W X 36"H X 12"D Door & Frame | $ 28.26 | 2 ea | $ 56.52 |
| 17 | PW-W3612 Door & Frame - Providence White Wall Cabinet 36"W X 12"H X 12"D Door & Frame | $ 22.86 | 2 ea | $ 45.72 |
| 18 | PW-W0930 Door & Frame - Providence White Wall Cabinet 9"W X 30"H X 12"D Door & Frame | $ 15.66 | 2 ea | $ 31.32 |
| 19 | PW-B09SP Door & Frame - Providence White Spice Pull Out 9"W  Door & Frame | $ 16.74 | 2 ea | $ 33.48 |
| 20 | PW-W1230 Door & Frame - Providence White Wall Cabinet 12"W X 30"H X 12"D Door & Frame | $ 19.80 | 2 ea | $ 39.60 |
| 21 | PW-W3015 Door & Frame - Providence White Wall Cabinet 30"W X 15"H X 12"D Door & Frame | $ 23.40 | 2 ea | $ 46.80 |
| 22 | PW-W0936 Door & Frame - Providence White Wall Cabinet 9"W X 36"H X 12"D Door & Frame | $ 18.72 | 2 ea | $ 37.44 |
| 23 | PW-CSS - Providence White Corbel | $ 22.86 | 10 ea | $ 228.60 |
| 24 | PW-WF330 - Providence White Wall Filler 3"W X 30"L | $ 4.68 | 10 ea | $ 46.80 |
| 25 | PW-W3012 Door & Frame - Providence White Wall Cabinet 30"W X 12"H X 12"D Door & Frame | $ 19.26 | 2 ea | $ 38.52 |
| 26 | PW-W3624 Door & Frame - Providence White Wall Cabinet 36"W X 24"H X 12"D Door & Frame | $ 42.48 | 2 ea | $ 84.96 |
| 27 | PW-W3036 Door & Frame - Providence White Wall Cabinet 30"W X 36"H X 12"D Door & Frame | $ 52.38 | 2 ea | $ 104.76 |
| 28 | PW-3DB30 Door & Frame - Providence White Drawer Base Cabinet 30"W X 34-1/2"H X 24"D Door & Frame | $ 48.42 | 4 ea | $ 193.68 |

# Invoice

## ProCraft Cabinetry, Inc



ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN  37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 29 | PW-W2730 Door & Frame - Providence White Wall Cabinet 27"W X 30"H X 12"D Door & Frame | $ 40.14 | 4 ea | $ 160.56 |
| 30 | PW-W3030 Door & Frame - Providence White Wall Cabinet 30"W X 30"H X 12"D Door & Frame | $ 44.10 | 4 ea | $ 176.40 |
| 31 | PW-B30 Door & Frame - Providence White Base Cabinet 30"W X 34-1/2"H X 24"D Door & Frame | $ 46.80 | 4 ea | $ 187.20 |
| 32 | PW-B24 Door & Frame - Providence White Base Cabinet 24"W X 34-1/2"H X 24"D Door & Frame | $ 38.34 | 2 ea | $ 76.68 |
| 33 | PW-W1530 Door & Frame - Providence White Wall Cabinet 15"W X 30"H X 12"D Door & Frame | $ 23.76 | 2 ea | $ 47.52 |
| 34 | PW-W2430 Door & Frame - Providence White Wall Cabinet 24"W X 30"H X 12"D Door & Frame | $ 35.82 | 2 ea | $ 71.64 |
| 35 | PW-B27 Door & Frame - Providence White Base Cabinet 27"W X 34-1/2"H X 24"D Door & Frame | $ 42.66 | 2 ea | $ 85.32 |
| 36 | PW-W1830 Door & Frame - Providence White Wall Cabinet 18"W X 30"H X 12"D Door & Frame | $ 27.90 | 2 ea | $ 55.80 |
| 37 | PW-B21 Door & Frame - Providence White Base Cabinet 21"W X 34-1/2"H X 24"D Door & Frame | $ 34.02 | 4 ea | $ 136.08 |
| 38 | PW-3DB21 Door & Frame - Providence White Drawer Base Cabinet 21"W X 34-1/2"H X 24"D Door & Frame | $ 35.28 | 4 ea | $ 141.12 |
| 39 | PW-W2442 Door & Frame - Providence White Wall Cabinet 24"W X 42"H X 12"D Door & Frame | $ 49.50 | 2 ea | $ 99.00 |
| 40 | PW-W3942 Door & Frame - Providence White Wall Cabinet 39"W X 42"H X 12"D Door & Frame | $ 77.58 | 2 ea | $ 155.16 |
| 41 | PW-B36 Door & Frame - Providence White Base Cabinet 36"W X 34-1/2"H X 24"D Door & Frame | $ 55.44 | 4 ea | $ 221.76 |
| 42 | PW-B24 Door & Frame - Providence White Base Cabinet 24"W X 34-1/2"H X 24"D Door & Frame | $ 38.34 | 2 ea | $ 76.68 |
| 43 | PW-3DB30 Door & Frame - Providence White Drawer Base Cabinet 30"W X 34-1/2"H X 24"D Door & Frame | $ 48.42 | 4 ea | $ 193.68 |
| 44 | PW-W2136 Door & Frame - Providence White Wall Cabinet 21"W X 36"H X 12"D Door & Frame | $ 37.98 | 2 ea | $ 75.96 |
| 45 | PW-WAE30 - Providence White Wall Angle Cabinet 12"W X 30"H | $ 38.34 | 4 ea | $ 153.36 |

# Invoice

## ProCraft Cabinetry, Inc



S19560

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN  37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 46 | PW-3DB15 Door & Frame - Providence White Drawer Base Cabinet 15"W X 34-1/2"H X 24"D Door & Frame | $ 26.28 | 4 ea | $ 105.12 |
| 47 | PW-BS24 - Providence White Base Skin 24"W X 34-1/2"H | $ 4.14 | 30 ea | $ 124.20 |
| 48 | PW-BEP3 - Providence White Dish Wash End Panel 3"W X 34-1/2"H X 24"D | $ 14.04 | 10 ea | $ 140.40 |
| 49 | PW-WS1230 - Providence White Wall Skin  12"W X 30"H | $ 2.34 | 20 ea | $ 46.80 |
| 50 | PW-WS1236 - Providence White Wall Skin  12"W X 36"H | $ 2.52 | 20 ea | $ 50.40 |
| 51 | PW-WS1242 - Providence White Wall Skin  12"W X 42"H | $ 2.70 | 20 ea | $ 54.00 |
| 52 | PW-3DB21 Door & Frame - Providence White Drawer Base Cabinet 21"W X 34-1/2"H X 24"D Door & Frame | $ 35.28 | 1 ea | $ 35.28 |
| 53 | PW-W2130 Door & Frame - Providence White Wall Cabinet 21"W X 30"H X 12"D Door & Frame | $ 32.04 | 1 ea | $ 32.04 |
| 54 | PW-W3030 Door & Frame - Providence White Wall Cabinet 30"W X 30"H X 12"D Door & Frame | $ 44.10 | 2 ea | $ 88.20 |
| 55 | PW-W3630 Door & Frame - Providence White Wall Cabinet 36"W X 30"H X 12"D Door & Frame | $ 52.20 | 2 ea | $ 104.40 |
| 56 | PW-W3330 Door & Frame - Providence White Wall Cabinet 33"W X 30"H X 12"D Door & Frame | $ 48.24 | 2 ea | $ 96.48 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 5,245.92 |
| Sales Tax: | $ 0.00 |
| Total: | $ 5,245.92 |

# Invoice

06/07/2016

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

S19604



**Bill To:**

ProCraft Cabinetry Dallas
2230 LBJ Freeway Suite 100
Dallas, TX 75234

Customer: ProCraft Cabinetry Dallas

**Ship To:**

ProCraft Cabinetry Dallas
2230 LBJ Freeway Suite 100
Dallas, TX 75234

Contact: ProCraft Cabinetry Dallas

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|---|---|---|---|---|---|
| Candice | COD | Origin | Will Call | | 06/07/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 1 | PC-W3615 Door & Frame - Portland Chestnut Wall Cabinet 36"W X 15"H X 12"D Door & Frame | $ 32.04 | 1 ea | $ 32.04 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 32.04 |
| Sales Tax: | $ 0.00 |
| Total: | $ 32.04 |

February 15, 2017 9:36:12 AM CST

# Invoice

## ProCraft Cabinetry, Inc

S19717



ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

### Bill To:

ProCraft Cabinetry Dallas
2230 LBJ Freeway Suite 100
Dallas, TX 75234

Customer: ProCraft Cabinetry Dallas

### Ship To:

ProCraft Cabinetry Dallas
2230 LBJ Freeway Suite 100
Dallas, TX 75234

Contact: ProCraft Cabinetry Dallas
PO Number: P470_0610

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|---------------|-----------|---------|--------------|---------------------|
| Candice | COD | Origin | Will Call | | 06/10/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|----------------------|------------|-------------|-------------|
| 1 | BOX-VSB24(A) - Vanity Sink Base 24"W X 34-1/2"H X 21"D BOX (A) | $ 31.32 | 10 ea | $ 313.20 |
| 2 | BOX-B12(A) - Base Cabinet 12"W X 34-1/2"H X 24"D BOX (A) | $ 44.46 | 10 ea | $ 444.60 |
| 3 | BOX-B21(A) - Base Cabinet 21"W X 34-1/2"H X 24"D BOX (A) | $ 52.74 | 10 ea | $ 527.40 |
| 4 | BOX-B27(A) - Base Cabinet 27"W X 34-1/2"H X 24"D BOX (A) | $ 61.02 | 10 ea | $ 610.20 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 1,895.40 |
| Sales Tax: | $ 0.00 |
| Total: | $ 1,895.40 |

February 15, 2017 9:36:11 AM CST

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

**S19728**



**Bill To:**

Main address
2230 LBJ FWY
SUIT 100, TX 75234

Customer: ProCraft Cabinetry Dallas

**Ship To:**

Procraft Cabinetry Dallas
2230 LBJ FWY
SUIT 100, TX 75234

Contact: Nanthan Liu
PO Number: P474

**Notes**
Originating Sales Order #2420
Originating Notes:

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|---------------|-----------|---------|--------------|---------------------|
| Candice | COD | Origin | Will Call | | 06/13/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|----------------------|------------|-------------|-------------|
| 1 | SCN-B33 Door & Frame - Saratoga Cinnamon Base Cabinet 33"W X 34-1/2"H X 24"D Door & Frame | $ 72.54 | 2 ea | $ 145.08 |
| 2 | SCN-B12 Door & Frame - Saratoga Cinnamon Base Cabinet 12"W X 34-1/2"H X 24"D Door & Frame | $ 32.22 | 1 ea | $ 32.22 |
| 3 | SCN-B15 Door & Frame - Saratoga Cinnamon Base Cabinet 15"W X 34-1/2"H X 24"D Door & Frame | $ 37.98 | 2 ea | $ 75.96 |
| 4 | SCN-B24 Door & Frame - Saratoga Cinnamon Base Cabinet 24"W X 34-1/2"H X 24"D Door & Frame | $ 55.26 | 2 ea | $ 110.52 |
| 5 | SCN-SB24 Door & Frame - Saratoga Cinnamon Sink Base Cabinet 24"W X 34-1/2"H X 24"D Door & Frame | $ 52.20 | 3 ea | $ 156.60 |
| 6 | SCN-W2430 Door & Frame - Saratoga Cinnamon Wall Cabinet 24"W X 30"H X 12"D Door & Frame | $ 48.60 | 2 ea | $ 97.20 |
| 7 | SCN-W3330 Door & Frame - Saratoga Cinnamon Wall Cabinet 33"W X 30"H X 12"D Door & Frame | $ 64.98 | 1 ea | $ 64.98 |
| 8 | SCN-WDC2430 Door & Frame - Saratoga Cinnamon Wall Diagonal Cabinet 24"W X 30"H X 12"D Door & Frame | $ 45.54 | 2 ea | $ 91.08 |
| 9 | SCN-W1530 Door & Frame - Saratoga Cinnamon Wall Cabinet 15"W X 30"H X 12"D Door & Frame | $ 32.04 | 4 ea | $ 128.16 |

February 15, 2017 9:36:12 AM CST

# Invoice

## ProCraft Cabinetry, Inc

S19728



ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 10 | SCN-W1830 Door & Frame - Saratoga Cinnamon Wall Cabinet 18"W X 30"H X 12"D Door & Frame | $ 37.62 | 2 ea | $ 75.24 |
| 11 | SCN-W3015 Door & Frame - Saratoga Cinnamon Wall Cabinet 30"W X 15"H X 12"D Door & Frame | $ 31.50 | 1 ea | $ 31.50 |
| 12 | SCN-W3330 Door & Frame - Saratoga Cinnamon Wall Cabinet 33"W X 30"H X 12"D Door & Frame | $ 64.98 | 3 ea | $ 194.94 |
| 13 | SCN-W3612 Door & Frame - Saratoga Cinnamon Wall Cabinet 36"W X 12"H X 12"D Door & Frame | $ 30.96 | 2 ea | $ 61.92 |
| 14 | SCN-VSB30 Door & Frame - Saratoga Cinnamon Vanity Sink Base 30"W X 34-1/2"H X 21"D Door & Frame | $ 63.00 | 3 ea | $ 189.00 |
| 15 | SCN-WF330 - Saratoga Cinnamon Wall Filler 3"W X 30"L | $ 5.58 | 20 ea | $ 111.60 |
| 16 | SCN-BS24 - Saratoga Cinnamon Base Skin 24"W X 34-1/2"H | $ 4.14 | 5 ea | $ 20.70 |
| 17 | SCN-WS1230 - Saratoga Cinnamon Wall Skin 12"W X 30"H | $ 2.34 | 5 ea | $ 11.70 |
| 18 | Handling/Pallet Charge. - Pallet charge for shipment | $ 35.00 | 1 ea | $ 35.00 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| Subtotal: | $ 1,633.40 |
|---|---|
| Sales Tax: | $ 0.00 |
| Total: | $ 1,633.40 |

February 15, 2017 9:36:12 AM CST

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

**S19724**



**Bill To:**

ProCraft Cabinetry Dallas
2230 LBJ Freeway Suite 100
Dallas, TX 75234

Customer: ProCraft Cabinetry Dallas

**Ship To:**

ProCraft Cabinetry Dallas
2230 LBJ Freeway Suite 100
Dallas, TX 75234

Contact: ProCraft Cabinetry Dallas
PO Number: P472_0610

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|---------------|-----------|---------|--------------|---------------------|
| Candice | COD | Origin | Will Call | | 06/10/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|----------------------|------------|-------------|-------------|
| 1 | BOX-W2442(A) - Wall Cabinet 24"W X 42"H X 12"D BOX (A) | $ 34.74 | 10 ea | $ 347.40 |
| 2 | BOX-W3342(A) - Wall Cabinet 33"W X 42"H X 12"D BOX (A) | $ 47.34 | 2 ea | $ 94.68 |
| 3 | BOX-W1842(A) - Wall Cabinet 18"W X 42"H X 12"D BOX (A) | $ 29.70 | 3 ea | $ 89.10 |
| 4 | Handling/Pallet Charge. - Pallet charge for shipment | $ 35.00 | 1 ea | $ 35.00 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 566.18 |
| Sales Tax: | $ 0.00 |
| Total: | $ 566.18 |

February 15, 2017 9:36:11 AM CST

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN  37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

**S19816**



**Bill To:**

ProCraft Cabinetry Dallas
2230 LBJ Freeway Suite 100
Dallas, TX  75234

Customer: ProCraft Cabinetry Dallas

**Ship To:**

ProCraft Cabinetry Dallas
2230 LBJ Freeway Suite 100
Dallas, TX  75234

Contact: ProCraft Cabinetry Dallas
PO Number: LSG-B30

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|---------------|-----------|---------|--------------|---------------------|
| Candice | COD | Origin | Will Call | | 06/17/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|----------------------|-----------|-------------|-------------|
| 1 | LSG-B30 Door & Frame - Liberty Shaker Gray Base Cabinet 30"W X 34-1/2"H X 24"D Door & Frame | $ 54.18 | 1 ea | $ 54.18 |
| 2 | Shipping Charge - Shipping Charge | $ 14.46 | 1 ea | $ 14.46 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 68.64 |
| Sales Tax: | $ 0.00 |
| Total: | $ 68.64 |

February 15, 2017 9:36:12 AM CST

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

**S19840**



**Bill To:**

ProCraft Cabinetry Dallas
2230 LBJ Freeway Suite 100
Dallas, TX 75234

Customer: ProCraft Cabinetry Dallas

**Ship To:**

ProCraft Cabinetry Dallas
2230 LBJ Freeway Suite 100
Dallas, TX 75234

Contact: ProCraft Cabinetry Dallas
PO Number: p485

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|---------------|-----------|---------|--------------|---------------------|
| Candice | COD | Origin | Will Call | | 06/20/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|----------------------|------------|-------------|-------------|
| 1 | SCN-VSD30L Door & Frame - Saratoga Cinnamon Vanity Sink Drawer 30"W X 34-1/2"H X 21"D Door & Frame | $ 69.12 | 1 ea | $ 69.12 |
| 2 | SCN-VSD30R Door & Frame - Saratoga Cinnamon Vanity Sink Drawer 30"W X 34-1/2"H X 21"D Door & Frame | $ 69.12 | 1 ea | $ 69.12 |
| 3 | SCN-3DB30 Door & Frame - Saratoga Cinnamon Drawer Base Cabinet 30"W X 34-1/2"H X 24"D Door & Frame | $ 74.52 | 2 ea | $ 149.04 |
| 4 | SCN-B15 Door & Frame - Saratoga Cinnamon Base Cabinet 15"W X 34-1/2"H X 24"D Door & Frame | $ 37.98 | 2 ea | $ 75.96 |
| 5 | SCN-W3036GD Door & Frame - Saratoga Cinnamon Wall Glass Door 30"W X 36"H | $ 177.66 | 1 ea | $ 177.66 |
| 6 | SCN-W3024 Door & Frame - Saratoga Cinnamon Wall Cabinet 30"W X 24"H X 12"D Door & Frame | $ 48.24 | 2 ea | $ 96.48 |
| 7 | SCN-WR3015 - Saratoga Cinnamon Wine Rack 30"W X 15"H X 12"D | $ 35.82 | 3 ea | $ 107.46 |
| 8 | SCN-SGH30 - Saratoga Cinnamon Wine Glass Holder | $ 21.78 | 1 ea | $ 21.78 |
| 9 | PC-W3021 Door & Frame - Portland Chestnut Wall Cabinet 30"W X 21"H X 12"D Door & Frame | $ 36.72 | 1 ea | $ 36.72 |

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN  37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws



1)Upon signing, customers accept responsibility for checking the Quality of the products
when picked up or delivered. Items damaged or missing must be reported within 48
hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special
ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 803.34 |
| Sales Tax: | $ 0.00 |
| Total: | $ 803.34 |

February 15, 2017 9:36:12 AM CST

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

**S19900**

**Bill To:**

ProCraft Cabinetry Dallas
2230 LBJ Freeway Suite 100
Dallas, TX 75234

Customer: ProCraft Cabinetry Dallas

**Ship To:**

ProCraft Cabinetry Dallas
2230 LBJ Freeway Suite 100
Dallas, TX 75234

Contact: ProCraft Cabinetry Dallas
PO Number: PO490

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|---------------|-----------|---------|--------------|---------------------|
| Candice | COD | Origin | Will Call | | 06/23/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|----------------------|-----------|-------------|-------------|
| 1 | BOX-W1542(A) - Wall Cabinet 15"W X 42"H X 12"D BOX (A) | $ 27.00 | 10 ea | $ 270.00 |
| 2 | BOX-W1842(A) - Wall Cabinet 18"W X 42"H X 12"D BOX (A) | $ 29.70 | 5 ea | $ 148.50 |
| 3 | BOX-W2442(A) - Wall Cabinet 24"W X 42"H X 12"D BOX (A) | $ 34.74 | 7 ea | $ 243.18 |
| 4 | BOX-W2742(A) - Wall Cabinet 27"W X 42"H X 12"D BOX (A) | $ 41.04 | 10 ea | $ 410.40 |
| 5 | BOX-W3024(A) - Wall Cabinet 30"W X 24"H X 12"D BOX (A) | $ 26.82 | 10 ea | $ 268.20 |
| 6 | BOX-W3342(A) - Wall Cabinet 33"W X 42"H X 12"D BOX (A) | $ 47.34 | 1 ea | $ 47.34 |
| 7 | BOX-B24(A) - Base Cabinet 24"W X 34-1/2"H X 24"D BOX (A) | $ 58.32 | 10 ea | $ 583.20 |
| 8 | BOX-B27(A) - Base Cabinet 27"W X 34-1/2"H X 24"D BOX (A) | $ 61.02 | 10 ea | $ 610.20 |
| 9 | BOX-VDB12(A) - Vanity Drawer Base 12"W X 34-1/2"H X 21"D BOX (A) | $ 72.54 | 10 ea | $ 725.40 |
| 10 | BOX-VSB30(A) - Vanity Sink Base 30"W X 34-1/2"H X 21"D BOX (A) | $ 35.28 | 10 ea | $ 352.80 |
| 11 | BOX-VSB36(A) - Vanity Sink Base 36"W X 34-1/2"H X 21"D BOX (A) | $ 38.70 | 10 ea | $ 387.00 |

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

S19900



| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 12 | BOX-VSD48(A) - Sink Drawer 48"W X 34-1/2"H X 21"D BOX (A) | $ 83.52 | 2 ea | $ 167.04 |
| 13 | BOX-3DB15(A) - Drawer Base Cabinet 15"W X 34-1/2"H X 24"D BOX (A) | $ 83.88 | 10 ea | $ 838.80 |
| 14 | BOX-3DB18(A) - Drawer Base Cabinet 18"W X 34-1/2"H X 24"D BOX (A) | $ 88.38 | 10 ea | $ 883.80 |
| 15 | Handling/Pallet Charge. - Pallet charge for shipment | $ 35.00 | 4 ea | $ 140.00 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 6,075.86 |
| Sales Tax: | $ 0.00 |
| Total: | $ 6,075.86 |

February 15, 2017 9:36:12 AM CST

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN  37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws



S19909

**Bill To:**

ProCraft Cabinetry Dallas
2230 LBJ Freeway Suite 100
Dallas, TX  75234
Email: nathan@procraft.ws

Customer: ProCraft Cabinetry Dallas

**Ship To:**

ProCraft Cabinetry Dallas
2230 LBJ Freeway Suite 100
Dallas, TX  75234

Contact: ProCraft Cabinetry Dallas
PO Number: PO491

## Memos

| Seller | Payment Terms | FOB Point | Shipping Terms | Carrier | Ship Service |
|--------|---------------|-----------|----------------|---------|--------------|
| Candice | COD | Origin | Prepaid & Billed | Will Call | |

| Item # | Type | Number | Description | Unit Price | Qty Ordered | Total Price |
|--------|------|--------|-------------|------------|-------------|-------------|
| 1 | Sale | PC-W3021 Door & Frame | Portland Chestnut Wall Cabinet 30"W X 21"H X 12"D Door & Frame | $ 36.72 | 1 ea | $ 36.72 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 36.72 |
| Sales Tax: | $ 0.00 |
| Total: | $ 36.72 |

February 15, 2017 4:40:10 PM CST

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

**S19922**



**Bill To:**

Main address
2230 LBJ FWY
SUIT 100, TX 75234

Customer: ProCraft Cabinetry Dallas

**Ship To:**

Procraft Cabinetry Dallas
2230 LBJ FWY
SUIT 100, TX 75234

Contact: Nanthan Liu
PO Number: P492

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|---------------|-----------|---------|--------------|---------------------|
| Candice | COD | Origin | Will Call | | 06/23/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|----------------------|------------|-------------|-------------|
| 1 | SCN-W2736 Door & Frame - Saratoga Cinnamon Wall Cabinet 27"W X 36"H X 12"D Door & Frame | $ 63.72 | 4 ea | $ 254.88 |
| 2 | SCN-W1536 Door & Frame - Saratoga Cinnamon Wall Cabinet 15"W X 36"H X 12"D Door & Frame | $ 38.16 | 2 ea | $ 76.32 |
| 3 | SCN-3DB18 Door & Frame - Saratoga Cinnamon Drawer Base Cabinet 18"W X 34-1/2"H X 24"D Door & Frame | $ 49.86 | 1 ea | $ 49.86 |
| 4 | SCN-3DB30 Door & Frame - Saratoga Cinnamon Drawer Base Cabinet 30"W X 34-1/2"H X 24"D Door & Frame | $ 74.52 | 2 ea | $ 149.04 |
| 5 | SCN-B15 Door & Frame - Saratoga Cinnamon Base Cabinet 15"W X 34-1/2"H X 24"D Door & Frame | $ 37.98 | 5 ea | $ 189.90 |
| 6 | SCN-B24 Door & Frame - Saratoga Cinnamon Base Cabinet 24"W X 34-1/2"H X 24"D Door & Frame | $ 55.26 | 2 ea | $ 110.52 |
| 7 | SCN-B30 Door & Frame - Saratoga Cinnamon Base Cabinet 30"W X 34-1/2"H X 24"D Door & Frame | $ 66.78 | 2 ea | $ 133.56 |
| 8 | SCN-WF642 - Saratoga Cinnamon Wall Filler 6"W X 42"L | $ 15.30 | 3 ea | $ 45.90 |
| 9 | SCN-WF330 - Saratoga Cinnamon Wall Filler 3"W X 30"L | $ 5.58 | 10 ea | $ 55.80 |
| 10 | SCN-WF336 - Saratoga Cinnamon Wall Filler 3"W X 36"L | $ 6.48 | 3 ea | $ 19.44 |

# Invoice

06/23/2016

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

S19922



| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 11 | Handling/Pallet Charge. - Pallet charge for shipment | $ 35.00 | 1 ea | $ 35.00 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 1,120.22 |
| Sales Tax: | $ 0.00 |
| Total: | $ 1,120.22 |

February 15, 2017 9:36:12 AM CST

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN  37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

**S20296**



**Bill To:**

Main address
2230 LBJ FWY
SUIT 100, TX  75234

Customer: ProCraft Cabinetry Dallas

**Ship To:**

Procraft Cabinetry Dallas
2230 LBJ FWY
SUIT 100, TX  75234

Contact: Vivian Lin
PO Number: P505

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|---------------|-----------|---------|--------------|---------------------|
| Sara | COD | Origin | Will Call | | 07/14/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|---------------------|-----------|-------------|-------------|
| 1 | LSW-W2442 Door & Frame - Liberty Shaker White Wall Cabinet 24"W X 42"H X 12"D Door & Frame | $ 57.42 | 20 ea | $ 1,148.40 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 1,148.40 |
| Sales Tax: | $ 0.00 |
| Total: | $ 1,148.40 |

February 15, 2017 9:36:13 AM CST

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

**S20184**



**Bill To:**

Main address
2230 LBJ FWY
SUIT 100, TX 75234

Customer: ProCraft Cabinetry Dallas

**Ship To:**

Procraft Cabinetry Dallas
2230 LBJ FWY
SUIT 100, TX 75234

Contact: Vivian Lin
PO Number: P501

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|---------------|-----------|---------|--------------|---------------------|
| Toni | COD | Origin | Will Call | | 07/08/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|----------------------|------------|-------------|-------------|
| 1 | SCN-WMO3030 - Saratoga Cinnamon Wall Microwave Cabinet 30"W X 30"H X 12"D | $ 69.30 | 1 ea | $ 69.30 |
| 2 | SCN-WBC3630 Door & Frame - Saratoga Cinnamon Wall Blind Corner Cabinet 36"W X 30"H X 12"D Door & Frame | $ 56.16 | 1 ea | $ 56.16 |
| 3 | SCN-W2730 Door & Frame - Saratoga Cinnamon Wall Cabinet 27"W X 30"H X 12"D Door & Frame | $ 54.00 | 1 ea | $ 54.00 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 179.46 |
| Sales Tax: | $ 0.00 |
| Total: | $ 179.46 |

February 15, 2017 9:36:12 AM CST

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN  37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

**S20249**



**Bill To:**

Main address
2230 LBJ FWY
SUIT 100, TX  75234

Customer: ProCraft Cabinetry Dallas

**Ship To:**

USA Granite and Cabinetry
13105 E 61st South
STE D
Broken Arrow, OK  74012

Contact: Nanthan Liu
PO Number: P508

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|---------------|-----------|---------|--------------|---------------------|
| Sara | COD | Origin | Will Call | | 07/13/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|----------------------|-----------|-------------|-------------|
| 1 | PC-W3021 Door & Frame - Portland Chestnut Wall Cabinet 30"W X 21"H X 12"D Door & Frame | $ 36.72 | 1 ea | $ 36.72 |
| 2 | Shipping Charge - Shipping Charge | $ 112.25 | 1 ea | $ 112.25 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 148.97 |
| Sales Tax: | $ 0.00 |
| Total: | $ 148.97 |

February 15, 2017 9:36:13 AM CST

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

**S20230**



**Bill To:**

Main address
2230 LBJ FWY
SUIT 100, TX 75234

Customer: ProCraft Cabinetry Dallas

**Ship To:**

Procraft Cabinetry Dallas
2230 LBJ FWY
SUIT 100, TX 75234

Contact: Vivian Lin
PO Number: P506

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|---------------|-----------|---------|--------------|---------------------|
| Toni | COD | Origin | Will Call | | 07/12/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|----------------------|------------|-------------|-------------|
| 1 | SCN-W2730 Door & Frame - Saratoga Cinnamon Wall Cabinet 27"W X 30"H X 12"D Door & Frame | $ 54.00 | 2 ea | $ 108.00 |
| 2 | Subtotal | | | $ 108.00 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 108.00 |
| Sales Tax: | $ 0.00 |
| Total: | $ 108.00 |

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

S20361



**Bill To:**

Main address
2230 LBJ FWY
SUIT 100, TX 75234

Customer: ProCraft Cabinetry Dallas

**Ship To:**

Procraft Cabinetry Dallas
2230 LBJ FWY
SUIT 100, TX 75234

Contact: Vivian Lin
PO Number: P514

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|---------------|-----------|---------|--------------|---------------------|
| Toni | COD | Origin | Will Call | | 07/19/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|----------------------|------------|-------------|-------------|
| 1 | PC-W3021 Door & Frame - Portland Chestnut Wall Cabinet 30"W X 21"H X 12"D Door & Frame | $ 36.72 | 2 ea | $ 73.44 |
| 2 | Subtotal | | | $ 73.44 |
| 3 | Shipping Charge - Shipping Charge | $ 35.00 | 1 ea | $ 35.00 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 108.44 |
| Sales Tax: | $ 0.00 |
| Total: | $ 108.44 |

February 15, 2017 9:36:13 AM CST

# Invoice

07/26/2016

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN  37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

S20460



**Bill To:**

ProCraft Cabinetry Dallas
2230 LBJ Freeway Suite 100
Dallas, TX  75234

Customer: ProCraft Cabinetry Dallas

**Ship To:**

ProCraft Cabinetry Dallas
2230 LBJ Freeway Suite 100
Dallas, TX  75234

Contact: ProCraft Cabinetry Dallas
PO Number: Claim 20361

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|--------------|-----------|---------|--------------|---------------------|
| Sara | COD | Origin | Will Call | | 07/26/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|----------------------|-----------|-------------|-------------|
| 1 | PC-W3021 Door & Frame - Portland Chestnut Wall Cabinet 30"W X 21"H X 12"D Door & Frame | $ 36.72 | 2 ea | $ 73.44 |
| 2 | Shipping Charge - Shipping Charge UPS Next Day Air / For it to be received by Wednesday 7/27/2016 | $ 377.68 | 1 ea | $ 377.68 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 451.12 |
| Sales Tax: | $ 0.00 |
| Total: | $ 451.12 |

February 15, 2017 9:36:13 AM CST

Page 1 of1

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

**S20692**



### Bill To:

ProCraft Cabinetry Dallas
2230 LBJ Freeway Suite 100
Dallas, TX 75234

Customer: ProCraft Cabinetry Dallas

### Ship To:

ProCraft Cabinetry Dallas
2230 LBJ Freeway Suite 100
Dallas, TX 75234

Contact: ProCraft Cabinetry Dallas
PO Number: p554

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|---------------|-----------|---------|--------------|---------------------|
| Ray | COD | Origin | Will Call | | 08/09/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|----------------------|-----------|-------------|-------------|
| 1 | BOX-ROT30(A) - Roll Out Tray 30"W X 6"H X 21"D(A) | $ 38.52 | 10 ea | $ 385.20 |
| 2 | BOX-ROT36(A) - Roll Out Tray 36"W X 6"H X 21"D(A) | $ 43.02 | 10 ea | $ 430.20 |
| 3 | Shipping Charge - Shipping Charge | $ 212.00 | 1 ea | $ 212.00 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 1,027.40 |
| Sales Tax: | $ 0.00 |
| Total: | $ 1,027.40 |

February 15, 2017 9:36:10 AM CST

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

**S20691**

**Bill To:**

ProCraft Cabinetry Dallas
2230 LBJ Freeway Suite 100
Dallas, TX 75234

Customer: ProCraft Cabinetry Dallas

**Ship To:**

ProCraft Cabinetry Dallas
2230 LBJ Freeway Suite 100
Dallas, TX 75234

Contact: ProCraft Cabinetry Dallas
PO Number: p533

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|---|---|---|---|---|---|
| Ray | COD | Origin | Will Call | | 08/09/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 1 | SCN-W3618 Door & Frame - Saratoga Cinnamon Wall Cabinet 36"W X 18"H X 12"D Door & Frame | $ 43.74 | 2 ea | $ 87.48 |
| 2 | SCN-W0936 Door & Frame - Saratoga Cinnamon Wall Cabinet 9"W X 36"H X 12"D Door & Frame | $ 25.20 | 2 ea | $ 50.40 |
| 3 | SCN-W3018 Door & Frame - Saratoga Cinnamon Wall Cabinet 30"W X 18"H X 12"D Door & Frame | $ 36.90 | 3 ea | $ 110.70 |
| 4 | SCN-B09SP Door & Frame - Saratoga Cinnamon Spice Pull Out 9"W Door & Frame | $ 26.64 | 3 ea | $ 79.92 |
| 5 | SCN-3DB12 Door & Frame - Saratoga Cinnamon Drawer Base Cabinet 12"W X 34-1/2"H X 24"D Door & Frame | $ 37.62 | 2 ea | $ 75.24 |
| 6 | SCN-B15 Door & Frame - Saratoga Cinnamon Base Cabinet 15"W X 34-1/2"H X 24"D Door & Frame | $ 37.98 | 2 ea | $ 75.96 |
| 7 | SCN-SB24 Door & Frame - Saratoga Cinnamon Sink Base Cabinet 24"W X 34-1/2"H X 24"D Door & Frame | $ 52.20 | 2 ea | $ 104.40 |
| 8 | SCN-B27 Door & Frame - Saratoga Cinnamon Base Cabinet 27"W X 34-1/2"H X 24"D Door & Frame | $ 61.02 | 1 ea | $ 61.02 |
| 9 | SCN-B09FD Door & Frame - Saratoga Cinnamon Base Cabinet 09" W X 34-1/2"H X 24"D Full Height Door & Frame | $ 23.76 | 2 ea | $ 47.52 |
| 10 | SCN-W1236 Door & Frame - Saratoga Cinnamon Wall Cabinet 12"W X 36"H X 12"D Door & Frame | $ 31.68 | 1 ea | $ 31.68 |

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

**S20691**



| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 11 | SCN-W1836 Door & Frame - Saratoga Cinnamon Wall Cabinet 18"W X 36"H X 12"D Door & Frame | $ 44.28 | 1 ea | $ 44.28 |
| 12 | SCN-W1842 Door & Frame - Saratoga Cinnamon Wall Cabinet 18"W X 42"H X 12"D Door & Frame | $ 51.66 | 1 ea | $ 51.66 |
| 13 | SCN-W2136 Door & Frame - Saratoga Cinnamon Wall Cabinet 21"W X 36"H X 12"D Door & Frame | $ 50.76 | 1 ea | $ 50.76 |
| 14 | SCN-W2142 Door & Frame - Saratoga Cinnamon Wall Cabinet 21"W X 42"H X 12"D Door & Frame | $ 59.22 | 1 ea | $ 59.22 |
| 15 | SCN-W2442 Door & Frame - Saratoga Cinnamon Wall Cabinet 24"W X 42"H X 12"D Door & Frame | $ 66.24 | 1 ea | $ 66.24 |
| 16 | SCN-W2742 Door & Frame - Saratoga Cinnamon Wall Cabinet 27"W X 42"H X 12"D Door & Frame | $ 74.16 | 2 ea | $ 148.32 |
| 17 | SCN-W3012 Door & Frame - Saratoga Cinnamon Wall Cabinet 30"W X 12"H X 12"D Door & Frame | $ 25.92 | 1 ea | $ 25.92 |
| 18 | SCN-W3024 Door & Frame - Saratoga Cinnamon Wall Cabinet 30"W X 24"H X 12"D Door & Frame | $ 48.24 | 1 ea | $ 48.24 |
| 19 | Shipping Charge - Shipping Charge | $ 212.00 | 1 ea | $ 212.00 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| **Subtotal:** | **$ 1,430.96** |
| **Sales Tax:** | **$ 0.00** |
| **Total:** | **$ 1,430.96** |

February 15, 2017 9:36:10 AM CST

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws



**S20875**

### Bill To:

ProCraft Cabinetry Dallas
2230 LBJ Freeway Suite 100
Dallas, TX 75234

Customer: ProCraft Cabinetry Dallas

### Ship To:

ProCraft Cabinetry Dallas
2230 LBJ Freeway Suite 100
Dallas, TX 75234

Contact: ProCraft Cabinetry Dallas
PO Number: p540

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|---|---|---|---|---|---|
| Ray | COD | Origin | Will Call | | 08/17/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 1 | SCN-WDC2430 Door & Frame - Saratoga Cinnamon Wall Diagonal Cabinet 24"W X 30"H X 12"D Door & Frame | $ 45.54 | 5 ea | $ 227.70 |
| 2 | SCN-VSD30L Door & Frame - Saratoga Cinnamon Vanity Sink Drawer 30"W X 34-1/2"H X 21"D Door & Frame | $ 69.12 | 1 ea | $ 69.12 |
| 3 | SCN-VSD30R Door & Frame - Saratoga Cinnamon Vanity Sink Drawer 30"W X 34-1/2"H X 21"D Door & Frame | $ 69.12 | 1 ea | $ 69.12 |
| 4 | LSG-B30 Door & Frame - Liberty Shaker Gray Base Cabinet 30"W X 34-1/2"H X 24"D Door & Frame | $ 54.18 | 10 ea | $ 541.80 |
| 5 | LSG-B15 Door & Frame - Liberty Shaker Gray Base Cabinet 15"W X 34-1/2"H X 24"D Door & Frame | $ 29.52 | 2 ea | $ 59.04 |
| 6 | LSG-SB36 Door & Frame - Liberty Shaker Gray Sink Base Cabinet 36"W X 34-1/2"H X 24"D Door & Frame | $ 63.90 | 5 ea | $ 319.50 |
| 7 | Subtotal | | | $ 1,286.28 |

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN  37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

S20875

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 1,286.28 |
| Sales Tax: | $ 0.00 |
| Total: | $ 1,286.28 |

February 15, 2017 9:36:10 AM CST

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN  37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws



S20973

**Bill To:**

Main address
2230 LBJ FWY
SUIT 100, TX  75234

Customer: ProCraft Cabinetry Dallas

**Ship To:**

Procraft Cabinetry Dallas
2230 LBJ FWY
SUIT 100, TX  75234

Contact: Vivian Lin
PO Number: P549

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|---------------|-----------|---------|--------------|---------------------|
| Ray | COD | Origin | Will Call | | 08/23/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|----------------------|------------|-------------|-------------|
| 1 | LSW-W1842 Door & Frame - Liberty Shaker White Wall Cabinet 18"W X 42"H X 12"D Door & Frame | $ 44.64 | 20 ea | $ 892.80 |
| 2 | LSW-W2142 Door & Frame - Liberty Shaker White Wall Cabinet 21"W X 42"H X 12"D Door & Frame | $ 51.12 | 10 ea | $ 511.20 |
| 3 | LSW-W2442 Door & Frame - Liberty Shaker White Wall Cabinet 24"W X 42"H X 12"D Door & Frame | $ 57.42 | 10 ea | $ 574.20 |
| 4 | LSW-W2742 Door & Frame - Liberty Shaker White Wall Cabinet 27"W X 42"H X 12"D Door & Frame | $ 63.90 | 10 ea | $ 639.00 |
| 5 | LSW-W3042 Door & Frame - Liberty Shaker White Wall Cabinet 30"W X 42"H X 12"D Door & Frame | $ 70.74 | 10 ea | $ 707.40 |
| 6 | LSW-W3342 Door & Frame - Liberty Shaker White Wall Cabinet 33"W X 42"H X 12"D Door & Frame | $ 77.40 | 5 ea | $ 387.00 |
| 7 | LSW-3DB30 Door & Frame - Liberty Shaker White Drawer Base Cabinet 30"W X 34-1/2"H X 24"D Door & Frame | $ 55.98 | 10 ea | $ 559.80 |
| 8 | LSW-3DB36 Door & Frame - Liberty Shaker White Drawer Base Cabinet 36"W X 34-1/2"H X 24"D Door & Frame | $ 66.42 | 5 ea | $ 332.10 |
| 9 | LSW-SB24 Door & Frame - Liberty Shaker White Sink Base Cabinet 24"W X 34-1/2"H X 24"D Door & Frame | $ 44.28 | 5 ea | $ 221.40 |
| 10 | LSW-SB30 Door & Frame - Liberty Shaker White Sink Base Cabinet 30"W X 34-1/2"H X 24"D Door & Frame | $ 54.00 | 15 ea | $ 810.00 |

# Invoice

08/29/2016

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

S20973



| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 11 | LSW-W3036 Door & Frame - Liberty Shaker White Wall Cabinet 30"W X 36"H X 12"D Door & Frame | $ 60.84 | 10 ea | $ 608.40 |
| 12 | Handling/Pallet Charge. - Pallet charge for shipment | $ 70.00 | 1 ea | $ 70.00 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 6,313.30 |
| Sales Tax: | $ 0.00 |
| Total: | $ 6,313.30 |

February 15, 2017 9:36:10 AM CST

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN  37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

**S21388**



**Bill To:**

Main address
2230 LBJ FWY
SUIT 100, TX  75234

Customer: ProCraft Cabinetry Dallas

**Ship To:**

Procraft Cabinetry Dallas
2230 LBJ FWY
SUIT 100, TX  75234

Contact: Vivian Lin
PO Number: P564

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|---------------|-----------|---------|--------------|---------------------|
| Ray | COD | Origin | Will Call | | 09/15/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|----------------------|------------|-------------|-------------|
| 1 | LSE-BP4896.25 - Liberty Shaker Espresso Back Panel 48"W X 96"H X 1/4"D | $ 47.70 | 5 ea | $ 238.50 |
| 2 | PC-DDB18 Door & Frame - Portland Chestnut Desk Drawer Base Cabinet 18"W X 30"H X 24"D Door & Frame | $ 36.54 | 3 ea | $ 109.62 |
| 3 | BOX-ROT30(A) - Roll Out Tray 30"W X 6"H X 21."D(A) | $ 38.52 | 5 ea | $ 192.60 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| **Subtotal:** | **$ 540.72** |
| **Sales Tax:** | **$ 0.00** |
| **Total:** | **$ 540.72** |

February 15, 2017 9:36:10 AM CST

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

**S21427**



**Bill To:**

ProCraft Cabinetry Dallas
2230 LBJ Freeway Suite 100
Dallas, TX 75234

Customer: ProCraft Cabinetry Dallas

**Ship To:**

ProCraft Cabinetry Dallas
2230 LBJ Freeway Suite 100
Dallas, TX 75234

Contact: ProCraft Cabinetry Dallas
PO Number: P565/P564

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|---------------|-----------|---------|--------------|---------------------|
| Ray | COD | Origin | Will Call | | 09/19/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|----------------------|-----------|-------------|-------------|
| 1 | LSE-BP4896.25 - Liberty Shaker Espresso Back Panel 48"W X 96"H X 1/4"D | $ 47.70 | 5 ea | $ 238.50 |
| 2 | PC-DDB18 Door & Frame - Portland Chestnut Desk Drawer Base Cabinet 18"W X 30"H X 24"D Door & Frame | $ 36.54 | 3 ea | $ 109.62 |
| 3 | BOX-ROT30(A) - Roll Out Tray 30"W X 6"H X 21"D(A) | $ 38.52 | 5 ea | $ 192.60 |
| 4 | SCN-W3636 Door & Frame - Saratoga Cinnamon Wall Cabinet 36"W X 36"H X 12"D Door & Frame | $ 83.16 | 2 ea | $ 166.32 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 707.04 |
| Sales Tax: | $ 0.00 |
| Total: | $ 707.04 |

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN  37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

**S21552**

**Bill To:**

ProCraft Cabinetry Dallas
2230 LBJ Freeway Suite 100
Dallas, TX  75234

Customer: ProCraft Cabinetry Dallas

**Ship To:**

ProCraft Cabinetry Dallas
2230 LBJ Freeway Suite 100
Dallas, TX  75234

Contact: ProCraft Cabinetry Dallas

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|--------------|-----------|---------|--------------|---------------------|
| Ray | COD | Origin | Will Call | | 09/23/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|---------------------|------------|-------------|-------------|
| 1 | LSG-B30 Door & Frame - Liberty Shaker Gray Base Cabinet 30"W X 34-1/2"H X 24"D Door & Frame | $ 54.18 | 5 ea | $ 270.90 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 270.90 |
| Sales Tax: | $ 0.00 |
| Total: | $ 270.90 |

February 15, 2017 9:36:10 AM CST

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN  37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

**S21570**



**Bill To:**

ProCraft Cabinetry Dallas
2230 LBJ Freeway Suite 100
Dallas, TX  75234

Customer: ProCraft Cabinetry Dallas

**Ship To:**

ProCraft Cabinetry Dallas
2230 LBJ Freeway Suite 100
Dallas, TX  75234

Contact: ProCraft Cabinetry Dallas
PO Number: P577

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|---------------|-----------|---------|--------------|---------------------|
| Ray | COD | Origin | Will Call | | 09/23/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|----------------------|------------|-------------|-------------|
| 1 | SCN-W3021 Door & Frame - Saratoga Cinnamon Wall Cabinet 30"W X 21"H X 12"D Door & Frame | $ 42.30 | 2 ea | $ 84.60 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 84.60 |
| Sales Tax: | $ 0.00 |
| Total: | $ 84.60 |

February 15, 2017 9:36:11 AM CST

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN  37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

**S21566**



**Bill To:**

ProCraft Cabinetry Dallas
2230 LBJ Freeway Suite 100
Dallas, TX  75234

Customer: ProCraft Cabinetry Dallas

**Ship To:**

covington kitchen & bath inc
1600 n hwy 190 suite 5
covington, LA  70433

Contact: ProCraft Cabinetry Dallas
PO Number: P573

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|---------------|-----------|---------|--------------|---------------------|
| Ray | COD | Origin | Will Call | | 09/23/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|----------------------|------------|-------------|-------------|
| 1 | LSG-B30 Door & Frame - Liberty Shaker Gray Base Cabinet 30"W X 34-1/2"H X 24"D Door & Frame | $ 54.18 | 1 ea | $ 54.18 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 54.18 |
| Sales Tax: | $ 0.00 |
| Total: | $ 54.18 |

February 15, 2017 9:36:10 AM CST

Page 1 of1