# EXHIBIT 40

# ProCraft Cabinetry, Inc
## Customer Open Balance
### All Transactions

| Type | Date | P. O. # | Memo | Amount | Open Balance |
|------|------|---------|------|--------|--------------|
| **ProCraft Cabinetry Houston** | | | | | |
| General Journal | 06/30/2015 | | Fishbowl software & training | 3,500.00 | 3,500.00 |
| General Journal | 12/01/2015 | | Nov.2015 expense generated | 82.99 | 3,582.99 |
| Invoice | 06/01/2016 | P351 | FB: SO# - 19466. | 2,267.27 | 5,850.26 |
| Invoice | 06/09/2016 | | FB: SO# - 19643. | 176.40 | 6,026.66 |
| Invoice | 06/24/2016 | P381 | FB: SO# - 19836. | 615.60 | 6,642.26 |
| Invoice | 06/27/2016 | P381 | FB: SO# - 19836. | 1,181.88 | 7,824.14 |
| Invoice | 06/27/2016 | P381 | FB: SO# - 19836. | 768.60 | 8,592.74 |
| Invoice | 06/29/2016 | P391 | FB: SO# - 19985.  Morning, pl | 54.36 | 8,647.10 |
| Invoice | 07/09/2016 | P392 | FB: SO# - 19987. | 846.90 | 9,494.00 |
| Invoice | 07/13/2016 | P397 | FB: SO# - 20104. | 381.06 | 9,875.06 |
| Invoice | 07/13/2016 | p0401 | FB: SO# - 20107. | 1,410.84 | 11,285.90 |
| Invoice | 07/22/2016 | P420 | FB: SO# - 20267. | 140.76 | 11,426.66 |
| Invoice | 07/26/2016 | P454 | FB: SO# - 20448. | 793.15 | 12,219.81 |
| Invoice | 08/08/2016 | P467 | FB: SO# - 20576. | 543.60 | 12,763.41 |
| Invoice | 08/22/2016 | P359 | FB: SO# - 19617. | 351.72 | 13,115.13 |
| Invoice | 08/22/2016 | P456 | FB: SO# - 20487. | 541.80 | 13,656.93 |
| Invoice | 08/23/2016 | P502 | FB: SO# - 20842. | 392.40 | 14,049.33 |
| Invoice | 08/29/2016 | P524 | FB: SO# - 21059. | 243.00 | 14,292.33 |
| Invoice | 09/02/2016 | P521 | FB: SO# - 21053. | 123.84 | 14,416.17 |
| Invoice | 09/09/2016 | | FB: SO# - 21222. | 113.76 | 14,529.93 |
| Invoice | 09/12/2016 | P527 | FB: SO# - 21111. | 172.26 | 14,702.19 |
| Invoice | 09/22/2016 | P575 | FB: SO# - 21417. | 271.80 | 14,973.99 |
| Invoice | 09/22/2016 | P570 | FB: SO# - 21412. | 180.90 | 15,154.89 |
| Invoice | 10/03/2016 | P583 | FB: SO# - 21495. | 225.90 | 15,380.79 |
| Invoice | 10/14/2016 | P661 | FB: SO# - 21785. | 149.04 | 15,529.83 |
| Invoice | 10/14/2016 | P657 | FB: SO# - 21786. √ | 86.04 | 15,615.87 |
| Payment | 12/16/2016 | | FB: SO# - 23237. √ | -152.64 | 15,463.23 |
| Invoice | 01/26/2017 | P599 | FB: SO# - 21551. | 192.60 | 15,655.83 |
| Invoice | 01/26/2017 | P612 | FB: SO# - 21614. | 294.84 | 15,950.67 |
| **Total ProCraft Cabinetry Houston** | | | | 15,950.67 | 15,950.67 |
| **TOTAL** | | | | 15,950.67 | 15,950.67 |

# Invoice

05/31/2016

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN  37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

**S19466**

**Bill To:**

Procraft Cabinetry - Houston
4647 Pine Timbers st.,suite100
Houston, TX  77041

Customer: Procraft Cabinetry - Houston

**Ship To:**

Procraft Cabinetry - Houston
4647 Pine Timbers st.,suite100
Houston, TX  77041

Contact: Procraft Cabinetry - Houston
PO Number: P351

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|---------------|-----------|---------|--------------|---------------------|
| Nahja | COD | Origin | Will Call | | 05/31/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|----------------------|------------|-------------|-------------|
| 1 | SCN-B09FD Door & Frame - Saratoga Cinnamon Base Cabinet 09" W X 34-1/2"H X 24"D Full Height Door Door & Frame | $ 23.76 | 2 ea | $ 47.52 |
| 2 | SCN-SB36 Door & Frame - Saratoga Cinnamon Sink Base Cabinet 36"W X 34-1/2"H X 24"D Door & Frame | $ 74.16 | 2 ea | $ 148.32 |
| 3 | SCN-LSB36 Door & Frame - Saratoga Cinnamon Lazy Susan Base 36"W X 34-1/2"H X 24"D Door & Frame | $ 66.96 | 2 ea | $ 133.92 |
| 4 | SCN-WBC3636 Door & Frame - Saratoga Cinnamon Wall Blind Corner Cabinet 36"W X 36"H X 12"D Door & Frame | $ 66.24 | 2 ea | $ 132.48 |
| 5 | SCN-B15 Door & Frame - Saratoga Cinnamon Base Cabinet 15"W X 34-1/2"H X 24"D Door & Frame | $ 37.98 | 2 ea | $ 75.96 |
| 6 | SCN-W3612 Door & Frame - Saratoga Cinnamon Wall Cabinet 36"W X 12"H X 12"D Door & Frame | $ 30.96 | 2 ea | $ 61.92 |
| 7 | SCN-WBC3636 Door & Frame - Saratoga Cinnamon Wall Blind Corner Cabinet 36"W X 36"H X 12"D Door & Frame | $ 66.24 | 2 ea | $ 132.48 |
| 8 | SCN-W1236 Door & Frame - Saratoga Cinnamon Wall Cabinet 12"W X 36"H X 12"D Door & Frame | $ 31.68 | 2 ea | $ 63.36 |
| 9 | SCN-W3636 Door & Frame - Saratoga Cinnamon Wall Cabinet 36"W X 36"H X 12"D Door & Frame | $ 83.16 | 2 ea | $ 166.32 |

February 15, 2017 9:24:43 AM CST

Page 1 of2

# Invoice

## ProCraft Cabinetry, Inc



S19466

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 10 | SCN-W3018 Door & Frame - Saratoga Cinnamon Wall Cabinet 30"W X 18"H X 12"D Door & Frame | $ 36.90 | 2 ea | $ 73.80 |
| 11 | SCN-W1536 Door & Frame - Saratoga Cinnamon Wall Cabinet 15"W X 36"H X 12"D Door & Frame | $ 38.16 | 2 ea | $ 76.32 |
| 12 | SCN-W362424 Door & Frame - Saratoga Cinnamon Wall Cabinet 36"W X 24"H X 24"D Door & Frame | $ 59.22 | 2 ea | $ 118.44 |
| 13 | SCN-W3618 Door & Frame - Saratoga Cinnamon Wall Cabinet 36"W X 18"H X 12"D Door & Frame | $ 43.74 | 2 ea | $ 87.48 |
| 14 | SCN-WF336 - Saratoga Cinnamon Wall Filler 3"W X 36"L | $ 6.48 | 10 ea | $ 64.80 |
| 15 | SCN-TF696 - Saratoga Cinnamon Tall Filler 6"W X 96"L | $ 34.56 | 10 ea | $ 345.60 |
| 16 | SCN-CM-4 - Saratoga Cinnamon Crown Molding 4"W X 96"L | $ 26.10 | 10 ea | $ 261.00 |
| 17 | SCN-3DB18 Door & Frame - Saratoga Cinnamon Drawer Base Cabinet 18"W X 34-1/2"H X 24"D Door & Frame | $ 49.86 | 2 ea | $ 99.72 |
| 18 | SCN-WS1236 - Saratoga Cinnamon Wall Skin 12"W X 36"H | $ 2.52 | 10 ea | $ 25.20 |
| 19 | SCN-BLB39/42 Door & Frame - Saratoga Cinnamon Blind Corner Base 36/39"W X 34-1/2"H X 24"D Door & Frame | $ 65.52 | 2 ea | $ 131.04 |
| 20 | Shipping Charge - Shipping Charge | $ 123.56 | 1 ea | $ 123.56 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 2,369.24 |
| Sales Tax: | $ 0.00 |
| Total: | $ 2,369.24 |

February 15, 2017 9:24:43 AM CST

# Invoice

06/08/2016

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN  37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws



S19643

### Bill To:

Procraft Cabinetry - Houston
4647 Pine Timbers st.,suite100
Houston, TX  77041

Customer: Procraft Cabinetry - Houston

### Ship To:

Procraft Cabinetry - Houston
4647 Pine Timbers st.,suite100
Houston, TX  77041

Contact: Procraft Cabinetry - Houston

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|---------------|-----------|---------|--------------|---------------------|
| Toni | COD | Origin | Will Call | | 06/08/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|----------------------|------------|-------------|-------------|
| 1 | BG-VSD42 Door & Frame - Belmont Gibraltor Gray Vanity Sink Drawer 42"W X 34-1/2"H X 21"D Door & Frame | $ 88.20 | 2 ea | $ 176.40 |
| 2 | Subtotal | | | $ 176.40 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| Subtotal: | $ 176.40 |
|-----------|----------|
| Sales Tax: | $ 0.00 |
| Total: | $ 176.40 |

February 15, 2017 9:24:43 AM CST

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

**Bill To:**

Procraft Cabinetry - Houston
4647 Pine Timbers st.,suite100
Houston, TX 77041

Customer: Procraft Cabinetry - Houston

**Ship To:**

Procraft Cabinetry - Houston
4647 Pine Timbers st.,suite100
Houston, TX 77041

Contact: Procraft Cabinetry - Houston
PO Number: P381

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|---------------|-----------|---------|--------------|---------------------|
| Toni | COD | Origin | Will Call | | 06/17/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|----------------------|------------|-------------|-------------|
| 1 | LSG-VSD30R Door & Frame - Liberty Shaker Gray Vanity Sink Drawer 30"W X 34-1/2"H X 21"D Door & Frame Drawer on Right | $ 56.16 | 10 ea | $ 561.60 |
| 2 | LSG-VSD30L Door & Frame - Liberty Shaker Gray Vanity Sink Drawer 30"W X 34-1/2"H X 21"D Door & Frame Drawer On Left | $ 56.16 | 10 ea | $ 561.60 |
| 3 | SCN-W0942 Door & Frame - Saratoga Cinnamon Wall Cabinet 9"W X 42"H X 12"D Door & Frame | $ 29.34 | 2 ea | $ 58.68 |
| 4 | LSG-W3030 Door & Frame - Liberty Shaker Gray Wall Cabinet 30"W X 30"H X 12"D Door & Frame | $ 51.30 | 10 ea | $ 513.00 |
| 5 | LSW-W3030 Door & Frame - Liberty Shaker White Wall Cabinet 30"W X 30"H X 12"D Door & Frame | $ 51.30 | 2 ea | $ 102.60 |
| 6 | LSG-B15 Door & Frame - Liberty Shaker Gray Base Cabinet 15"W X 34-1/2"H X 24"D Door & Frame | $ 29.52 | 10 ea | $ 295.20 |
| 7 | BOX-B15(A) - Base Cabinet 15"W X 34-1/2"H X 24"D BOX (A) | $ 47.34 | 10 ea | $ 473.40 |
| 8 | Subtotal | | | $ 2,566.08 |

February 15, 2017 9:24:43 AM CST

# Invoice

## ProCraft Cabinetry, Inc

S19836

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 2,566.08 |
| Sales Tax: | $ 0.00 |
| Total: | $ 2,566.08 |

February 15, 2017 9:24:43 AM CST

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN  37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws



S19985

**Bill To:**

Procraft Cabinetry Houston
4647 Pine Timbers St Suite 100
Houston, TX  77041

Customer: Procraft Cabinetry Houston

**Ship To:**

Default address
4647 Pine Timbers St Suite 100
Houston, TX  77041

PO Number: P391

**Notes**

Morning, please fedex to me today.

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|---------------|-----------|---------|--------------|---------------------|
| Toni | COD | Origin | Will Call | | 06/27/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|---------------------|------------|-------------|-------------|
| 1 | LSE-VSB30 Door & Frame - Liberty Shaker Espresso Vanity Sink Base  30"W X 34-1/2"H X 21"D Door & Frame | $ 54.36 | 1 ea | $ 54.36 |
| 2 | Subtotal | | | $ 54.36 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| Subtotal: | $ 54.36 |
|-----------|---------|
| Sales Tax: | $ 0.00 |
| Total: | $ 54.36 |

February 15, 2017 9:24:43 AM CST

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws



S19987

**Bill To:**

Procraft Cabinetry Houston
4647 Pine Timbers St Suite 100
Houston, TX 77041

Customer: Procraft Cabinetry Houston

**Ship To:**

Default address
4647 Pine Timbers St Suite 100
Houston, TX 77041

PO Number: P392

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|---------------|-----------|---------|--------------|---------------------|
| Toni | COD | Origin | Will Call | | 06/28/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|---------------------|-----------|-------------|-------------|
| 1 | LSG-B30 Door & Frame - Liberty Shaker Gray Base Cabinet 30"W X 34-1/2"H X 24"D Door & Frame | $ 54.18 | 5 ea | $ 270.90 |
| 2 | LSG-B15 Door & Frame - Liberty Shaker Gray Base Cabinet 15"W X 34-1/2"H X 24"D Door & Frame | $ 29.52 | 5 ea | $ 147.60 |
| 3 | LSG-B12 Door & Frame - Liberty Shaker Gray Base Cabinet 12"W X 34-1/2"H X 24"D Door & Frame | $ 24.48 | 5 ea | $ 122.40 |
| 4 | AO-SC - Arlington Oatmeal Scribe Molding 3/4"W X 1/4"H X 96"L | $ 6.12 | 50 ea | $ 306.00 |
| 5 | Subtotal | | | $ 846.90 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 846.90 |
| Sales Tax: | $ 0.00 |
| Total: | $ 846.90 |

February 15, 2017 9:24:43 AM CST

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN  37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws



S20104

**Bill To:**

Procraft Cabinetry - Houston
4647 Pine Timbers st.,suite100
Houston, TX  77041

Customer: Procraft Cabinetry - Houston

**Ship To:**

Procraft Cabinetry - Houston
4647 Pine Timbers st.,suite100
Houston, TX  77041

Contact: Procraft Cabinetry - Houston
PO Number: P397

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|---|---|---|---|---|---|
| Toni | COD | Origin | Will Call | | 07/01/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 1 | PC-VSB24 Door & Frame - Portland Chestnut Vanity Sink Base  24"W X 34-1/2"H X 21"D Door & Frame | $ 44.28 | 1 ea | $ 44.28 |
| 2 | PC-VDB18 Door & Frame - Portland Chestnut Vanity Drawer Base 18"W X 34-1/2"H X 21"D Door & Frame | $ 36.54 | 3 ea | $ 109.62 |
| 3 | SCN-B24 Door & Frame - Saratoga Cinnamon Base Cabinet 24"W X 34-1/2"H X 24"D Door & Frame | $ 55.26 | 2 ea | $ 110.52 |
| 4 | BOX-B24(A) - Base Cabinet 24"W X 34-1/2"H X 24"D BOX (A) | $ 58.32 | 2 ea | $ 116.64 |
| 5 | Subtotal | | | $ 381.06 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| Subtotal: | $ 381.06 |
|---|---|
| Sales Tax: | $ 0.00 |
| Total: | $ 381.06 |

February 15, 2017 9:24:43 AM CST

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

**S20107**

**Bill To:**

Procraft Cabinetry - Houston
4647 Pine Timbers st.,suite100
Houston, TX 77041

Customer: Procraft Cabinetry - Houston

**Ship To:**

Procraft Cabinetry - Houston
4647 Pine Timbers st.,suite100
Houston, TX 77041

Contact: Procraft Cabinetry - Houston
PO Number: p0401

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|---------------|-----------|---------|--------------|---------------------|
| Toni | COD | Origin | Will Call | | 07/01/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|----------------------|------------|-------------|-------------|
| 1 | SCN-W3621 Door & Frame - Saratoga Cinnamon Wall Cabinet 36"W X 21"H X 12"D Door & Frame | $ 49.32 | 3 ea | $ 147.96 |
| 2 | SCN-W1542 Door & Frame - Saratoga Cinnamon Wall Cabinet 15"W X 42"H X 12"D Door & Frame | $ 44.46 | 3 ea | $ 133.38 |
| 3 | SCN-WBC3642 Door & Frame - Saratoga Cinnamon Wall Blind Corner Cabinet 36"W X 42"H X 12"D Door & Frame | $ 76.86 | 2 ea | $ 153.72 |
| 4 | SCN-W1836 Door & Frame - Saratoga Cinnamon Wall Cabinet 18"W X 36"H X 12"D Door & Frame | $ 44.28 | 3 ea | $ 132.84 |
| 5 | SCN-B12 Door & Frame - Saratoga Cinnamon Base Cabinet 12"W X 34-1/2"H X 24"D Door & Frame | $ 32.22 | 3 ea | $ 96.66 |
| 6 | SCN-WF342 - Saratoga Cinnamon Wall Filler 3"W X 42"L | $ 7.56 | 5 ea | $ 37.80 |
| 7 | SCN-W3642 Door & Frame - Saratoga Cinnamon Wall Cabinet 36"W X 42"H X 12"D Door & Frame | $ 96.66 | 3 ea | $ 289.98 |
| 8 | SCN-W1542 Door & Frame - Saratoga Cinnamon Wall Cabinet 15"W X 42"H X 12"D Door & Frame | $ 44.46 | 3 ea | $ 133.38 |
| 9 | SCN-LBMF - Saratoga Cinnamon Light Rail Molding 1-3/4"W X 1-11/32"H X 96"L | $ 28.08 | 5 ea | $ 140.40 |
| 10 | SCN-W3024 Door & Frame - Saratoga Cinnamon Wall Cabinet 30"W X 24"H X 12"D Door & Frame | $ 48.24 | 3 ea | $ 144.72 |

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN  37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

S20107

1)Upon signing, customers accept responsibility for checking the Quality of the products
when picked up or delivered. Items damaged or missing must be reported within 48
hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special
ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 1,410.84 |
| Sales Tax: | $ 0.00 |
| Total: | $ 1,410.84 |

February 15, 2017 9:24:43 AM CST

# Invoice

07/13/2016

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws



S20267

**Bill To:**

Procraft Cabinetry Houston
4647 Pine Timbers St Suite 100
Houston, TX 77041

Customer: Procraft Cabinetry Houston

**Ship To:**

Default address
4647 Pine Timbers St Suite 100
Houston, TX 77041

PO Number: P420

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|---|---|---|---|---|---|
| Toni | COD | Origin | Will Call | | 07/13/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 1 | LSG-3DB18 Door & Frame - Liberty Shaker Gray Drawer Base Cabinet 18"W X 34-1/2"H X 24"D Door & Frame | $ 35.46 | 1 ea | $ 35.46 |
| 2 | LSG-BEP3 - Liberty Shaker Gray Dish Wash End Panel 3"W X 34-1/2"H X 24"D | $ 15.48 | 1 ea | $ 15.48 |
| 3 | LSG-VSD48 Door & Frame - Liberty Shaker Gray Vanity Sink Drawer 48"W X 34-1/2"H X 21"D Door & Frame | $ 89.82 | 1 ea | $ 89.82 |
| 4 | Subtotal | | | $ 140.76 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 140.76 |
| Sales Tax: | $ 0.00 |
| Total: | $ 140.76 |

February 15, 2017 9:24:43 AM CST

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

S20448



**Bill To:**

Procraft Cabinetry Houston
4647 Pine Timbers St Suite 100
Houston, TX 77041

Customer: Procraft Cabinetry Houston

**Ship To:**

Default address
4647 Pine Timbers St Suite 100
Houston, TX 77041

PO Number: P454

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|---------------|-----------|---------|--------------|---------------------|
| Sara | COD | Origin | Will Call | | 07/25/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|----------------------|------------|-------------|-------------|
| 1 | BG-VSB30 Door & Frame - Belmont Gibraltor Gray Vanity Sink Base 30"W X 34-1/2"H X 21"D Door & Frame | $ 61.38 | 6 ea | $ 368.28 |
| 2 | BG-TP249624 Door & Frame - Belmont Gibraltor Gray Tall Pantry 24"W X 96"H X 24"D Door & Frame | $ 144.72 | 2 ea | $ 289.44 |
| 3 | Handling/Pallet Charge. - Pallet charge for shipment | $ 35.00 | 1 ea | $ 35.00 |
| 4 | Shipping Charge - Shipping Charge | $ 100.43 | 1 ea | $ 100.43 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 793.15 |
| Sales Tax: | $ 0.00 |
| Total: | $ 793.15 |

February 15, 2017 9:24:44 AM CST

Page 1 of1

# Invoice

## ProCraft Cabinetry, Inc



S20576

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

**Bill To:**

Procraft Cabinetry Houston
4647 Pine Timbers St Suite 100
Houston, TX 77041

Customer: Procraft Cabinetry Houston

**Ship To:**

Default address
4647 Pine Timbers St Suite 100
Houston, TX 77041

PO Number: P467

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|---------------|-----------|---------|--------------|---------------------|
| Toni | COD | Origin | Will Call | | 08/02/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|----------------------|-----------|-------------|-------------|
| 1 | LSG-VSB30 Door & Frame - Liberty Shaker Gray Vanity Sink Base 30"W X 34-1/2"H X 21"D Door & Frame | $ 54.36 | 10 ea | $ 543.60 |

1) Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2) 20% restocking fee applied for returned or exchanged items.
3) There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 543.60 |
| Sales Tax: | $ 0.00 |
| Total: | $ 543.60 |

February 15, 2017 9:24:44 AM CST

Page 1 of 1

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws



S19617

**Bill To:**

Procraft Cabinetry Houston
4647 Pine Timbers St Suite 100
Houston, TX 77041

Customer: Procraft Cabinetry Houston

**Ship To:**

Default address
4647 Pine Timbers St Suite 100
Houston, TX 77041

PO Number: P359

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|---|---|---|---|---|---|
| Toni | COD | Origin | Will Call | | 06/07/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 1 | CI-W3624 Door & Frame - Calumet Ivory Wall Cabinet 36"W X 24"H X 12"D Door & Frame | $ 59.76 | 2 ea | $ 119.52 |
| 2 | LSG-BEP3 - Liberty Shaker Gray Dish Wash End Panel 3"W X 34-1/2"H X 24"D | $ 15.48 | 15 ea | $ 232.20 |
| 3 | Subtotal | | | $ 351.72 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 351.72 |
| Sales Tax: | $ 0.00 |
| Total: | $ 351.72 |

February 15, 2017 9:24:43 AM CST

# Invoice

07/27/2016

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws



S20487

**Bill To:**

Procraft Cabinetry Houston
4647 Pine Timbers St Suite 100
Houston, TX 77041

Customer: Procraft Cabinetry Houston

**Ship To:**

Default address
4647 Pine Timbers St Suite 100
Houston, TX 77041

PO Number: P456

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|---------------|-----------|---------|--------------|---------------------|
| Sara | COD | Origin | Will Call | | 07/27/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|----------------------|------------|-------------|-------------|
| 1 | LSG-B30 Door & Frame - Liberty Shaker Gray Base Cabinet 30"W X 34-1/2"H X 24"D Door & Frame | $ 54.18 | 10 ea | $ 541.80 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

February 15, 2017 9:24:44 AM CST

| | |
|---|---|
| Subtotal: | $ 541.80 |
| Sales Tax: | $ 0.00 |
| Total: | $ 541.80 |

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

**S20842**



**Bill To:**

Procraft Cabinetry Houston
4647 Pine Timbers St Suite 100
Houston, TX 77041

Customer: Procraft Cabinetry Houston

**Ship To:**

Procraft Cabinetry Houston
4647 Pine Timbers St Suite 100
Houston, TX 77041

Contact: Procraft Cabinetry Houston
PO Number: P502

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|---------------|-----------|---------|--------------|---------------------|
| Ray | COD | Origin | Will Call | | 08/16/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|---------------------|------------|-------------|-------------|
| 1 | SCN-SD 11X15 - Saratoga Cinnamon Sample Door 11"W X 15"H | $ 10.62 | 20 ea | $ 212.40 |
| 2 | LSG-SD 11X15 - Liberty Shaker Gray Sample Door 11"W X 15"H | $ 9.00 | 20 ea | $ 180.00 |
| 3 | Subtotal | | | $ 392.40 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 392.40 |
| Sales Tax: | $ 0.00 |
| Total: | $ 392.40 |

February 15, 2017 9:24:42 AM CST

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws



S21059

**Bill To:**

Procraft Cabinetry Houston
4647 Pine Timbers St Suite 100
Houston, TX 77041

Customer: Procraft Cabinetry Houston

**Ship To:**

Default address
4647 Pine Timbers St Suite 100
Houston, TX 77041

PO Number: P524

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|---|---|---|---|---|---|
| Ray | COD | Origin | Will Call | | 08/26/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 1 | LSW-W2742 Door & Frame - Liberty Shaker White Wall Cabinet 27"W X 42"H X 12"D Door & Frame | $ 63.90 | 3 ea | $ 191.70 |
| 2 | LSW-W3030 Door & Frame - Liberty Shaker White Wall Cabinet 30"W X 30"H X 12"D Door & Frame | $ 51.30 | 1 ea | $ 51.30 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 243.00 |
| Sales Tax: | $ 0.00 |
| Total: | $ 243.00 |

February 15, 2017 9:24:42 AM CST

Page 1 of1

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN  37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

S21053



**Bill To:**

Procraft Cabinetry Houston
4647 Pine Timbers St Suite 100
Houston, TX  77041

Customer: Procraft Cabinetry Houston

**Ship To:**

Instyle Granite And Cabinet
12403 Nacogogduouches RD Suite 92
san antonio, TX  78217

PO Number: P521

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|---|---|---|---|---|---|
| Ray | COD | Origin | Will Call | | 08/26/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 1 | CI-3DB24 Door & Frame - Calumet Ivory Drawer Base Cabinet 24"W X 34-1/2"H X 24"D Door & Frame | $ 64.62 | 1 ea | $ 64.62 |
| 2 | CI-WS1242 - Calumet Ivory Wall Skin  12"W X 42"H | $ 2.70 | 3 ea | $ 8.10 |
| 3 | AO-RPVAL42 - Arlington Oatmeal Raised Panel Valance | $ 51.12 | 1 ea | $ 51.12 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 123.84 |
| Sales Tax: | $ 0.00 |
| Total: | $ 123.84 |

February 15, 2017 9:24:42 AM CST

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

S21222



**Bill To:**

Procraft Cabinetry Houston
4647 Pine Timbers St Suite 100
Houston, TX 77041

Customer: Procraft Cabinetry Houston

**Ship To:**

Procraft Cabinetry Houston
4647 Pine Timbers St Suite 100
Houston, TX 77041

Contact: Procraft Cabinetry Houston

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|---------------|-----------|---------|--------------|---------------------|
| Ray | COD | Origin | Will Call | | 09/06/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|----------------------|------------|-------------|-------------|
| 1 | CI-AVAL36 - Calumet Ivory Arched Raised Panel Valance | $ 56.88 | 2 ea | $ 113.76 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

February 15, 2017 9:24:42 AM CST

| | |
|---|---|
| Subtotal: | $ 113.76 |
| Sales Tax: | $ 0.00 |
| Total: | $ 113.76 |

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws



**S21111**

**Bill To:**

Procraft Cabinetry Houston
4647 Pine Timbers St Suite 100
Houston, TX 77041

Customer: Procraft Cabinetry Houston

**Ship To:**

Default address
4647 Pine Timbers St Suite 100
Houston, TX 77041

PO Number: P527

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|---------------|-----------|---------|--------------|---------------------|
| Ray | COD | Origin | Will Call | | 08/30/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|----------------------|-----------|-------------|-------------|
| 1 | LSW-W2442 Door & Frame - Liberty Shaker White Wall Cabinet 24"W X 42"H X 12"D Door & Frame | $ 57.42 | 3 ea | $ 172.26 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 172.26 |
| Sales Tax: | $ 0.00 |
| Total: | $ 172.26 |

Page 1 of1

February 15, 2017 9:24:42 AM CST

# Invoice

## ProCraft Cabinetry, Inc

S21417



ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

**Bill To:**

Procraft Cabinetry Houston
4647 Pine Timbers St Suite 100
Houston, TX 77041

Customer: Procraft Cabinetry Houston

**Ship To:**

Default address
4647 Pine Timbers St Suite 100
Houston, TX 77041

PO Number: P575

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|---------------|-----------|---------|--------------|---------------------|
| Ray | COD | Origin | Will Call | | 09/16/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|----------------------|------------|-------------|-------------|
| 1 | LSG-VSB30 Door & Frame - Liberty Shaker Gray Vanity Sink Base 30"W X 34-1/2"H X 21"D Door & Frame | $ 54.36 | 5 ea | $ 271.80 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|--------|--------|
| Subtotal: | $ 271.80 |
| Sales Tax: | $ 0.00 |
| Total: | $ 271.80 |

Page 1 of1

February 15, 2017 9:24:42 AM CST

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

**S21412**



**Bill To:**

Procraft Cabinetry Houston
4647 Pine Timbers St Suite 100
Houston, TX 77041

Customer: Procraft Cabinetry Houston

**Ship To:**

Default address
4647 Pine Timbers St Suite 100
Houston, TX 77041

PO Number: P570

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|---------------|-----------|---------|--------------|---------------------|
| Ray | COD | Origin | Will Call | | 09/16/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|----------------------|------------|-------------|-------------|
| 1 | PE-B39 Door & Frame - Providence Espresso Base Cabinet 39"W X 34-1/2"H X 24"D Door & Frame | $ 60.30 | 3 ea | $ 180.90 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

February 15, 2017 9:24:42 AM CST

| | |
|---|---|
| Subtotal: | $ 180.90 |
| Sales Tax: | $ 0.00 |
| Total: | $ 180.90 |

# Invoice

09/28/2016

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws



S21495

**Bill To:**

Procraft Cabinetry Houston
4647 Pine Timbers St Suite 100
Houston, TX 77041

Customer: Procraft Cabinetry Houston

**Ship To:**

Procraft Cabinetry Houston
4647 Pine Timbers St Suite 100
Houston, TX 77041

Contact: Procraft Cabinetry Houston
PO Number: P583

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|---------------|-----------|---------|--------------|---------------------|
| Ray | COD | Origin | Will Call | | 09/21/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|----------------------|------------|-------------|-------------|
| 1 | SCN-W2130 Door & Frame - Saratoga Cinnamon Wall Cabinet 21"W X 30"H X 12"D Door & Frame | $ 42.84 | 1 ea | $ 42.84 |
| 2 | SCN-WS1230 - Saratoga Cinnamon Wall Skin 12"W X 30"H | $ 2.34 | 6 ea | $ 14.04 |
| 3 | CI-BBP4896.25 - Calumet Ivory Bead Board Panel 48"W X 96"H X 1/4"D | $ 56.34 | 3 ea | $ 169.02 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 225.90 |
| Sales Tax: | $ 0.00 |
| Total: | $ 225.90 |

February 15, 2017 9:24:43 AM CST

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws



S21785

**Bill To:**

Procraft Cabinetry Houston
4647 Pine Timbers St Suite 100
Houston, TX 77041

Customer: Procraft Cabinetry Houston

**Ship To:**

Procraft Cabinetry Houston
4647 Pine Timbers St Suite 100
Houston, TX 77041

Contact: Procraft Cabinetry Houston
PO Number: P661

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|---|---|---|---|---|---|
| Ray | COD | Origin | Will Call | | 10/06/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 1 | AA-W3336 Door & Frame - Avalon Ashen Wall Cabinet 33"W X 36"H X 12"D Door & Frame | $ 74.52 | 2 ea | $ 149.04 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 149.04 |
| Sales Tax: | $ 0.00 |
| Total: | $ 149.04 |

February 15, 2017 9:24:42 AM CST

# Invoice

## ProCraft Cabinetry, Inc

S21786



ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

**Bill To:**

Procraft Cabinetry Houston
4647 Pine Timbers St Suite 100
Houston, TX 77041

Customer: Procraft Cabinetry Houston

**Ship To:**

Procraft Cabinetry Houston
4647 Pine Timbers St Suite 100
Houston, TX 77041

Contact: Procraft Cabinetry Houston
PO Number: P657

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|---|---|---|---|---|---|
| Ray | COD | Origin | Will Call | | 10/06/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 1 | BOX-ROT36(A) - Roll Out Tray 36"W X 6"H X 21"D(A) | $ 43.02 | 2 ea | $ 86.04 |

1)Upon signing, customers accept responsibility for checking the Quality of the products
when picked up or delivered. Items damaged or missing must be reported within 48
hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special
ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 86.04 |
| Sales Tax: | $ 0.00 |
| Total: | $ 86.04 |

February 15, 2017 3:47:51 PM CST

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

**S23237**

**Bill To:**

Procraft Cabinetry Houston
4647 Pine Timbers St Suite 100
Houston, TX 77041

Customer: Procraft Cabinetry Houston

**Ship To:**

Procraft Cabinetry Houston
4647 Pine Timbers St Suite 100
Houston, TX 77041

Contact: Procraft Cabinetry Houston
PO Number: P990

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|---|---|---|---|---|---|
| admin | COD | Origin | Will Call | | 12/16/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|
| 1 | LSW-TP309624 Door & Frame - Liberty Shaker White Tall Pantry 30"W X 96"H X 24"D Door & Frame | $ 152.64 | 1 ea | $ 152.64 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 152.64 |
| Sales Tax: | $ 0.00 |
| Total: | $ 152.64 |

February 15, 2017 3:47:51 PM CST

# Invoice

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN  37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

S21551



**Bill To:**

Procraft Cabinetry Houston
4647 Pine Timbers St Suite 100
Houston, TX  77041

Customer: Procraft Cabinetry Houston

**Ship To:**

Procraft Cabinetry Houston
4647 Pine Timbers St Suite 100
Houston, TX  77041

Contact: Procraft Cabinetry Houston
PO Number: P599

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|---------------|-----------|---------|--------------|---------------------|
| Ray | COD | Origin | Will Call | | 09/23/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|----------------------|------------|-------------|-------------|
| 1 | BOX-ROT30(A) - Roll Out Tray 30"W X 6"H X 21"D(A) | $ 38.52 | 5 ea | $ 192.60 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 192.60 |
| Sales Tax: | $ 0.00 |
| Total: | $ 192.60 |

February 15, 2017 9:24:42 AM CST

# Invoice

09/28/2016

## ProCraft Cabinetry, Inc

ProCraft Cabinetry, Inc
429 McNally Dr
Nashville, TN 37211
Phone: (615) 528-0399
Fax: (615)-528-0311
Email: Info@procraft.ws

S21614



**Bill To:**

Procraft Cabinetry Houston
4647 Pine Timbers St Suite 100
Houston, TX 77041

Customer: Procraft Cabinetry Houston

**Ship To:**

Default address
4647 Pine Timbers St Suite 100
Houston, TX 77041

PO Number: P612

| Seller | Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|--------|---------------|-----------|---------|--------------|---------------------|
| Ray | COD | Origin | Will Call | | 09/28/2016 |

| Item # | Number / Description | Unit Price | Qty Ordered | Total Price |
|--------|----------------------|------------|-------------|-------------|
| 1 | BG-TP188424 Door & Frame - Belmont Gibraltor Gray Tall Pantry 18"W X 84"H X 24"D Door & Frame | $ 98.28 | 3 ea | $ 294.84 |

1)Upon signing, customers accept responsibility for checking the Quality of the products when picked up or delivered. Items damaged or missing must be reported within 48 hours of receiving listed above items.
2)20% restocking fee applied for returned or exchanged items.
3)There is no return or exchange for items opened and assembled, painted, special ordered or final sale items.
Quote good for 30 days from intial date.

| | |
|---|---|
| Subtotal: | $ 294.84 |
| Sales Tax: | $ 0.00 |
| Total: | $ 294.84 |

February 15, 2017 9:24:42 AM CST

Page 1 of1