UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PROCRAFT CABINETRY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:17-cv-01392 |
| ) | CHIEF JUDGE CRENSHAW |
| SWEET HOME KITCHEN AND BATH, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

For the reasons in the accompanying Memorandum Opinion, it is hereby **ORDERED**:

(1) Based on the Court's preliminary findings, it appears the Complaint must be dismissed. Pursuant to Federal Rule of Civil Procedure 56(f)(3), Procraft Cabinetry is on notice that the Court intends to dismiss the case. On or before **May 18, 2018**, Procraft Cabinetry may file a brief regarding why the Complaint (Doc. No. 235) should not be dismissed. The brief should include a Statement of Undisputed Facts, in compliance with Local Rule 56.01. On or before **June 8, 2018**, Huang and Lin shall file a response and respond to Procraft Cabinetry's Statement of Undisputed Facts. They may also file a statement of additional undisputed facts, in compliance with Local Rule 56.01. On or before **June 13, 2018**, Procraft Cabinetry may file a reply, limited to five pages;

(2) The June 5, 2018 hearing is **CANCELED**. All discovery in this matter is **STAYED**, except with respect to allowing either party to "obtain affidavits or declarations or take discovery" with respect to the Court's sua sponte summary judgment motion in (2), in compliance with Federal Rule of Civil Procedure 56(d)(2).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE