UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PROCRAFT CABINETRY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:17-cv-01392 |
| ) | CHIEF JUDGE CRENSHAW |
| SWEET HOME KITCHEN AND BATH, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons in the accompanying Memorandum Opinion, the Court **GRANTS** summary judgment to Huang and Lin on Count Five of the Third Party Complaint. (Doc. No. 255.) The Complaint, counterclaims, remaining third party claims, and counter-counterclaims are **DISMISSED WITHOUT PREJUDICE**. Procraft Cabinetry's Motion for Leave to File Excess Pages (Doc. No. 333) and Huang and Lin's Motion for Leave to File Excess Pages (Doc. No. 326) are **GRANTED**. Procraft Cabinetry's two Motions for a Preliminary Injunction (Doc. Nos. 12, 18) and Motion to Strike (Doc. No. 315) are **DENIED**.

The Motions to Seal (Doc. Nos. 322, 328) are also **DENIED**. Huang and Lin filed the documents under seal pursuant to the Protective Order and the Magistrate Judge entered an order for any party that believed they should remain under seal to file a response. (Doc. No. 331.) No party filed a response. Accordingly, the Clerk is **DIRECTED** to unseal Chen's June 1, 2018 Deposition Transcript (Doc. No. 323), Huang's June 2, 2018 Deposition Transcript (Doc. No. 324), and the Sealed Notice of Filing with accompanying redacted exhibits (Doc. No. 329, 329-1, 329-2, 329-3, 329-4, 329-5).

Procraft Cabinetry's Motion to Ascertain Status (Doc. No. 349), Huang and Lin's Motion to Stay (Doc. No. 321), Procraft Cabinetry's Motion for Reconsideration (Doc. No. 311), Certain Defendants' Motion to Stay (Doc. No. 305), Huang and Lin's Motion to Strike (Doc. No. 286), Chen's Motion to Dismiss (Doc. No. 282), Procraft Cabinetry's Motion for Order to Show Cause (Doc. No. 262), and Certain Defendants' Motion to Dismiss (Doc. No. 250) are **DENIED AS MOOT**.

The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE