## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

ProCraft Cabinetry, Inc.

                                   Plaintiff,

v.                                                    Case No.: 3:17−cv−01392

Sweet Home Kitchen and Bath, Inc., et al.

                                   Defendant,

## <u>ENTRY OF JUDGMENT</u>

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 9/25/2018 re [363].

Clerk of Court
<u>s/ Alia D. Morgan, Deputy Clerk</u>
