## UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 14, 2018

Mr. Steven E. Anderson
Anderson & Reynolds
120 30th Avenue, N.
Nashville, TN 37203

Re: Case No. 18-6053, *ProCraft Cabinetry, Inc. v. Sweet Home Kitchen and Bath, et al*
Originating Case No. 3:17-cv-01392

Dear Counsel and Parties:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Monica M. Page
Case Manager
Direct Dial No. 513-564-7021

cc: Mr. Brian T. Boyd
Mr. Qiao Yun Huang
Hunt Premier Properties, LLC
Mr. Derick Hunt
Mr. Qiao Hunt
Mr. William B. Jakes III
ProCraft Cabinetry Urbandale
ProCraft Custom Cabinets, LLC
The Cabinet and Granite Depot, LLC
Mr. Keith Throckmorton
Mr. Joseph F. Welborn III
Mr. Yongchun Yang

Enclosure

No mandate to issue

No. 18-6053

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| PROCRAFT CABINETRY, INC., ) | **FILED** |
| ) | Dec 14, 2018 |
| Plaintiff-Appellant, ) | DEBORAH S. HUNT, Clerk |
| ) | |
| v. ) | O R D E R |
| ) | |
| SWEET HOME KITCHEN AND BATH, INC., ) | |
| dba ProCraft Chicago, et al., ) | |
| ) | |
| Defendants-Appellees, ) | |
| ) | |
| HUI CHEN; JIAN HUANG; PROCRAFT ) | |
| CABINETRY NASHVILLE, LLC, ) | |
| ) | |
| Third-Party Defendants-Appellees. ) | |

Before: GRIFFIN and KETHLEDGE, Circuit Judges; HOOD, District Judge.[*]

ProCraft Cabinetry, Inc. ("ProCraft"), acting through its President Hui Chen, appealed the dismissal of its action arising, in part, from alleged violations of a shareholders' agreement among its three shareholders: Chen, Qiang Huang, and Min Hua Lin. A special meeting of the ProCraft shareholders was held on October 16, 2018, and Chen was removed as president. ProCraft, under new management, moves to voluntarily dismiss its appeal. Chen was provided an opportunity to respond to the motion for voluntary dismissal, but she has not done so.

---

[*] The Honorable Joseph M. Hood, United States District Judge for the Eastern District of Kentucky, sitting by designation.

No. 18-6053
-2-

Accordingly, the motion for voluntary dismissal is **GRANTED**.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk